FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

00 MAY -2 PM 2:02

SIGN_____
by DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT KING WILKERSON, ET AL** | CIVIL ACTION |
| **VERSUS** | NO. 00-304-C-M3 |
| **RICHARD STALDER, ET AL** | |

## O R D E R

**IT IS ORDERED** that a scheduling conference is hereby set before United States Magistrate Judge **Docia L. Dalby** for **August 17, 2000 at 1:00 p.m.**

**IT IS FURTHER ORDERED** that a Status Report <u>**shall be filed not later than five (5) working days,**</u> prior to the date of the scheduling conference in accordance with Attachment A. **It shall be the duty of the attorney for plaintiff to prepare and file the status report <u>by noon on August 11, 2000</u>.**

All parties or, if represented, their attorneys, **shall meet in person or by telephone** to discuss and prepare this Status Report. It shall be the responsibility of all parties and their respective attorneys, to ensure that the report is properly prepared and timely filed with the Court.

In many cases, there will be more parties in the action than there are spaces provided in this form. If the space on this form is not sufficient, the form should be retyped or additional pages added.

DKT. & ENTERED
Revised: 5/1/98
DATE_____
NOTICE MAILED TO:

DATE_____ BY_____



3:00-cv-00304 2 - 1
DATE: 05/02/00         DEPUTY CLERK: BW

**No party may submit a separate Status Report**. Disagreements among parties with respect to any of the matters addressed in the Report shall be set forth in the appropriate section.

**IT IS FURTHER ORDERED** that the parties shall provide the information requested in Attachment A.

Signed in chambers in Baton Rouge, Louisiana, this 2nd day of May, 2000.

*[signature]*
MAGISTRATE JUDGE DOCIA L. DALBY

cc:  A. Castaing
     A. Shapiro
     W. Quigley


Enc.: Attachment A
      Consent Notice


Revised: 5/1/98

ATTACHMENT A

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL

VERSUS

RICHARD STALDER, ET AL

CIVIL ACTION

NO.   00-304-C-M3

STATUS REPORT

A.   JURISDICTION

    1.   What is the basis for the jurisdiction of the Court?

B.   **BRIEF** EXPLANATION OF THE CASE

    1.   Plaintiff claims:

    2.   Defendant claims:

    3.   List any pending motions, the basis of the motion(s), and the hearing date(s):

C.   THE PRINCIPAL **LEGAL** ISSUES THAT THE PARTIES **DISPUTE** ARE:

    1.

    2.

    3.

D.   DAMAGES:

1. Separately, for each party who claims damages or an offset, set forth the computation of damages or the offset:

    A. plaintiff's calculation of damages:

    B. defendant's calculation of offset and/or plaintiff's damages:

    C. counterclaimant/cross claimant/third party's calculation of damages:

E. **SERVICE:**

  1. Identify any unresolved issues as to waiver or service of process, personal jurisdiction, or venue:

F. **DISCOVERY**

  1. Briefly describe any discovery that has been completed or is in progress:

     By plaintiff(s):

     By defendant(s):

  2. Please describe any protective orders or other limitations on discovery that may be required/sought during the course of discovery. (For example: are there any confidential business records or medical records that will be sought? Will information that is otherwise privileged be at issue?)

  3. Discovery from Experts:

     Identify the <u>subject matter(s)</u> as to which expert testimony will be offered by:

     plaintiff(s):

defendant(s):

G.  **PROPOSED SCHEDULING ORDER**

    A.    <u>Recommended deadlines</u> for amending the complaint, or adding new parties, claims, counterclaims or cross claims:

    2.    <u>Completion of Discovery</u>: Dates by which each of the following shall be completed:

        A.    Filing all discovery motions and completing all discovery except experts:

        B.    <u>Disclosure</u> of identities and resumés of <u>expert witnesses</u> (if appropriate, you may suggest different dates for disclosure of experts in different subject matters):

        plaintiff(s):

        defendant(s):

        C.    Exchange of expert reports:

        plaintiff(s):

        defendant(s):

        D.    Completion of discovery from experts:

        E.    Filing dispositive motions:

H.  **PRETRIAL AND TRIAL DATES**

    1.

