UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

00 JUL 12 PM 4:01

SIGN_____
by DEPUTY CLERK

ROBERT KING WILKERSON, ET AL

VERSUS

RICHARD STALDER, ET AL

CIVIL ACTION

NUMBER 00-304-C-3

## 30 DAY STAY ORDER

Plaintiffs Robert King Wilkerson (#80966), Albert Woodfox (#72148), and Herman Wallace (#76759) alleged that they exhausted available administrative remedies of the Louisiana Department of Public Safety and Corrections.

In accordance with the April 26, 1996 amendment to 42 U.S.C. § 1997e, no action may be brought by a prisoner with respect to prison conditions pursuant to 42 U.S.C. § 1983 or any other Federal law until available administrative remedies are exhausted.[1]

---

[1] On April 26, 1996, the President signed into law the Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321, which amended: 18 U.S.C. §§ 3624 (b), 3626; 42 U.S.C. § 1997e; 28 U.S.C. §§ 1915, 1346(b); and 11 U.S.C. § 523(a). The amendments also add provisions, including new sections 1915 and 1932 to Title 28, United States Code.
   The amendment to 42 U.S.C. § 1997e provides in pertinent part the following:
"(a) Applicability of Administrative Remedies.--No action shall be brought with respect to prison conditions under section 1979 of the Revised Statutes of the United States (42 U.S.C. 1983), or any other Federal law, by a prisoner confined in any jail, prison, or correctional facility until such administrative remedies as are available are exhausted."

DKT. & ENTERED

DATE_____
NOTICE MAILED TO: Quigley     DLD
                  Castaing    JS
DATE 7/12/01 BY bw            DC
                  Viator (w/complaint)

| ACTION | INITIALS | DOCKET # |
|---|---|---|
| PROCESSED | | 6 |
| CHARGED | bw | |

Therefore;

IT IS ORDERED that this case be stayed for a period of thirty (30) days.

IT IS FURTHER ORDERED that the attorney for the Louisiana Department of Corrections shall file with the court within thirty (30) days of the date of this order:

(a) a certified copy of the entire record of the administrative proceeding, <u>and send the plaintiffs' counsel a copy of same</u>; or

(b) certification that the plaintiffs have failed to exhaust his administrative remedies.

IT IS FURTHER ORDERED that for the duration of the stay order, no discovery shall be propounded by any party. Any discovery propounded while the stay order is in effect shall be disregarded by the recipient and shall have to be re-served when the stay is lifted.

IT IS FURTHER ORDERED that a copy of this order shall be mailed to the plaintiff and to **ANNETTE M. VIATOR**, attorney for the Louisiana Department of Corrections, P. O. Box 94304, Baton Rouge, Louisiana 70804-9304.

Baton Rouge, Louisiana, July __12__, 2000.

_____
DOCIA L. DALBY
UNITED STATES MAGISTRATE JUDGE