FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

00 SEP 18 AM 10: 36

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT KING WILKERSON, ALBERT WOODFOX, and HERMAN WALLACE, | * | CIVIL ACTION |
| | * | NUMBER 00-304-C-M3 |
| VERSUS | * | JUDGE TYSON |
| RICHARD STALDER et al. | * | MAGISTRATE DALBY |

\* \* \* \* \* \* \*

### ORDER

Considering the foregoing,

IT IS HEREBY ORDERED that plaintiffs are granted leave to file the Amended Complaint attached to their Motion for Leave to Amend.

Baton Rouge, Louisiana, this 15th day of September, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

DKT. & ENTERED

DLD
JS
Schulberg
Castaing

DATE
NOTICE MAILED TO:
DATE 9-18 BY NML

| INITIALS | DOCKET# |
|---|---|
| NML | 19 |

5