FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

CO OCT 10 PM 4: 53

SIGN _____
by DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT KING WILKERSON, ALBERT WOODFOX, and HERMAN WALLACE, | * | CIVIL ACTION |
| | * | NUMBER 00-304-C-M3 |
| VERSUS | * | JUDGE TYSON |
| RICHARD STALDER et al. | * | MAGISTRATE DALBY |

*  *  *  *  *  *  *

## NOTICE OF DOCUMENT DEPOSITION

TO:     Richard Stalder, Burl Cain, Richard Peabody,
        R. Rachal,  Randy Ritchie, Sam Smith, Paul J. Myers, Tom Norris,
        through their attorney,
        Andre Charles Castaing, Esq.
        Louisiana Dept. of Justice
        Litigation Division
        P.O. Box 94095, Capitol Station
        Baton Rouge, LA 70804-9095

Please take notice that plaintiffs Robert King Wilkerson, Albert Woodfox and

Herman Wallace will take the document deposition of Burl Cain for the sole purpose of

receiving documents specified in the attached subpoena duces tecum, at the law offices of

Robin E. Schulberg, Esq., 18255 Louisiana Tung Road, Covington, LA 70435, on the

17th day of November, 2000 at 5:00 p.m.

| INITIALS | DOCKET# |
|---|---|
| ℓw | 23 |

1

You are invited to attend and participate as see fit.  Upon request, a copy of the
documents received will be provided.

Respectfully submitted,

ROBIN E. SCHULBERG, P.L.C.
Attorney for Plaintiff

Robin E. Schulberg, LSBN 20365
Post Office Box 1483
Covington, Louisiana 70434
Telephone (504) 871-8213
Telefax (504) 893-7630


## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on Andre Charles Castaing, Esq.,
Louisiana Dept. of Justice, Litigation Division, P.O. Box 94095, Capitol Station, Baton
Rouge, LA 70804-9095, by deposit in the U.S. mail, properly addressed and postage
prepaid, this 6th day of October, 2000.

Robin E. Schulberg

2