UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT KING WILKERSON (DOC# 80966), ALBERT WOODFOX (DOC# 72148), and HERMAN WALLACE (DOC# 76759) | : | CIVIL ACTION |
| | : | NUMBER 00-0304-C-M3 |
| VERSUS | : | JUDGE TYSON |
| RICHARD STALDER, ET AL. | : | MAGISTRATE JUDGE DALBY |

### MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come defendants Richard Stalder, Burl Cain, and Tom Norris, who respectfully move that plaintiffs' complaint against them be dismissed pursuant to FRCP Rule 12(b)(6), as follows:

1.

Plaintiffs filed this suit pursuant to 42 USC §1983, alleging that their continued confinement in extended lockdown at the Louisiana State Penitentiary (LSP) violates their rights under the 8th Amendment (conditions of confinement) and 14th Amendment (due process). They also assert similar claims under the analogous provisions of the Louisiana Constitution, Art. 1, §20 (conditions of confinement) and Art. 1, §2 (due process).

Plaintiffs seek compensatory and punitive damages. They also seek an injunction ordering their release from extended lockdown to the general prison population.

2.

In response, on 9 May 2000 the defendants filed a motion to dismiss the complaint (docket no. 4).

3.

On 18 September 2000 the plaintiffs filed an amended complaint (docket no. 20).

4.

The defendants reassert and re-aver the arguments asserted in their original motion to dismiss, including:

  A.  All of plaintiffs' federal law claims that arose prior to 30 March 1999 are prescribed.

  B.  The defendants are entitled to qualified immunity on plaintiffs' federal law claims for damages.

  C.  Plaintiffs' federal law claims for injunctive relief fail to state a claim for which relief can be granted pursuant to the limitations on prospective relief contained in 18 USC § 3626.

  D.  The defendants are entitled to qualified immunity on plaintiffs' state law claims for damages.

E. Plaintiffs' state law claims for injunctive relief fail to state a claim for which relief can be granted pursuant to the limitations on prospective relief contained in La.R.S. 15:1182.

**WHEREFORE,** defendants move that plaintiffs' amended complaint against them be dismissed with prejudice at plaintiffs' cost.

Respectfully submitted,

RICHARD P. IEYOUB
ATTORNEY GENERAL

BY: _____
ANDRÉ CHARLES CASTAING
ASSISTANT ATTORNEY GENERAL
Bar Roll # 17509

LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
P. O. Box 94095, Capitol Station
Baton Rouge, LA 70804-9095
Telephone: (225) 342-8495
Fax: (225) 342-4952

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all represented parties and has been served upon all pro se parties to this proceeding by mailing the same to each by first class United States mail, properly addressed and postage prepaid on this 26th day of October, 2000.

Robin E. Schulberg, Esq.
ROBIN E. SCHULBERG, P.L.C.
P. O. Box 1483
Covington, LA 70434

_____
ANDRÉ CHARLES CASTAING

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT KING WILKERSON** (DOC# 80966), **ALBERT WOODFOX** (DOC# 72148), and **HERMAN WALLACE** (DOC# 76759) | : | CIVIL ACTION |
| | : | NUMBER 00-0304-C-M3 |
| **VERSUS** | : | JUDGE TYSON |
| **RICHARD STALDER, ET AL.** | : | MAGISTRATE JUDGE DALBY |

### NOTICE OF MOTION

TO:

Robin E. Schulberg, Esq.
ROBIN E. SCHULBERG, P.L.C.
P. O. Box 1483
Covington, LA 70434

**PLEASE TAKE NOTICE** that the attached "Motion to Dismiss Plaintiffs' Amended Complaint" filed by defendants Richard Stalder, Burl Cain, and Tom Norris will be brought before the Honorable Docia L. Dalby, United States Magistrate Judge, United States District Court, in the Russell B. Long Federal Building and Courthouse at 777 Florida Street, Baton Rouge, Louisiana, on the **1st day of December, 2000** at 10:00 a.m. Pursuant to Local Rule 78.1M this motion shall be determined without oral arguments unless the Court directs otherwise.

Local Rule 7.5M requires any opposition to this motion to be filed within twenty (20) days after service.

Respectfully submitted,

RICHARD P. IEYOUB
ATTORNEY GENERAL

BY: _____
ANDRÉ CHARLES CASTAING
ASSISTANT ATTORNEY GENERAL
Bar Roll # 17509

LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
P. O. Box 94095, Capitol Station
Baton Rouge, LA 70804-9095
Telephone: (225) 342-8495
Fax: (225) 342-4952

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all represented parties and has been served upon all pro se parties to this proceeding by mailing the same to each by first class United States mail, properly addressed and postage prepaid on this 26th day of October, 2000.

Robin E. Schulberg, Esq.
ROBIN E. SCHULBERG, P.L.C.
P. O. Box 1483
Covington, LA 70434

_____
ANDRÉ CHARLES CASTAING