UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST OF LA.

01 JAN 10 PM 4:04

SIGN_____
by DEPUTY CLERK

ROBERT KING WILKERSON, ET AL

VERSUS                                                      CIVIL ACTION

RICHARD STALDER, ET AL                                      NUMBER 00-304-C-3

ORDER

This matter is before the court on the plaintiffs' motions for writs of habeas corpus ad testificandum.  Record document numbers 31 and 32.

The defendants' motion to dismiss has been assigned for oral argument on January 12, 2001, at 10:00 a.m. in Courtroom 5, Russell B. Long Federal Building & United States Courthouse, 777 Florida Street, Baton Rouge, Louisiana.

IT IS ORDERED that the plaintiffs' motions are GRANTED.

IT IS FURTHER ORDERED that the Warden of Louisiana State Penitentiary, Angola, Louisiana, produce inmates Robert King Wilkerson #80966, Albert Woodfox #72148, and Herman Wallace #76759 in the video-conferencing facilities, Louisiana State Penitentiary, Angola, Louisiana, for the hearing conducted by video on January 12, 2001 at 10:00 a.m.

IT IS FURTHER ORDERED that the Warden of Louisiana State Penitentiary notify the Department of Corrections Information

Services of the date, time and location of this hearing in order to make the proper Flexserve connections.

Baton Rouge, Louisiana, January \_\_\_10\_\_\_, 2001.

_____
DOCIA L. DALBY
UNITED STATES MAGISTRATE JUDGE