UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
M. DIST. OF LA.
'01 JAN 12 PM 2:35

_____
DEPUTY CLERK

MINUTE ENTRY
JANUARY 12, 2001
DALBY, MJ

ROBERT KING WILKERSON, ET AL

CIVIL ACTION

VERSUS

NO. 00-304-C-M3

RICHARD STALDER, ET AL

This matter came on this day for oral argument on the defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

PRESENT:   Robin E. Schulberg
           Counsel for plaintiffs

           Andre' C. Castaing
           Counsel for defendants

Counsel for defendants, Richard Peabody, Sam Smith and Paul J. Myers, orally moved to adopt the motion to dismiss plaintiffs' amended complaint previously filed by the other defendants.

The Court GRANTED the plaintiffs' motion to file their second amended complaint.

As the defendants, Randy Ritchie and R. Rachal, are no longer employed at Angola, defendants' counsel agreed to submit their last known addresses to plaintiffs' counsel under a protective order.

The defendants' motion to dismiss plaintiffs' amended complaint is hereby considered submitted for a ruling by the Court.

MAGISTRATE JUDGE DOCIA L. DALBY

DKT. & ENTERED
DATE
NOTICE MAILED TO: Schulberg
                  Castaing
                  DLD
DATE 1/12/01  BY       JS    DC

INITIALS | DOCKET
   bw    |   34