*FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

01 JAN 12 PM 2:35

SIGN_____
by DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT KING WILKERSON, ALBERT WOODFOX, and HERMAN WALLACE, | * | CIVIL ACTION |
| | * | NUMBER 00-304-C-M3 |
| VERSUS | * | JUDGE TYSON |
| RICHARD STALDER et al. | * | MAGISTRATE DALBY |

\*   \*   \*   \*   \*   \*   \*

### ORDER

Considering the foregoing,

IT IS HEREBY ORDERED that plaintiffs are granted leave to file the Second Amended Complaint attached to their Motion for Leave to Amend.

Baton Rouge, Louisiana, this 12th day of January, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

Schulberg
Castaing
DLD
JS
DC

DKT. & ENTERED

DATE
NOTICE MAILED TO:
DATE 1/12/01 BY bw

| INITIALS | DOCKET# |
|---|---|
| bw | 35 |