FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

01 MAY 25 PM 2:17

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT KING WILKERSON, ALBERT WOODFOX, and HERMAN WALLACE, | * * | CIVIL ACTION NUMBER 00-304-C-M3 |
| VERSUS | * | JUDGE TYSON |
| RICHARD STALDER et al. | * | MAGISTRATE DALBY |

\* \* \* \* \* \* \*

## ORDER

Considering the foregoing,

IT IS ORDERED THAT plaintiff Robert King Wilkerson's unopposed motion is granted, and plaintiff Wilkerson's claims for declaratory and injunctive relief are dismissed without prejudice as moot. Plaintiff Wilkerson's claim for damages, and plaintiffs Albert Woodfox and Herman Wallace's claims for declaratory, injunctive and monetary relief are still pending.

Baton Rouge, Louisiana, this 25th day of May, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

DKT. & ENTERED
DATE 5/25/01
NOTICE MAILED TO: RET, M, Schulberg, DLD, Castaing, JS, DC

DATE____ BY BP

INITIALS: BP   DOCKET#: 41