FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

02 APR 22 PM 3:57

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL

VERSUS

RICHARD STALDER, ET AL

CIVIL ACTION

NO. 00-304-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 28, 2002. Defendants have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motions to dismiss filed on behalf of defendants(rec. doc.nos. 4 & 24) are GRANTED IN PART and DENIED IN PART, with the procedural due process monetary claim against Secretary Stalder being dismissed but with all other still-pending claims and requests for relief remaining before the court.

Baton Rouge, Louisiana, April 22, 2002.

RALPH E. TYSON
UNITED STATES DISTRICT JUDGE

DKT. & ENTERED
DATE 4/22/02
NOTICE MAILED TO:
DATE_____ BY KK

RET
NL
DLD
JS
DAC
GP

Milliner
Castaing

INITIALS | DOCKET#
KK | 50