UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2002 MAY -2  P 3: 56

SIGN _____
BY DEPUTY CLERK

| | | |
|---|---|---|
| ROBERT KING WILKERSON (DOC# 80966), ALBERT WOODFOX (DOC# 72148), and HERMAN WALLACE (DOC# 76759) | : | CIVIL ACTION |
| | : | NUMBER 00-0304-C-M3 |
| VERSUS | | |
| | : | JUDGE TYSON |
| RICHARD STALDER, ET AL. | : | MAGISTRATE JUDGE DALBY |

## NOTICE OF APPEAL

Notice is hereby given that Richard Stalder, Burl Cain, Tom Norris, Richard Peabody, Sam Smith, Paul Myers, and Robert Rachal, defendants in the above named case, hereby appeal to the United States Court of Appeals for the 5th Circuit from the Ruling entered in this action on 22 April 2002 (docket no. 50) that denied their qualified immunity-based motion to dismiss plaintiff's federal and state law claims for damages.

Respectfully submitted,

RICHARD P. IEYOUB
ATTORNEY GENERAL

BY: _____
ANDRÉ CHARLES CASTAING
ASSISTANT ATTORNEY GENERAL
Bar Roll # 17509

DKT. & ENTERED
DATE 5/3/02
NOTICE MAILED TO:
DATE 5/3 BY HJ
P. Schadberg, USCA
T. Milliner  DAC
A. Castaing  RET/NR
SULRS

- 1 -

| INITIALS | DOCKET# |
|---|---|
| HJ | 52 |

LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
P. O. Box 91279
Baton Rouge, LA 70821-1279
Telephone: (225) 342-8495
Fax: (225) 342-4952

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all

represented parties and has been served upon all pro se parties to this proceeding by

mailing the same to each by first class United States mail, properly addressed and postage

prepaid on this ___2nd___ day of ____May_____, 2002.

Thomas Milliner, Esq.
365 Canal St., Suite 2800
New Orleans, LA  70130

ANDRÉ CHARLES CASTAING

- 2 -

RECEIPT FOR PAYMENT                    ORIGINAL
RECEIPT DATE:        UNITED STATES DISTRICT COURT      RECEIPT NUMBER
  05/02/02          MIDDLE DISTRICT OF LOUISIANA           75930


  NAME:    STATE OF LOUISIANA                      FUND        AMOUNT
ADDRESS:   BATON ROUGE, LA
                                                  086900      $105.00


  CASE:   CA00-304
    RE:                                         RECEIPT TOTAL   $105.00

*Janice LeBlanc*
JANICE LEBLANC                                      CHECK
DEPUTY CLERK