UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

02 AUG -1 PM 2:01

SIGN_____
by DEPUTY CLERK

**ROBERT KING WILKERSON, ET AL**  CIVIL ACTION

**VERSUS**  NUMBER 00-304-C-M3

**RICHARD L. STALDER, ET AL**

ORDER

A status conference was held on August 1, 2002, to discuss the current status of the case and the resumption of discovery while the issue of qualified immunity on the due process claim is on appeal.

> PRESENT:    ANDRÉ CASTAING           THOMAS MILLINER
>             Counsel for defendants    Counsel for plaintiffs

After some discussion, the court suggested that counsel confer further and attempt to reach an agreement on a schedule that will allow discovery to proceed regardless of the outcome of the issues currently on appeal.

Accordingly, **IT IS ORDERED** that the parties shall submit a joint or unopposed motion with suggested deadlines and a proposed order specifying those deadlines no later than **August 12, 2002**. If the motion is not received by **August 12, 2002**, then a telephone status conference shall be **SET** for **August 15, 2002 at 10:00 a.m.** in order to set pretrial deadlines. Counsel for plaintiff shall initiate the conference call to chambers at (225) 389-3602.

Baton Rouge, Louisiana this 1st day of August, 2002.

MAGISTRATE JUDGE DOCIA L. DALBY

DKT. & ENTERED
DATE 8/1/02
NOTICE MAILED TO: DLD JS DAC GP Milliner Castaing
DATE____ BY KK

INITIALS | DOCKET
KK | 56