FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

02 AUG 15  PH 2: 07

SIGN_____
by DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL.                CIVIL ACTION

VERSUS

RICHARD STALDER, ET AL.                      NO. 00-304-C-M3


## ORDER

This matter came before the Court for a telephone status conference on August 15, 2002.

PRESENT:    **Tommy W. Milliner**
Counsel for plaintiffs

**Andre C. Castaing**
Counsel for defendants

The plaintiffs sought production of their own mental health records at the prison via a subpoena issued in October 2000 and directed to Warden Cain. *See rec.doc.no.* 22. Following discussion with counsel, the subpoena will be treated as a Rule 34 request for production. By **August 24, 2002,** defense counsel will  provide plaintiffs with a formal response that: (a) states whether the defendant intends to produce the records without a court order; and (b) if not, provides a particularized statement of the basis for any objection interposed to the production.  The deadline for actual production of the records will be **September 24, 2002**.

DKT. & ENTERED

DATE _8·15·02_
NOTICE MAILED TO:

DATE_____ BY _CP_

DLD
JS
Milliner
Castaing

| INITIALS | DOCKET# |
|----------|---------|
| CP       | 57      |

Discovery on the Eighth Amendment claims shall be completed by **February 28, 2003**.  The Court will hold a telephone status conference at **10:00 a.m.** on **Thursday, February 27, 2003**, to discuss the setting of remaining deadlines.

Baton Rouge, Louisiana, this __15th__ day of August, 2002.

_____

MAGISTRATE JUDGE DOCIA L. DALBY