UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT KING WILKERSON** (DOC# 80966), **ALBERT WOODFOX** (DOC# 72148), and **HERMAN WALLACE** (DOC# 76759) | : | CIVIL ACTION |
| | : | NUMBER 00-0304-C-M3 |
| **VERSUS** | | |
| | : | JUDGE TYSON |
| **RICHARD STALDER, ET AL.** | : | MAGISTRATE JUDGE DALBY |

### NOTICE OF COMPLIANCE WITH COURT ORDER
### (dated 15 August 2002)

**NOW INTO COURT**, through undersigned counsel, come the defendants, Richard Stalder, Burl Cain, Tom Norris, Richard Peabody, Sam Smith, Paul Myers, and Robert Rachal, who respectfully inform the court that the prison officials have no objection to releasing the plaintiffs' mental heath records to their attorney provided the plaintiffs provide a signed release to that effect.

The releases submitted with the original subpoena authorized release of the records to prior counsel (Ms. Schulberg). Undersigned has spoken with plaintiffs'

current counsel, Mr. Milliner, and he has agreed to provide an updated release authorizing release of the documents to him.

Respectfully submitted,

RICHARD P. IEYOUB
ATTORNEY GENERAL

BY: _____
     ANDRÉ CHARLES CASTAING
     ASSISTANT ATTORNEY GENERAL
     Bar Roll # 17509

LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
P. O. Box 91279
Baton Rouge, LA 70821-1279
Telephone: (225) 342-8495
Fax: (225) 342-4952

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all represented parties and has been served upon all pro se parties to this proceeding by mailing the same to each by first class United States mail, properly addressed and postage prepaid on this 26th day of August, 2002.

Thomas Milliner, Esq.
365 Canal St., Suite 2800
New Orleans, LA 70130

_____
ANDRÉ CHARLES CASTAING