UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2002 SEP 20  P 4: 27

SIGN
BY DEPUTY CLERK

| | | |
|---|---|---|
| **ROBERT KING WILKERSON** (DOC# 80966), **ALBERT WOODFOX** (DOC# 72148), and **HERMAN WALLACE** (DOC# 76759) | : | CIVIL ACTION |
| | : | NUMBER 00-0304-C-M3 |
| **VERSUS** | | |
| | : | JUDGE TYSON |
| **RICHARD STALDER, ET AL.** | : | MAGISTRATE JUDGE DALBY |

### NOTICE OF COMPLIANCE WITH COURT ORDER
### (dated 15 August 2002)

**NOW INTO COURT**, through undersigned counsel, come the defendants, Richard Stalder, Burl Cain, Tom Norris, Richard Peabody, Sam Smith, Paul Myers, and Robert Rachal, who respectfully inform the court that copies of the plaintiff's mental health records have been sent to the plaintiffs' attorney along with his service copy of this notice.

Respectfully submitted,

RICHARD P. IEYOUB
ATTORNEY GENERAL

BY: _____
ANDRÉ CHARLES CASTAING
ASSISTANT ATTORNEY GENERAL
Bar Roll # 17509

| INITIALS | DOCKET# |
|---|---|
| mt | 59 |

DLD

LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
P. O. Box 91279
Baton Rouge, LA 70821-1279
Telephone: (225) 342-8495
Fax: (225) 342-4952

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon counsel for all represented parties and has been served upon all pro se parties to this proceeding by mailing the same to each by first class United States mail, properly addressed and postage prepaid on this 20th day of September, 2002.

Thomas Milliner, Esq.
365 Canal St., Suite 2800
New Orleans, LA 70130

_____
ANDRÉ CHARLES CASTAING