UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT KING WILKERSON, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 00-304-C-M3 |
| RICHARD STALDER, ET AL | |

### ORDER

A telephone status conference was held on May 6, 2003.

**PRESENT:**   **Thomas Milliner**          **Andre Castaing**
Counsel for plaintiffs      Counsel for defendants

The parties have engaged in document production, but have not taken any depositions. Counsel for plaintiffs stated that he would like to have the plaintiffs examined by a psychiatrist before proceeding with any further discovery. Mr. Castaing requested that he be able to review the report generated from these examinations before deciding whether or not he will retain an expert. Both parties indicated that they plan to seek rehearing and/or writs to any decision by the Fifth Circuit on the appeal currently pending before it. While both the parties and the court seek a prompt resolution to this matter, its current procedural posture illustrates that realistically, it may take a while for the case to work its way through the system.

Accordingly, **IT IS ORDERED** that the following schedule be established:

1. Plaintiffs shall have 60 days (or by July 7, 2003) within which to undergo examinations by their expert.

2. Plaintiffs shall have 90 days (or by August 7, 2003) within which to submit expert reports generated as a result of those examinations.

3. Defendants shall have 120 days (or by September 8, 2003) to identify their expert(s), if any.

4.   Defendants shall have 180 days (or by November 10, 2003) to submit their expert reports, if any.

**IT IS FURTHER ORDERED** that a telephone status conference be set for **Friday, November 14, 2003, at 11 a.m.** at which time further deadlines will be established. Counsel for plaintiff shall initiate the call to chambers at **(225) 389-3602**.

Baton Rouge, Louisiana this 6th day of May, 2003.

_____
MAGISTRATE JUDGE DOCIA L. DALBY