# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

October 20, 2003

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 Camp Street, Room 100
New Orleans, LA 70130

**U.S. COURT OF APPEALS**
**FILED**
**OCT 27 2003**
CHARLES R. FULBRUGE III
CLERK

Re: Burl Cain, Warden, et al.
    v. Robert K. Wilkerson
    No. 03-238
    (Your No. 02-30516)

    00-CV-304

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk

| INITIALS | DOCKET# |
|---|---|
| | 65 |

Baton Rouge

U.S. COURT OF APPEALS
RECEIVED
OCT 24 2003
NEW ORLEANS, LA.