UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2004 MAR 31  P 2: 13

BY DEPUTY CLERK

ROBERT KING WILKERSON, ET AL

VERSUS                                CIVIL ACTION NO. 00-304-C-M3

RICHARD STALDER, ET AL

********************************************************************

### MOTION FOR PARTIAL SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Richard Stalder, Secretary, Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary; Richard Peabody, Deputy Warden, Louisiana State Penitentiary; Robert Rachal, former Major, Louisiana State Penitentiary; Sam Smith, Assistant Warden, Louisiana State Penitentiary;  Paul J. Myers, Major, Louisiana State Penitentiary; and Tom Norris, former Classification Officer, Louisiana State Penitentiary (collectively referred to as "State Defendants").

The State Defendants move the Court to grant a partial summary judgment in its favor dismissing the plaintiffs' due process claims under the Fourteenth Amendment of the United States Constitution and Article I, Section 2 of the Louisiana Constitution of 1974.  There are no genuine issues of material fact concerning the claim and the State Defendants are entitled to judgment as a matter of law dismissing the due process claim as more fully set forth in the attached Statement of Uncontested Material Facts and Memorandum of law.

DLD

159681.1



INITIALS | DOCKET#
nt | 73

**WHEREFORE**, the State Defendants pray that this Motion for Partial Summary Judgment be granted and the due process claims asserted by plaintiffs be dismissed, with prejudice, at plaintiffs' cost.

Respectfully submitted:

CHARLES C. FOTI, JR.
Louisiana Attorney General

_____
Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
9th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via United States Mail, proper postage pre-paid, on all counsel of record, namely:

Thomas W. Milliner, Esq.
ACLU Foundation of Louisiana
One Canal Place, Suite 2800
365 Canal Street
New Orleans, LA 70130

Nicholas J. Trenticosta, Esq.
Attorney & Counselor at Law
7100 St. Charles Avenue
New Orleans, LA 70118

Baton Rouge, Louisiana, this 31st day of March, 2004.

_____
M. Brent Hicks

159681.1