        (a) Is this case ready for the **final pretrial conference**?
        [ ] YES    [ ] NO

        (b) Do the parties want the case assigned for a **final pretrial conference** now? [ ] YES [ ] NO

    2.    Has a demand for trial by jury been made? [ ] YES  [ ] NO

3.  Estimate the <u>number of days</u> that <u>trial</u> will require.

**I.   OTHER MATTERS**

Are there any other subjects covered by Rules 16 (b) and (c) or Rule 26 (c) of the Federal Rules of Civil Procedure, which the parties wish to address at the scheduling conference?

[ ] YES   [ ] NO     If the answer is yes, please list:

**J.   ALTERNATIVE DISPUTE RESOLUTION ("ADR")**

1.  Several ADR techniques are available and may be helpful in your case. These include early neutral evaluation, voluntary arbitration\mediation through the Baton Rouge Bar Association, commercial arbitration\mediation, and summary jury trial. Do the parties wish to engage in alternative dispute resolution proceedings?

    [ ] YES   [ ] NO

    If so, identify the ADR procedure(s) to be used.

2.  If the parties have been unable to agree on an ADR procedure, but one or more parties believes that the case is appropriate for such a procedure, identify the party or parties that recommend ADR and the specific ADR process recommended:

**K.   SETTLEMENT**

1.  Please set forth what efforts, if any, the parties have made to settle this case.

2.  Do the parties wish to have a settlement conference:

    [ ] YES   [ ] NO

L.  **CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE**

You have the right to waive your right to proceed before a United States District Judge and may instead consent to proceed before a United States Magistrate Judge.

Indicate whether, at this time, all parties will agree, pursuant to 28 U.S.C. § 636(c), to have a Magistrate Judge handle all the remaining pretrial aspects of this case and preside over a jury or court trial, with appeal lying to the United States Court of Appeals for the Fifth Circuit.

All parties agree to jurisdiction by a Magistrate Judge of this court:

[ ] YES     [ ] NO

**If your response is "yes," all attorneys and unrepresented parties please sign below to indicate your consent.**

### Consent to Proceed Before a Magistrate Judge

| Date | Party Represented | Pro Se or Atty. Name | Pro Se or Atty. Signature |
|------|-------------------|----------------------|---------------------------|
|      |                   |                      |                           |
|      |                   |                      |                           |
|      |                   |                      |                           |
|      |                   |                      |                           |
|      |                   |                      |                           |
|      |                   |                      |                           |

Report dated: _____     _____
                            Attorneys for Plaintiff(s) or Pro Se Plaintiff

## NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF
## CIVIL CASE BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), you are hereby notified that all of the parties in this civil case may consent to allow a United States Magistrate Judge of this district court to conduct any and all proceedings, including trial of the case and entry of a final judgment.

You may consent by signing the form contained within the status report, or you may use the attached form at any later stage of the proceedings should you decide at that time to proceed before the United States Magistrate Judge. A copy of a consent form is enclosed and is also available from the clerk of court.

You should be aware that your decision to consent, or not to consent, to the disposition of your case before a United States Magistrate Judge is entirely voluntary and should be communicated in writing to the clerk of the district court by signing the enclosed form. Either the district judge or the magistrate judge may again advise the parties of the availability of the magistrate judge, but in doing so, shall also advise the parties that they are free to withhold consent without adverse substantive consequences.

Please note that the parties may appeal the magistrate judge's decision directly to the court of appeals in the same manner as an appeal from any other judgment of the district court.

Revised: 5/1/98

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL**            CIVIL ACTION

**VERSUS**                                   NO.   00-304-C-M3

**RICHARD STALDER, ET AL**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. 636(c), the parties to the above captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to the trial of the case, and order the entry of judgment in the case.

The parties are aware that in accordance with 28 U.S.C. 636(c)(3), any aggrieved party may appeal from the judgment directly to the United States Court of Appeals for the Fifth Circuit in the same manner as an appeal from any other judgment of the district court.

| Date | Party Represented | Pro Se or Atty. Name | Pro Se or Atty. Signature |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Revised: 5/1/98