## LOCKDOWN REVIEW SUMMARY

No.: _72148_ Name: _Albert Wood Fox_ Location: _CCR_ Date: _Jan 28-75_

Date of Original Placement in Extended Lockdown: _4-18-73_

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
_____ Rule Violation Report
_X_ Incident Report                                 _____ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____. Why:_____

_____

_X_ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense        _____ Escape Risk

_X_ Inmate's Request                       _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____

_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
    _____ Psychiatric Evaluations      _____ Self-Mutilation
    _____ Serious Rule Infractions     _____ Other_____
    _____ Pattern of Violence          _____

_____ Continuing Investigation. By Whom:_____
    For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _W Harwood_                              _Maj_
    Name                                      Title   _Capt_

    _R Ramero_                                         

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS: _Convicted of the murder of mr_

_Miller_

EXHIBIT
**4**

RECEIVED

JAN 29 1975

LA. STATE PENITENTIARY
RECORDS OFFICE

## LOCKDOWN REVIEW SUMMARY

No.: _2 2148_ Name: _Albert Woodfox_ Location: _CCR_ Date: _4-8-75_

Date of Original Placement in Extended Lockdown: _4-18-73_

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action               _____ Own Request
_____ Rule Violation Report
__X__ Incident Report                          _____ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____. Why:_____

_____

_____ NOT RELEASED. Reasons:

_____  Nature of Commitment Offense    _____  Escape Risk

_____  Inmate's Request                __X__  New Rule Infractions Since Last Review

_____  Pending Felony Charges

__X__  Nature of Original Reason for Lockdown

_____  Inmate's Protection (explain):_____

_____

_____  Physically Dangerous to Himself or Others as Evidenced by:
       _____ Psychiatric Evaluations   _____ Self-Mutilation
       _____ Serious Rule Infractions  _____ Other_____
       _____ Pattern of Violence       _____

_____  Continuing Investigation. By Whom:_____
       For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _W J Norwood_                     _Maj_
             Name                        Title  _Capt_
             _C Exter_
             _J C Esker_                         _Classification Officer III_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS: _Found Guilty of murdering_
_Security Officer_

RECEIVED
APR 9 1975
LA. STATE PENITENTIARY
RECORDS OFFICE

## LOCKDOWN REVIEW SUMMARY

No.: _72148_ Name: _H. Woodfox_ Location: _CCR_ Date: _6/5/75_

Date of Original Placement in Extended Lockdown: _4-18-73_

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action
_____ Rule Violation Report
__✓__ Incident Report
_____ Investigation

_____ Own Request

_____ Initial Classification

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____. Why: _____
_____

__✓__ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense      _____ Escape Risk

_____ Inmate's Request      _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____
_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
_____ Psychiatric Evaluations      _____ Self-Mutilation
_____ Serious Rule Infractions      _____ Other _____
_____ Pattern of Violence      _____

_____ Continuing Investigation. By Whom: _____
For: _____

Reviewed by: _A. R. Dixon_ _C.O. V_
Name      Title _PA IV_

_____      _____

_____      _Cpt_

COMMENTS: _Refused to meet board._

RECEIVED
JUN 5 1975
LA. STATE PENITENTIARY
RECORDS OFFICE

## LOCKDOWN REVIEW SUMMARY

No.: _72148_  Name: _Albert Wood Fox_  Location: _CCR_  Date: _11/12/75_

Date of Original Placement in Extended Lockdown:_____

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action               _____ Own Request
      _____ Rule Violation Report
      _____ Incident Report                    _____ Initial Classification
   _X_ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____. Why:_____
_____

_X_  NOT RELEASED.  Reasons:

   _X_  Nature of Commitment Offense      _____ Escape Risk

   _____ Inmate's Request                 _____ New Rule Infractions Since Last Review

   _____ Pending Felony Charges

   _X_  Nature of Original Reason for Lockdown

   _____ Inmate's Protection (explain):_____
   _____

   _____ Physically Dangerous to Himself or Others as Evidenced by:
         _____ Psychiatric Evaluations   _____ Self-Mutilation
         _____ Serious Rule Infractions  _____ Other_____
         _____ Pattern of Violence       _____

   _____ Continuing Investigation.  By Whom:_____
         For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _W J Harwood_          Title  _Maj_
             Name
             _W E Foster_                  _Capt_
             _R W Simms_                   _Class Off II_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS: _Refused To meet Board_

RECEIVED
NOV 18 1975
LA. STATE PENITENTIARY
RECORDS OFFICE

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: _77148_ Name: _Woodfox, A._____  Location: _CCR_  Date: _1-30-76_

Date of Original Placement in Extended Lockdown: _____4-18-73_____

## REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
        _____ Rule Violation Report
        _____ Incident Report                       _____ Initial Classification
     _X_ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ACTION OF LOCKDOWN REVIEW BOARD

_____ <u>RELEASED</u> to_____.  Why:_____

_X_ <u>NOT RELEASED</u>.  Reasons:

    _X_    Nature of Commitment Offense      _____  Escape Risk

    _____  Inmate's Request                 _____  New Rule Infractions Since Last Review

    _____  Pending Felony Charges

    _X_    Nature of Original Reason for Lockdown

    _____  Inmate's Protection (explain):_____

    _X_    Physically Dangerous to Himself or Others as Evidenced by:
           _____ Psychiatric Evaluations    _____ Self-Mutilation
           _X_  Serious Rule Infractions    _X_  Other _Convicted of murdering_
           _X_  Pattern of Violence              _L.S.P. Security Officer B. Miller_

    _____  Continuing Investigation.  By Whom:_____
           For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _Scott Olin_____   _AB Officer II_____
             Name                        Title
             _____          _Capt_____
             _S.L. Bryargen_____     _C. o. D_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

_refuses to meet the Board_

RECEIVED
JAN 30 1976
LA. STATE PENITENTIARY
RECORDS OFFICE

A W 0301

## LOCKDOWN REVIEW SUMMARY

No.: _72148_    Name: _Woodfox, A._    Location _cell "D" tier_    Date: _5-4-76_

Date of Original Placement in Extended Lockdown: _4-18-73_

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
_____ Rule Violation Report
_____ Incident Report                              _____ Initial Classification _(convicted)_
__X__ Investigation _Murder of Security officer_

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____. Why: _____

__X__ NOT RELEASED.   Reasons:

__X__   Nature of Commitment Offense        _____ Escape Risk

_____   Inmate's Request                   _____ New Rule Infractions Since Last Review

_____   Pending Felony Charges

__X__   Nature of Original Reason for Lockdown

_____   Inmate's Protection (explain): _____
_____

__X__   Physically Dangerous to Himself or Others as Evidenced by:
_____   Psychiatric Evaluations   _____ Self-Mutilation
__X__   Serious Rule Infractions   _____ Other _____
__X__   Pattern of Violence        _____

_____   Continuing Investigation.  By Whom: _____
For: _____

Reviewed by: _____   Title  _Maj_
Name                                          _Capt_
M. Borne

COMMENTS:

RECEIVED

MAY 6 1976

LA. STATE PENITENTIARY
RECORDS OF

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: <u>72148</u>   Name: <u>WOODFOX, A.</u>   Location: <u>C.C.R. D</u>   Date: _____

Date of Original Placement in Extended Lockdown: <u>4-18-73</u>

<u>REASONS FOR ORIGINAL LOCKDOWN</u>

_____ Disciplinary Board Action          _____ Own Request
_____ Rule Violation Report
_____ Incident Report                    _____ Initial Classification
  ✓  Investigation (convicted of murder)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ <u>RELEASED</u> to _____.  Why: _____

_____

  ✓  <u>NOT RELEASED</u>.  Reasons:  *Refused To Meet Board*

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____

_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations    _____ Self-Mutilation
      _____ Serious Rule Infractions   _____ Other _____
      _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
      For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _M Boune_____      _Classification Officer_
            Name                     Title
            _____          _Capt._
            _____          _C.R.T_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

RECEIVED

SEP 20 1976

LA. STATE PENITENTIARY
RECORDS OFFICE

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: 72148    Name: ALBERT WOODFOX    Location: C.C.R.    Date: 1-4-77

Date of Original Placement in Extended Lockdown: 4-18-73

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                _____ Own Request
    _____ Rule Violation Report
    _____ Incident Report                  _____ Initial Classification
    __✓__ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____  <u>RELEASED</u> to _____ Why: _____

__✓__  <u>NOT RELEASED</u>. Reasons:

_____  Nature of Commitment Offense    _____ Escape Risk

_____  Inmate's Request              _____ New Rule Infraction Since Last Review

_____  Pending Felony Charges

_____  Nature of Original Reason for Lockdown

_____  Inmate's Protection (explain): _____
       _____

**RECEIVED**
**JAN 6 1977**
LA. STATE PEN.
RECORDS OFFICE

_____  Physically Dangerous to Himself or Others as Evidenced by:
       _____ Psychiatric Evaluations    _____ Self-Mutilation
       _____ Serious Rule Infractions    _____ Other _____
       _____ Pattern of Violence       _____

_____  Continuing Investigation. By Whom: _____
       For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _H.B. Brazzell_    _C.O. III_
        Name                Title
        _Carl Foster_       _Maj._

        _Owen Spurell_      _Class Officer I_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

Refused to meet the board
Convicted of murder of a
Correctional officer

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: 72148    Name: ALBERT WOODFOX    Location: C.C.R.    Date: 4-5-77

Date of Original Placement in Extended Lockdown: 4-19-73

<u>REASONS FOR ORIGINAL LOCKDOWN</u>

_____ Disciplinary Board Action        _____ Own Request
        _____ Rule Violation Report
        _____ Incident Report        _____ Initial Classification
        ✓ Investigation  *Convicted of murder*

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ <u>RELEASED</u> to _____. Why: _____

_____ <u>NOT RELEASED</u>. Reasons:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request        _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____

✓ Physically Dangerous to Himself or Others as Evidenced by:
    _____ Psychiatric Evaluations    _____ Self-Mutilation
    ✓ Serious Rule Infractions    ✓ Other *conviction of murder of*
    _____ Pattern of Violence        *a correctional officer*

_____ Continuing Investigation. By Whom: _____
        For:

Reviewed by: _____        C.O.II
        Name _____        Title Co II

        _____        Class. Off II

COMMENTS: *Inmate refused to meet board*

RECEIVED
APR 6 1977
LA. STATE PENITENTIARY
RECORDS OFFICE

## LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: ALBERT WOODFOX    Location: CC-C - 7    Date: 7/21/77

Date of Original Placement in Extended Lockdown: 4/18/73

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action ____ Own Request
____ Rule Violation Report
____ Incident Report ____ Initial Classification
✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____. Why: _____

_____

✓ NOT RELEASED. Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request    ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____

_____

✓ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations    ____ Self-Mutilation
✓ Serious Rule Infractions    ____ Other _Convicted of murder_
✓ Pattern of Violence    _of correctional officer_

____ Continuing Investigation. By Whom: _____
For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _HH Rykiel_
Name    Title _Classification_

_____    _Major_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS: _refused to meet the bed_

RECEIVED
JUL 22 1977

LA. STATE PENITENTIARY
RECORDS OFFICE

AW 0282

LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: ALBERT WOODFOX    Location: CCR "D"    Date: OCT. 4, 1977

Date of Original Placement in Extended Lockdown: 4/18/73

REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
_____ Rule Violation Report
_____ Incident Report                              _____ Initial Classification
__✓__ Investigation _Convected of murder_

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ . Why: _____

__✓__ NOT RELEASED.  Reasons:                      LA. STATE PENITENTIARY
                                                    RECORDS OFFICE

        _____ Nature of Commitment Offense    _____ Escape Risk

        _____ Inmate's Request                 _____ New Rule Infractions Since Last Review

        _____ Pending Felony Charges

        __✓__ Nature of Original Reason for Lockdown

        _____ Inmate's Protection (explain): _____
        _____

        __✓__ Physically Dangerous to Himself or Others as Evidenced by:
                _____ Psychiatric Evaluations      _____ Self-Mutilation
                __✓__ Serious Rule Infractions     __✓__ Other _Conviction of_
                _____ Pattern of Violence          _the murder of_
                                                   _correctional officer_

        _____ Continuing Investigation.  By Whom: _____
                For: _____

Reviewed by: _Ph. B. Bunyan_        _A. Hoet_
            Name _W. Hingield_       Title _Major_
            _J. Ray_                 _CCRR_

COMMENTS: _refused to meet board_

RECEIVED
OCT 7 1977

LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: ALBERT WOODFOX    Location: CCR "D"TIER Date: JANUARY *18*, 1978

Date of Original Placement in Extended Lockdown: *4-18-73*

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action                    _____ Own Request
_____ Rule Violation Report
_____ Incident Report
✓ Investigation *of Murder of Corr. Off.*      _____ Initial Classification

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____. Why: _____

_____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense      _____ Escape Risk

_____ Inmate's Request                  ✓ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____

_____

✓ Physically Dangerous to Himself or Others as Evidenced by:
   _____ Psychiatric Evaluations        _____ Self-Mutilation
   ✓ Serious Rule Infractions            ✓ Other *Convicted of Murder of*
   _____ Pattern of Violence              *correctional officer.*

_____ Continuing Investigation. By Whom: _____
For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _Th. Ringgen_            _Steel_
            Name                      Title
            _W. P. Hoggatty_          _Major_
            R. Dwayne M'Fatta         RC Class Supv.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS: *1-18-78 refused to meet board.*

RECEIVED
JAN 19 1978
LA STATE PENITENTIARY
RECORDS OFFICE

AW 0247

LOCKDOWN REVIEW SUMMARY

No.: 72148   Name: ALBERT WOODFOX   BM   Location: CCR LD   Date: 7/13/78

Date of Original Placement in Extended Lockdown: 4-19-73

## REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action _____ Own Request
_____ Rule Violation Report
_____ Incident Report _____ Initial Classification
✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____. Why: _____

_____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____

✓ Physically Dangerous to Himself or Others as Evidenced by:
_____ Psychiatric Evaluations       _____ Self-Mutilation
✓ Serious Rule Infractions    ✗ Other  murder of a
_____ Pattern of Violence              correctional officer

_____ Continuing Investigation. By Whom: _____
For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____   _____
Name: _____   Title: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS: refused to meet board

RECEIVED
JUL 14 1978
LA. STATE PENITENTIARY
RECORDS OFFICE

AW 0243

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: _72148_____ Name: _ALBERT WOODFOX____ BM _ Location: _C.C.R.___ Date: October 27, 197

Date of Original Placement in Extended Lockdown: _4-18-73_____

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action                    ____ Own Request
____ Rule Violation Report
____ Incident Report                           ____ Initial Classification
✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ <u>RELEASED</u> to_____.  Why:_____

✓ <u>NOT RELEASED</u>.  Reasons:

____ Nature of Commitment Offense      ____ Escape Risk

____ Inmate's Request                  ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain):_____

✓ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations        ____ Self-Mutilation
✓ Serious Rule Infractions          ✓ Other _Conviction of murdering_
✓ Pattern of Violence                   _a correctional officer_

____ Continuing Investigation.  By Whom:_____
For:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _Thos Brazeal_____          _Lt. Col._____
           Name                              Title
           _R. Augustine_____              _Class. Off._____
           _W.R. Boneycutt_____              _Major_____

COMMENTS:

_Declined to meet board._

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: 72148    Name: ALBERT WOODFOX    BM    Location: CCR LD    Date: JAN. 29 7.

Date of Original Placement in Extended Lockdown: 4-18-73

<u>REASONS FOR ORIGINAL LOCKDOWN</u>

✓ Disciplinary Board Action          ____ Own Request
____ Rule Violation Report
____ Incident Report                 ____ Initial Classification
✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

____ RELEASED to _____.  Why: _____

_____

✓ NOT RELEASED.  Reasons:

   ✓ Nature of Commitment Offense     ____ Escape Risk

   ____ Inmate's Request              ✓ New Rule Infractions Since Last Review

   ____ Pending Felony Charges

   ✓ Nature of Original Reason for Lockdown

   ____ Inmate's Protection (explain): _____

   ✓ Physically Dangerous to Himself or Others as Evidenced by:
     ____ Psychiatric Evaluations    ____ Self-Mutilation
     ✓ Serious Rule Infractions      ____ Other _____
     ✓ Pattern of Violence           _____

   ____ Continuing Investigation.  By Whom: _____
     For: _____

RECEIVED
JAN 29 1979
LA. STATE PENITENTIARY
RECORDS OFFICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _Hthenepen_          _Attdl_
Name                              Title

_M. Stewart_                      _Mjr_

_JePPh_                           _Class. off III_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

declined to meet the board.

LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: ALBERT WOODFOX    BM    Location: CCR LD    Date: APRIL 26, 1979

Date of Original Placement in Extended Lockdown: 4-18-73

### REASONS FOR ORIGINAL LOCKDOWN

_✓_ Disciplinary Board Action         ____ Own Request
____ Rule Violation Report
____ Incident Report                  ____ Initial Classification
_✓_ Investigation

------------------------------------------------------------

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____. Why: _____

_✓_ NOT RELEASED. Reasons:

   _✓_ Nature of Commitment Offense    ____ Escape Risk

   ____ Inmate's Request               _✓_ New Rule Infractions Since Last Review

   ____ Pending Felony Charges

   _✓_ Nature of Original Reason for Lockdown

   ____ Inmate's Protection (explain): _____

   _✓_ Physically Dangerous to Himself or Others as Evidenced by:
      ____ Psychiatric Evaluations    ____ Self-Mutilation
      _✓_ Serious Rule Infractions    ____ Other _____
      _✓_ Pattern of Violence

   ____ Continuing Investigation. By Whom: _____
        For: _____

------------------------------------------------------------

Reviewed by: _____
        Name _____    Title _____
        _____          _____
        R. Augustine              Class. Off

------------------------------------------------------------

COMMENTS:

*Inmate declined to meet the board.*

RECEIVED
APR 26 1979
LA. STATE PENITENTIARY
RECORDS OFFICE

## LOCKDOWN REVIEW SUMMARY

No.: _72148_   Name: __ALBERT WOODFOX  B/M__   Location: _C.C.R. L.D._ Date: _7-18-79_

Date of Original Placement in Extended Lockdown: _4-18-73_

### REASONS FOR ORIGINAL LOCKDOWN

__✓__ Disciplinary Board Action          _____ Own Request
_____ Rule Violation Report
_____ Incident Report               _____ Initial Classification
__✓__ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ . Why: _____

__✓__ NOT RELEASED.  Reasons:

__✓__ Nature of Commitment Offense     _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____

__✓__ Physically Dangerous to Himself or Others as Evidenced by:
 __✓__ Psychiatric Evaluations    _____ Self-Mutilation
 __✓__ Serious Rule Infractions   _____ Other _____
 _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
For: /

Reviewed by: _____      _____
Name                                Title

COMMENTS:

LA STATE PENITENTIARY
RECORDS OFFICE

inmate declined to meet
the Board.

## LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: ALBERT WOODFOX    BM    Location: UPPER "D"    Date: 10-3-79.

Date of Original Placement in Extended Lockdown: 4/18/73

### REASONS FOR ORIGINAL LOCKDOWN

____ ✓ Disciplinary Board Action                    ____ Own Request
____ Rule Violation Report
____ Incident Report                                ____ Initial Classification
____ ✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____. Why: _____

✓ NOT RELEASED.  Reasons:

____ ✓ Nature of Commitment Offense      ____ Escape Risk

____ Inmate's Request                    ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ ✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____
_____

✓ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations      ____ Self-Mutilation
____ ✓ Serious Rule Infractions   ____ Other _____
____ ✓ Pattern of Violence

____ Continuing Investigation.  By Whom: _____
For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____
Name                                     Title

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

inmate declines to meet the Board

RECEIVED
OCT 1979

LA. STATE PENITENTIARY
RECORDS OFFICE

LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: ALBERT WOODFOX    Location: UPPER "D"    Date: JAN 9, 1980

Date of Original Placement in Extended Lockdown: 4/18/73

### REASONS FOR ORIGINAL LOCKDOWN

√ Disciplinary Board Action _____ Own Request
_____ Rule Violation Report
_____ Incident Report _____ Initial Classification
√ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____. Why: _____

_____

√ NOT RELEASED. Reasons:

√ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

√ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____

√ Physically Dangerous to Himself or Others as Evidenced by:
_____ Psychiatric Evaluations _____ Self-Mutilation
√ Serious Rule Infractions _____ Other _____
√ Pattern of Violence _____

_____ Continuing Investigation. By Whom: _____
For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed By: _____
Name _____ Title _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

RECEIVED
JAN 9 1980
LA. STATE PENITENTIARY
RECORDS OFFICE

C3-118                    LOCKDOWN REVIEW SUMMARY

                                                    UPPER "D" TIER.
No.: 72148      Name: ALBERT WOODFOX    B/M  Location: CCR LD    Date: APRIL 28 1980.

Date of Original Placement in Extended Lockdown: 4-18-73

### REASONS FOR ORIGINAL LOCKDOWN

___✓ Disciplinary Board Action          ___ Own Request
___ Rule Violation Report
___ Incident Report                     ___ Initial Classification
___✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED to _____. Why: _____
_____

___✓ NOT RELEASED. Reasons:

      ___✓ Nature of Commitment Offense    ___ Escape Risk

      ___ Inmate's Request                 ___ New Rule Infractions Since Last Review

      ___ Pending Felony Charges

      ___✓ Nature of Original Reason for Lockdown

      ___ Inmate's Protection (explain): _____
      _____

      ___✓ Physically Dangerous to Himself or Others as Evidenced by:
           ___ Psychiatric Evaluations     ___ Self-Mutilation
           ___✓ Serious Rule Infractions   ___ Other _____
           ___✓ Pattern of Violence        _____

      ___ Continuing Investigation. By Whom: _____
           For: _____

Reviewed by: _Illegible signature_____  _Illegible signature_____
           Name _____   Title _M_____
           _____  _Illegible_____ Off III

COMMENTS:

_Inmate declined to meet the_ **RECEIVED**

                              APR 28 1980

                    LA. STATE PENITENTIARY
                        RECORDS OFFICE

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: 72148    Name: ALBERT WOODFOX B/M    Location: UPPER "D"    Date: 7/30/80

Date of Original Placement in Extended Lockdown: 4-18-73

<u>REASONS FOR ORIGINAL LOCKDOWN</u>

✓ Disciplinary Board Action          _____ Own Request
_____ Rule Violation Report
✓ Incident Report                    _____ Initial Classification
✓ Investigation

RECEIVED
JUL 30 1980

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED to _____, Why: _____ LA. STATE PENITENTIARY
                                                      RECORDS OFFICE

✓ NOT RELEASED. Reasons:

    ✓ Nature of Commitment Offense    _____ Escape Risk

    _____ Inmate's Request              _____ New Rule Infractions Since Last Review

    _____ Pending Felony Charges

    ✓ Nature of Original Reason for Lockdown

    _____ Inmate's Protection (explain): _____

    ✓ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations      _____ Self-Mutilation
      ✓ Serious Rule Infractions        ✓ Other convicted of murder of
      _____ Pattern of Violence              a correctional official

    _____ Continuing Investigation. By Whom: _____
      For: _____

Reviewed by: H.C. Brown                    Asst.
    Name                                   Title   Major

COMMENTS:

*Inmate declined to meet the Board —*

LOCKDOWN REVIEW SUMMARY

No.: 72148     Name: ALBERT WOODFOX     Location: UPPER "D"     Date: 10-30-80

Date of Original Placement in Extended Lockdown: 4-18-73

### REASONS FOR ORIGINAL LOCKDOWN

___✓___ Disciplinary Board Action          _____ Own Request
_____ Rule Violation Report
_____ Incident Report                      _____ Initial Classification
___✓___ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____.  Why: _____

___✓___ NOT RELEASED.  Reasons:

_____     Nature of Commitment Offense     _____ Escape Risk

_____     Inmate's Request                 _____ New Rule Infractions Since Last Review

_____     Pending Felony Charges

_____     Nature of Original Reason for Lockdown

_____     Inmate's Protection (explain): _____
_____

_____     Physically Dangerous to Himself or Others as Evidenced by:
            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions    _____ Other _____
            _____ Pattern of Violence

_____     Continuing Investigation.  By Whom: _____
            For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____  _____
            Name                                  Title

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

*Inmate declined to meet the board.*

C3-118                           LOCKDOWN REVIEW SUMMARY

No.: 72148      Name: ALBERT WOODFOX           Location: UCCR D-8   Date: 2/2/81

Date of Original Placement in Extended Lockdown: 4/18/73

## REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action                    ____ Own Request
____ Rule Violation Report
____ Incident Report
✓ Investigation                                 ____ Initial Classification

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____. Why: _____

✓ NOT RELEASED. Reasons: *Inmate Declined to meet the Board.*

____ Nature of Commitment Offense        ____ Escape Risk

✓    Inmate's Request                     ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____
_____

____ Physically Dangerous to Himself or Others as Evidenced by:
     ____ Psychiatric Evaluations        ____ Self-Mutilation
     ____ Serious Rule Infractions       ____ Other _____
     ____ Pattern of Violence            _____

____ Continuing Investigation. By Whom: _____
     For: _____

Reviewed by: _____        _____
             Name                            Title
             _____         _____

             _____         _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

RECEIVED
FEB 02 1981
LA. STATE PENITENTIARY
RECORDS OFFICE

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: _72148_    Name: _ALBERT WOODFOX_    Location: UPPER D-X 4 Date: 4-29-81

Date of Original Placement in Extended Lockdown: _4-18-72_

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action          ____ Own Request
____ Rule Violation Report
____ Incident Report                 ____ Initial Classification
✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____. Why:_____
_____

✓ NOT RELEASED. Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain):_____
_____
_____

____ Physically Dangerous to Himself or Others as Evidenced by:
    ____ Psychiatric Evaluations    ____ Self-Mutilation
    ____ Serious Rule Infractions   ____ Other
    ____ Pattern of Violence        _____

____ Continuing Investigation. By Whom:_____
     For:_____

Reviewed by: _Mason B Massey_           _PC III_
             Name                         Title _(cal.)_
             _Robert B Butler_                _(Col.)_
             _Lindsey P Massey_              _My_

COMMENTS:

RECEIVED
APR 29 1981
LA. STATE PENITENTIARY
RECORDS OFFICE

AW 0225

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: __72148__  Name: __ALBERT WOODFOX__  B/M  Location: __CCR UPPER D__ Date: _7-28-81_

Date of Original Placement in Extended Lockdown: __4-18-72__

### REASONS FOR ORIGINAL LOCKDOWN

__✓__ Disciplinary Board Action           _____ Own Request
_____ Rule Violation Report
_____ Incident Report                    _____ Initial Classification
__✓__ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

RELEASED to _____ .  Why: _____

_____

__✓__ NOT RELEASED.  Reasons:

_____    Nature of Commitment Offense     _____   Escape Risk

_____    Inmate's Request                 _____   New Rule Infractions Since Last Review

_____    Pending Felony Charges

__✓__    Nature of Original Reason for Lockdown

_____    Inmate's Protection (explain): _____

_____

_____    Physically Dangerous to Himself or Others as Evidenced by:
          _____ Psychiatric Evaluations   _____ Self-Mutilation
          _____ Serious Rule Infractions  _____ Other _Convicted of murdering a_
          _____ Pattern of Violence              _correctional officer_

_____    Continuing Investigation.  By Whom: _____
          For: _____

Reviewed by _signatures_
            Name                           Title

COMMENTS: _____

RECEIVED

JUL 28 1981

LA. STATE PENITENTIARY
RECORDS OFFICE

C3-118                     LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: ALBERT WOODFOX B/M        Location: UPPER "D"    Date: 11-3-8

Date of Original Placement in Extended Lockdown: _____4-18-72_____

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action                    _____ Own Request
_____ Rule Violation Report
_____ Incident Report                           _____ Initial Classification
✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____. Why:_____

✓ NOT RELEASED. Reasons:

_____    Nature of Commitment Offense    _____ Escape Risk

_____    Inmate's Request                _____ New Rule Infractions Since Last F

_____    Pending Felony Charges

✓    Nature of Original Reason for Lockdown

_____    Inmate's Protection (explain):_____
_____

_____    Physically Dangerous to Himself or Others as Evidenced by:
         _____ Psychiatric Evaluations   _____ Self-Mutilation
         _____ Serious Rule Infractions  _____ Other_____
         _____ Pattern of Violence       _____

_____    Continuing Investigation. By Whom:_____
         For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _Sandy P. Maynul_          _Lt. Col._
             Name                        Title
             _WThms Gilliace_            _ArSTTT_
             _P.Rabalais_                _Maj_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

RECEIVE[
NOV 03 198
LA. STATE PENIT[
RECORDS OF

AW 0218

C3-118                    🌳  🌳  LOCKDOWN REVIEW SUMMARY  🌳  🌳

No.: 72148    Name: ALBERT WOODFOX    Location: UCCR D-8    Date: 01/05/82

Date of Original Placement in Extended Lockdown: 4-18-72

### REASONS FOR ORIGINAL LOCKDOWN

✓____ Disciplinary Board Action              ____Own Request
____Rule Violation Report
____Incident Report                          ____Initial Classification
✓Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED to_____.  Why:_____

_____

✓____ NOT RELEASED.  Reasons:

____   Nature of Commitment Offense      ____   Escape Risk

____   Inmate's Request                  ____   New Rule Infractions Since Last Review

____   Pending Felony Charges

✓____   Nature of Original Reason for Lockdown

____   Inmate's Protection (explain):_____

_____

____   Physically Dangerous to Himself or Others as Evidenced by:
____   Psychiatric Evaluations      ____   Self-Mutilation
____   Serious Rule Infractions     ____   Other_____
____   Pattern of Violence          _____

____   Continuing Investigation.  By Whom:_____
       For:_____

Reviewed by: _Robert Bryan_____

       Name _Robert T. Bryan_____, _PCO II_____

       _Kendall Cady_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

RECEIVED

JAN 5 1982

LA. STATE PENITENTIARY
RECORDS OFFICE

C3-118

## LOCKDOWN REVIEW SUMMARY

No.: _72148_     Name: _ALBERT WOODFOX_          Location: UPPER "D"     Date: _4-27-82_

Date of Original Placement in Extended Lockdown: _4-18-72_

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
_____ Rule Violation Report
_____ Incident Report                               _____ Initial Classification
✓ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____.  Why: _____
_____

_____ NOT RELEASED.  Reasons:

_____    Nature of Commitment Offense      _____   Escape Risk

_____    Inmate's Request                  _____   New Rule Infractions Since Last Review

_____    Pending Felony Charges

_____    Nature of Original Reason for Lockdown

_____    Inmate's Protection (explain): _____
_____

_____    Physically Dangerous to Himself or Others as Evidenced by:
         _____   Psychiatric Evaluations   _____   Self-Mutilation
         _____   Serious Rule Infractions  _____   Other_____
         _____   Pattern of Violence       _____

_____    Continuing Investigation.  By Whom: _____
         For: _____

Reviewed by: _____      _____
         Name                              Title

COMMENTS:


RECEIVED
APR 27 1982
La. State Penitentiary
Records Office
Angola, La.

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: __72148__   Name: ALBERT WOODFOX____   Location: UPPER D-8   Date: 7/28/82

Date of Original Placement in Extended Lockdown: __4/18/82__   4/18/72

## REASONS FOR ORIGINAL LOCKDOWN

__✓__ Disciplinary Board Action          ____ Own Request
____ Rule Violation Report
____ Incident Report                      ____ Initial Classification
__✓__ Investigation

## ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____.  Why: _____

__✓__ NOT RELEASED.  Reasons:

____   Nature of Commitment Offense      ____   Escape Risk

__✓__   Inmate's Request                 ____   New Rule Infractions Since Last Review

____   Pending Felony Charges

__✓__   Nature of Original Reason for Lockdown

____   Inmate's Protection (explain): _____
_____

____   Physically Dangerous to Himself or Others as Evidenced by:
        ____ Psychiatric Evaluations     ____ Self-Mutilation
        ____ Serious Rule Infractions    ____ Other _____
        ____ Pattern of Violence

____   Continuing Investigation.  By Whom: _____
        For: _____

Reviewed by: _Andw F. Maylaw_  _Hot_
            Name:                        Title
            _Waddell Moody_  _Mej_
            _Earnest Williams_  _Poo_

COMMENTS: _Declined to meet the Board_

RECEIVED
JUL 28 1982
La. State Penitentiary
Records Office
Angola, LA.

C3-118                    <u>LOCKDOWN REVIEW SUMMARY</u>

No.: __72148__    Name: ALBERT WOODFOX          Location: UPPER "D"  Date: _10-26-82_

Date of Original Placement in Extended Lockdown: _____ _4-18-72_

<u>REASONS FOR ORIGINAL LOCKDOWN</u>

___✓_Disciplinary Board Action            _____ Own Request
_____ Rule Violation Report
_____ Incident Report                     _____ Initial Classification
___✓_Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ <u>RELEASED</u> to_____.  Why: _____

___✓_ <u>NOT RELEASED</u>.  Reasons:

_____ Nature of Commitment Offense      _____ Escape Risk

_____ Inmate's Request                  _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____
      _____

_____ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations    _____ Self-Mutilation
      _____ Serious Rule Infractions   _____ Other_____
      _____ Pattern of Violence                _____

_____ Continuing Investigation.  By Whom:_____
      For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____     _____
      Name                                  Title
      _____             _PCOTF_
      _____             _Maj_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

OCT 27 1982
La. State Penitentiary
Records Office
Angola, La.



## LOCKDOWN REVIEW SUMMARY

No.: 72148___ Name: ALBERT WOODFOX___ Location: UPPER "D: Date: 1/21/83___

Date of Original Placement in Extended Lockdown: 4-18-72___

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action          _____ Own Request
       _____ Rule Violation Report
       _____ Incident Report              _____ Initial Classification
       _____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____. Why:_____

_____ NOT RELEASED. Reasons:

_____     Nature of Commitment Offense       _____  Escape Risk

_____     Inmate's Request                   _____  New Rule Infractions Since Last Review

_____     Pending Felony Charges

_____     Nature of Original Reason for Lockdown

_____     Inmate's Protection (explain):_____

_____     Physically Dangerous to Himself or Others as Evidenced by:
          _____  Psychiatric Evaluations    _____  Self-Mutilation
          _____  Serious Rule Infractions   _____  Other_____
          _____  Pattern of Violence

_____     Continuing Investigation. By Whom:_____
          For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____          _____
             Name                            Title

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS: Declines to meet the board

RECEIVED
JAN 21 1983
La. State Penitentiary

C3-118                LOCKDOWN REVIEW SUMMARY

No.: _72148_  Name: _ALBERT WOODFOX_   Location: UPPER "D"  Date: _4-5-83_

Date of Original Placement in Extended Lockdown: _4-18-72_

### REASONS FOR ORIGINAL LOCKDOWN

_✓_ Disciplinary Board Action            _____ Own Request
_____ Rule Violation Report
_____ Incident Report                    _____ Initial Classification
_✓_ Investigation

---

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____. Why:_____

_✓_ NOT RELEASED. Reasons:

_____    Nature of Commitment Offense    _____  Escape Risk

_____    Inmate's Request                _____  New Rule Infractions Since Last Review

_____    Pending Felony Charges

_✓_    Nature of Original Reason for Lockdown

_____    Inmate's Protection (explain):_____

_____    Physically Dangerous to Himself or Others as Evidenced by:
         _____ Psychiatric Evaluations    _____ Self-Mutilation
         _____ Serious Rule Infractions   _____ Other_____
         _____ Pattern of Violence

_____    Continuing Investigation. By Whom:_____
         For:_____

---

Reviewed by: _____    _____
             Name                        Title  _PCOTT_

---

COMMENTS:

RECEIVED
APR 6 1983
La. State Penitentiary
Records Office
Angola, La.

C3-118

## LOCKDOWN REVIEW SUMMARY

No.: ~~72148~~    Name: ~~WOODFOX, Albert~~    Location: ~~Upper D~~    Date: ~~7-26-83~~

Date of Original Placement in Extended Lockdown: _4 - 17 - 72_

### REASONS FOR ORIGINAL LOCKDOWN

_✓___ Disciplinary Board Action          _____ Own Request
_____ Rule Violation Report
_✓___ Incident Report                    _____ Initial Classification
_____ Investigation

-----

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____. Why: _____

_____

_✓___ NOT RELEASED. Reasons:

    _____ Nature of Commitment Offense    _____ Escape Risk

    _____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_✓___ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____
_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
        _____ Psychiatric Evaluations    _____ Self-Mutilation
_✓___   Serious Rule Infractions         _____ Other
_____   Pattern of Violence              _____
                                         _____

_____ Continuing Investigation. By Whom: _____
      For: _____

-----

Reviewed by: _____

    Name _____          Title _____

COMMENTS:

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: __72148__  Name: __ALBERT WOODFOX__    Location: __UPPER D__  Date: __OCTOBER 25, 19__

Date of Original Placement in Extended Lockdown: __4-18-72__

### REASONS FOR ORIGINAL LOCKDOWN

__✓__ Disciplinary Board Action                    ____ Own Request
____ Rule Violation Report
____ Incident Report                              ____ Initial Classification
____ Investigation

---

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____.  Why: _____

__✓__ NOT RELEASED.  Reasons:

____    Nature of Commitment Offense      ____  Escape Risk

____    Inmate's Request                  ____  New Rule Infractions Since Last Review

____    Pending Felony Charges

__✓__   Nature of Original Reason for Lockdown

____    Inmate's Protection (explain): _____
        _____

__✓__   Physically Dangerous to Himself or Others as Evidenced by:
        ____  Psychiatric Evaluations    ____  Self-Mutilation
        ____  Serious Rule Infractions   ____  Other_____
        __✓__ Pattern of Violence

____    Continuing Investigation.  By Whom: _____
        For: _____

---

Reviewed by: _____
        Name _____  Title _____

---

COMMENTS:

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: _72148_    Name: _ALBERT WOODFOX_        Location: _C.C.R._    Date: _1/25/84_

Date of Original Placement in Extended Lockdown: _4/18/72_

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action                    ____ Own Request
    ____ Rule Violation Report
    ____ Incident Report                          ____ Initial Classification
    ____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____    RELEASED to _____ . Why: _____
_____

__✓__    NOT RELEASED.  Reasons:

    ____    Nature of Commitment Offense    ____  Escape Risk

    ____    Inmate's Request                ____  New Rule Infractions Since Last Review

    ____    Pending Felony Charges

    _✓__    Nature of Original Reason for Lockdown

    ____    Inmate's Protection (explain): _____
    _____

    ____    Physically Dangerous to Himself or Others as Evidenced by:
        ____  Psychiatric Evaluations    ____  Self-Mutilation
        ____  Serious Rule Infractions   ____  Other _____
        ____  Pattern of Violence        _____

    ____    Continuing Investigation.  By Whom: _____
            For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____
        Name _____        Title _____
             _____              _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

AW 0207

 

LSP

## LOCKDOWN REVIEW SUMMARY

No.: __72146__    Name: __ALBERT WOODFOX__    Location: __CCR-UPPER D__ Date: __APRIL 25, 1984__

Date of Original Placement in Extended Lockdown: __4/18/72__

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action          _____ Own Request
 ✓   _____ Rule Violation Report
  ✓   _____ Incident Report               _____ Initial Classification
      _____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ Why: _____
_____

 ✓  NOT RELEASED. Reasons:

      _____ Nature of Commitment Offense    _____ Escape Risk

      _____ Inmate's Request                _____ New Rule Infractions Since Last Review

      _____ Pending Felony Charges

       ✓    Nature of Original Reason for Lockdown

      _____ Inmate's Protection (explain): _____
      _____

      _____ Physically Dangerous to Himself or Others as Evidenced by:
             _____ Psychiatric Evaluations   _____ Self-Mutilation
             _____ Serious Rule Infractions  _____ Other_____
             _____ Pattern of Violence

      _____ Continuing Investigation. By Whom: _____
             For: _____

Reviewed by: _____        APR 25 ____ La. State Penitentiary Record Office Angola, LA.
             Name _____     Title _____

             _____        _____

COMMENTS: _____

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: 72148____   Name: ALBERT WOODFOX____   Location: UPPER-D   Date: 7 2 ?4

Date of Original Placement in Extended Lockdown: __4 / / 72__

<u>REASONS FOR ORIGINAL LOCKDOWN</u>

__✓__ Disciplinary Board Action          ____ Own Request
____ Rule Violation Report
____ Incident Report                      ____ Initial Classification
____ Investigation

---

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

____   <u>RELEASED</u> to_____   Why:_____

__✓__ <u>NOT RELEASED</u>.  Reasons:

_____ Nature of Commitment Offense      _____ Escape Risk

_____ Inmate's Request                   _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____
_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
_____ Psychiatric Evaluations     _____ Self-Mutilation
_____ Serious Rule Infractions    _____ Other____
_____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
For:_____

---

Reviewed by:_____
Name _____        Title _____

_____        _____

---

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

No.: __72148__    Name: __ALBERT WOODFOX__    Location: __UPPER "D"__    Date: __9/24/84__

Date of Original Placement in Extended Lockdown: __4/18/72__

### REASONS FOR ORIGINAL LOCKDOWN

___ Disciplinary Board Action          ___ Own Request
    _✓_ Rule Violation Report
    ___ Incident Report          ___ Initial Classification
    ___ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

___ RELEASED to _____    Why: _____
_____

_✓_ NOT RELEASED.   Reasons:

    ___ Nature of Commitment Offense          ___ Escape Risk

    ___ Inmate's Request          ___ New Rule Infractions Since Last Review

    ___ Pending Felony Charges

    _✓_ Nature of Original Reason for Lockdown

    ___ Inmate's Protection (explain): _____
_____

    ___ Physically Dangerous to Himself or Others as Evidenced by:
        ___ Psychiatric Evaluations          ___ Self-Mutilation
        ___ Serious Rule Infractions          ___ Other _____ see 25
        ___ Pattern of Violence

    ___ Continuing Investigation.  By Whom: _____
    For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____
    Name _____          Title _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

C3-118

## LOCKDOWN REVIEW SUMMARY

No.: 72148_____ Name:_____ ALBERT WOODFOX _____ Location: "D" TIER __ Date: 1-11-85

Date of Original Placement in Extended Lockdown: 4/18/72

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action        _____ Own Request
_____ Rule Violation Report
_____ Incident Report        _____ Initial Classification
_____ Investigation

---

### ACTION OF LOCKDOWN REVIEW BOARD

✓ RELEASED to_____ . Why:_____

_____ NOT RELEASED.  Reasons:

_____ Nature of Commitment Offense     _____ Escape Risk

_____ Inmate's Request        _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain):_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
_____ Psychiatric Evaluations     _____ Self-Mutilation
_____ Serious Rule Infractions     _____ Other_____
_____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
For:_____

---

Reviewed by:

Name _____       Title _____

---

COMMENTS:

LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: ALBERT WOODFOX    Location: UPPER D    Date: MARCH 18, 1985

Date of Original Placement in Extended Lockdown: 4-18-72

## REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action                    ____ Own Request
✓ Rule Violation Report
____ Incident Report                           ____ Initial Classification
____ Investigation

## ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____    Why: _____

✓ NOT RELEASED.  Reasons:

_____  Nature of Commitment Offense    _____  Escape Risk

_____  Inmate's Request                _____  New Rule Infractions Since Last Review

_____  Pending Felony Charges

✓  Nature of Original Reason for Lockdown

_____  Inmate's Protection (explain): _____

_____  Physically Dangerous to Himself or Others as Evidenced by:
        _____  Psychiatric Evaluations    _____  Self-Mutilation
        _____  Serious Rule Infractions   _____  Other _____
        _____  Pattern of Violence

_____  Continuing Investigation.  By Whom: _____
        For: _____

Reviewed by: _____    Title _____
            Name

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: ALBERT WOODFOX    B/M    Location: UCCR D TIER    Date: 5-29 85

Date of Original Placement in Extended Lockdown: 4-18-72

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
_____ Rule Violation Report
_____ Incident Report                               _____ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____    Why: _____

✓ NOT RELEASED.  Reasons: _____

_____    Nature of Commitment Offense    _____    Escape Risk

_____    Inmate's Request               _____    New Rule Infractions Since Last Review

_____    Pending Felony Charges

✓    Nature of Original Reason for Lockdown

_____    Inmate's Protection (explain): _____
_____

_____    Physically Dangerous to Himself or Others as Evidenced by:
         _____    Psychiatric Evaluations    _____    Self-Mutilation
         _____    Serious Rule Infractions   _____    Other_____
         _____    Pattern of Violence        _____

_____    Continuing Investigation.  By Whom: _____
         For: _____

Reviewed by: _____
             Name                              Title

_Earnest Williams_        _PCC_

COMMENTS:




## LOCKDOWN REVIEW SUMMARY

No.:#72148____ Name:ALBERT WOODFOX  B/M____ Location:U/CCR D-TIER Date: 8-1-85

Date of Original Placement in Extended Lockdown:_____ 4-18-72

### REASONS FOR ORIGINAL LOCKDOWN

____ ✓ Disciplinary Board Action         ____ Own Request
____ ✓ Rule Violation Report
____ Incident Report                      ____ Initial Classification
____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to_____ Why:_____
_____

✓ NOT RELEASED.  Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request                ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain):_____
_____

____ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations    ____ Self-Mutilation
____ Serious Rule Infractions   ____ Other_____
____ Pattern of Violence        _____

____ Continuing Investigation.  By Whom:_____
For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by:_____ _____
Name                              Title

_Earnest William_           _PCO II_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

 

LOCKDOWN REVIEW SUMMARY

No.: __72148__   Name: __ALBERT WOODFOX, B/M__   Location: __U/"D"__   Date: __10-15-85__

Date of Original Placement in Extended Lockdown: __4-18-72__

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action          _____ Own Request
       _____ Rule Violation Report
       _____ Incident Report             _____ Initial Classification
       ✓ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ Why: _____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense      _____ Escape Risk

_____ Inmate's Request                  _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____

_____ Physically Dangerous to Himself or Others as Evidenced by:
       _____ Psychiatric Evaluations      _____ Self-Mutilation
       _____ Serious Rule Infractions     _____ Other _____
       _____ Pattern of Violence

_____ Continuing Investigation. By Whom: _____
       For: _____

Reviewed by: _____
       Name _____   Title _PC III_
       _____

RECEIVED
OCT 16 1985
LOUISIANA STATE
PENITENTIARY
RECORDS OFFICE

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

No.: 072148    Name: Albert Woodfox    Location: C.C.R.    Date: 1/22/86

Date of Original Placement in Extended Lockdown: 4/18/72

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action                    _____ Own Request
✓ Rule Violation Report
_____ Incident Report                          _____ Initial Classification
✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ Why: _____
_____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense        _____ Escape Risk

_____ Inmate's Request                    _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____
_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations        _____ Self–Mutilation
      _____ Serious Rule Infractions       _____ Other _____
      _____ Pattern of Violence            _____

_____ Continuing Investigation. By Whom: _____
      For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____        _____
            Name                              Title

            B. Jeansonne                      P.C.O. II

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

No.: _072148___   Name: _Albert Woodfox_   B/M Location: _C.C.R._   Date: _3/20/86_

Date of Original Placement in Extended Lockdown: _4/18/72_

### REASONS FOR ORIGINAL LOCKDOWN

[✓] Disciplinary Board Action                    _____ Own Request
[✓] Rule Violation Report
[✓] Incident Report                              _____ Initial Classification
[✓] Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED to _____  Why: _____

[✓]  NOT RELEASED. Reasons:

_____   Nature of Commitment Offense      _____   Escape Risk

_____   Inmate's Request                  _____   New Rule Infractions Since Last Review

_____   Pending Felony Charges

[✓]   Nature of Original Reason for Lockdown

_____   Inmate's Protection (explain): _____
_____

_____   Physically Dangerous to Himself or Others as Evidenced by:
        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other _____
        _____ Pattern of Violence        _____

_____   Continuing Investigation. By Whom: _____
        For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _(signature)_                    _(signature)_
            Name                              Title

            _(signature)_                    _(signature)_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

RECEIVED
MAR 20 1986
LOUISIANA STATE
PENITENTIARY
RECORDS OFFICE

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: 072148   Name: Albert Woodfox   B/M Location:   C.C.R.   Date: 6·24·86

Date of Original Placement in Extended Lockdown: 4·18·72

<u>REASONS FOR ORIGINAL LOCKDOWN</u>

✓ Disciplinary Board Action             _____ Own Request
  ✓ Rule Violation Report
  ✓ Incident Report                     _____ Initial Classification
  ✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ <u>RELEASED</u> to_____. Why:_____

_____

✓ <u>NOT RELEASED</u>.  Reasons:

_____    Nature of Commitment Offense    _____   Escape Risk

_____    Inmate's Request               _____   New Rule Infractions Since Last Review

_____   Pending Felony Charges

✓      Nature of Original Reason for Lockdown

_____    Inmate's Protection (explain):_____

_____

_____   Physically Dangerous to Himself or Others as Evidenced by:
        _____   Psychiatric Evaluations   _____   Self-Mutilation
        _____   Serious Rule Infractions  _____   Other_____
        _____   Pattern of Violence                _____

_____   Continuing Investigation.  By Whom:_____
        For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by:
        Name _____      Title _____
        _____              _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

No.: 072148    Name: Albert Woodfox    Location: C.C.R.    Date: 9/16/86

Date of Original Placement in Extended Lockdown: 4/18/72

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action          _____ Own Request
  ✓ Rule Violation Report
  ✓ Incident Report                  _____ Initial Classification
  ✓ Investigation

---

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ Why: _____

✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____
      _____

_____ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations   _____ Self-Mutilation
      _____ Serious Rule Infractions  _____ Other_____
      _____ Pattern of Violence       _____
                                      _____

_____ Continuing Investigation. By Whom: _____
      For: _____

---

Reviewed by: _____    _____
             Name                         Title

             _____    PCO II
             
---

COMMENTS:

 

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: <u>072148</u>    Name: <u>Albert Woodfox</u>    B/MLocation: <u>C.C.R.</u>    Date: <u>1-8-87</u>

Date of Original Placement in Extended Lockdown: <u>4/18/72</u>

### REASONS FOR ORIGINAL LOCKDOWN

____ Disciplinary Board Action                    ____ Own Request
____ Rule Violation Report
____ Incident Report                              ____ Initial Classification
____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ <u>RELEASED</u> to _____    Why: _____

____ <u>NOT RELEASED</u>.  Reasons:

    ____ Nature of Commitment Offense    ____ Escape Risk

    ____ Inmate's Request    ____ New Rule Infractions Since Last Review

    ____ Pending Felony Charges

    ____ Nature of Original Reason for Lockdown

    ____ Inmate's Protection (explain): _____
_____

    ____ Physically Dangerous to Himself or Others as Evidenced by:
        ____ Psychiatric Evaluations    ____ Self-Mutilation
        ____ Serious Rule Infractions    ____ Other_____
        ____ Pattern of Violence
                            _____

    ____ Continuing Investigation.  By Whom: _____
        For: _____

Reviewed by: _____    _____
      Name _Joseph Lee_    Title _PCO IV_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: Albert Woodfox            Location: G-4-L  CCR  Date: 4/3/87

Date of Original Placement in Extended Lockdown: ~~EX~~  4/18/72

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action              _____ Own Request
    ✓ Rule Violation Report
    ✓ Incident Report                    _____ Initial Classification
    ✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____  Why:_____

✓ NOT RELEASED.  Reasons:

_____    Nature of Commitment Offense    _____  Escape Risk

_____    Inmate's Request                _____  New Rule Infractions Since Last Review

_____    Pending Felony Charges

✓    Nature of Original Reason for Lockdown

_____    Inmate's Protection (explain):_____
_____

_____    Physically Dangerous to Himself or Others as Evidenced by:
    _____  Psychiatric Evaluations    _____  Self-Mutilation
    _____  Serious Rule Infractions   _____  Other_____
    _____  Pattern of Violence

_____    Continuing Investigation.  By Whom:_____
         For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____  _____
         Name  _____   Title  _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:



## LOCKDOWN REVIEW SUMMARY

No.: 072148    Name: Albert Woodfox    Location: Gar 3 Left Date: 7-6-87

Date of Original Placement in Extended Lockdown: 4-18-72

### REASONS FOR ORIGINAL LOCKDOWN

☑ Disciplinary Board Action          \_\_\_\_ Own Request
☑ Rule Violation Report
☑ Incident Report                    \_\_\_\_ Initial Classification
☑ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

\_\_\_\_ RELEASED to _____  Why: _____

☑ NOT RELEASED. Reasons:

\_\_\_\_ Nature of Commitment Offense    \_\_\_\_ Escape Risk

\_\_\_\_ Inmate's Request               ☑ New Rule Infractions Since Last Review

\_\_\_\_ Pending Felony Charges

☑ Nature of Original Reason for Lockdown

\_\_\_\_ Inmate's Protection (explain): _____

\_\_\_\_ Physically Dangerous to Himself or Others as Evidenced by:
    \_\_\_\_ Psychiatric Evaluations    \_\_\_\_ Self-Mutilation
    \_\_\_\_ Serious Rule Infractions    \_\_\_\_ Other _____
    \_\_\_\_ Pattern of Violence

\_\_\_\_ Continuing Investigation. By Whom: _____
    For: _____

Reviewed by: _Elois Tillery_        _Major_
    Name                              Title

_(signature)_        _C. C. Lupo_

COMMENTS:

RECEIVED
JUL 7 1987
LOUISIANA STATE
PENITENTIARY
RECORDS OFFICE

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: __072148__   Name: Albert Woodfox   B/M  Location: CR Gar 3 L   Date: _10-7-81_

Date of Original Placement in Extended Lockdown: _4-18-72_

<u>REASONS FOR ORIGINAL LOCKDOWN</u>

_____ Disciplinary Board Action          _____ Own Request
_____ Rule Violation Report
_____ Incident Report                    _____ Initial Classification
__✓__ Investigation

---

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____  <u>RELEASED</u> to_____.  Why:_____

_____  <u>NOT RELEASED</u>.  Reasons:

   _____ Nature of Commitment Offense   _____ Escape Risk

   _____ Inmate's Request               _____ New Rule Infractions Since Last Review

   _____ Pending Felony Charges

   __✓__ Nature of Original Reason for Lockdown

   _____ Inmate's Protection (explain):_____
         _____

   _____ Physically Dangerous to Himself or Others as Evidenced by:
         _____ Psychiatric Evaluations   _____ Self-Mutilation
         _____ Serious Rule Infractions  _____ Other_____
         _____ Pattern of Violence

   _____ Continuing Investigation. By Whom:_____
         For:_____

---

Reviewed by:

Name _____        Title _Major_

_____             _CCS?_

COMMENTS: _Ht of violence against security as supported by documented_
_evidence throughout subject record._
_DL_

## LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: Albert Woodfox    Location: CCR Gar 4 R   Date: 1-4-88

Date of Original Placement in Extended Lockdown: _____ 4-18-72 _____

### REASONS FOR ORIGINAL LOCKDOWN

____ ✓ Disciplinary Board Action         _____ Own Request
_____ Rule Violation Report
_____ Incident Report                    _____ Initial Classification
___ ✓ Investigation

---

### ACTION OF LOCKDOWN REVIEW BOARD

_____   RELEASED to _____   Why: _____

_____

✓   NOT RELEASED.  Reasons:

_____   Nature of Commitment Offense     _____ Escape Risk

_____   Inmate's Request                 ✓  New Rule Infractions Since Last Review

_____   Pending Felony Charges

✓   Nature of Original Reason for Lockdown

_____   Inmate's Protection (explain): _____

_____

_____   Physically Dangerous to Himself or Others as Evidenced by:
_____   Psychiatric Evaluations    _____ Self-Mutilation
_____   Serious Rule Infractions   _____ Other _____
_____   Pattern of Violence        _____

_____   Continuing Investigation.  By Whom: _____
        For: _____

Reviewed by: _Cleuis Tillery_____   _Mayor_____
             Name                      Title

_Earnest William_____   _CCS____

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: 072148    Name: Albert Woodfox    Location: Gar 4 Left    Date: 4/5/88

Date of Original Placement in Extended Lockdown: 4-18-72

### REASONS FOR ORIGINAL LOCKDOWN

✓ Disciplinary Board Action                    _____ Own Request
_____ Rule Violation Report
_____ Incident Report                          _____ Initial Classification
✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ <u>RELEASED</u> to _____ Why: _____

✓ <u>NOT RELEASED</u>. Reasons:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request                ✓ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____
_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
_____ Psychiatric Evaluations    _____ Self-Mutilation
_____ Serious Rule Infractions   _____ Other _____
_____ Pattern of Violence        _____

_____ Continuing Investigation. By Whom: _____
For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____
Name _____    Title  Major
Raphael Augustine    CCS

COMMENTS:

No.: _72148_ Name: _Albert Woodfox_ Location: _Car 4L_ Date: _7-19-88_

Date of Original Placement in Extended Lockdown: _HVVB 8CH 4-18-72_

### REASONS FOR ORIGINAL LOCKDOWN

_✓_ Disciplinary Board Action
    ____ Rule Violation Report
    ____ Incident Report
_✓_ Investigation

____ Own Request

____ Initial Classification

### ACTION OF LOCKDOWN BOARD / BOARD

____ Released. Date: _____ Why: _____

_✓_ NOT RELEASED. Reasons:

____ Nature of Commitment Offense    ____ Escape Risk

____ Inmate's Request    ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____

____ Physically Dangerous to Himself or Others as Evidenced by:
    ____ Psychiatric Evaluations    ____ Self-Mutilation
    ____ Serious Rule Infractions    ____ Other _____
    ____ Pattern of Violence

____ Continuing Investigation. By Whom: _____
    For: _____

Reviewed by: _Clem Tilley_ _Mger_
    Name            Title

_Raphael Augustine_ _CCS II_

COMMENTS:

 

## LOCKDOWN REVIEW SUMMARY

No.: 072148      Name: Albert Woodfox    B/M        CCR Gar 4-L

Location:_____    Date: 10/4/88

Date of Original Placement in Extended Lockdown: 4/18/72

### REASONS FOR ORIGINAL LOCKDOWN

| ✓ Disciplinary Board Action | ____ Own Request |
|---|---|
| ____ Rule Violation Report | |
| ____ Incident Report | ____ Initial Classification |
| ✓ Investigation | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED to _____. Why: _____

✓ NOT RELEASED. Reasons:

____ Nature of Commitment Offense      ____ Escape Risk

____ Inmate's Request       ____ New Rule Infractions Since Last Review

____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

____ Inmate's Protection (explain): _____
_____

____ Physically Dangerous to Himself or Others as Evidenced by:
____ Psychiatric Evaluations    ____ Self-Mutilation
____ Serious Rule Infractions    ____ Other_____
____ Pattern of Violence       _____

____ Continuing Investigation. By Whom: _____
For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by:
Name _____    Title _____
_____           CCS II

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

No.: _072148_   Name: _Albert Woodfox_   B/M Location: _C.C.R._   Date: _11/3/89_

Date of Original Placement in Extended Lockdown: _4/18/72_

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
_____ Rule Violation Report
_____ Incident Report                              _____ Initial Classification
_____ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ Why: _____

_✓_ NOT RELEASED.  Reasons:

_____ Nature of Commitment Offense       _____ Escape Risk

_____ Inmate's Request                   _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_✓_ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____
_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
     _____ Psychiatric Evaluations    _____ Self-Mutilation
     _____ Serious Rule Infractions   _____ Other _____
     _____ Pattern of Violence                  _____

_____ Continuing Investigation.  By Whom: _____
                        For: _____

Reviewed by: _Cletius Tillery_                _Major_
             Name                              Title

             _B Johnson_                       _CCSR_

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: __072148__   Name: __Albert Woodfox__   B/M   Location: _C.C.R. G-4-L_ Date: _4-5-89_

Date of Original Placement in Extended Lockdown: ____4-18-72____

<u>REASONS FOR ORIGINAL LOCKDOWN</u>

_____ Disciplinary Board Action                    _____ Own Request
      _____ Rule Violation Report
      _____ Incident Report                        _____ Initial Classification
   ✓  _____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ <u>RELEASED</u> to _____   Why: _____

✓  _____ <u>NOT RELEASED</u>.  Reasons:

   _____   Nature of Commitment Offense     _____   Escape Risk

   _____   Inmate's Request                 _____   New Rule Infractions Since Last Review

   _____   Pending Felony Charges

  ✓ _____   Nature of Original Reason for Lockdown

   _____   Inmate's Protection (explain): _____
          _____

   _____   Physically Dangerous to Himself or Others as Evidenced by:
          _____   Psychiatric Evaluations   _____   Self-Mutilation
          _____   Serious Rule Infractions  _____   Other_____
          _____   Pattern of Violence               _____

   _____   Continuing Investigation.  By Whom: _____
          For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by:
          Name _Jyph Lee_____   Title _CCAu'_____
          _Cloies Tillen_____   _Mayer_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

AW 0166

<u>LOCKDOWN REVIEW SUMMARY</u>

No.: <u>072148</u>    Name: <u>Albert Woodfox</u>    B/M  Location: <u>CCR GAR 4 L</u>  Date: <u>7-11-89</u>

Date of Original Placement in Extended Lockdown: <u>4-18-72</u>

<u>REASONS FOR ORIGINAL LOCKDOWN</u>

_____ Disciplinary Board Action                    _____ Own Request
       _____ Rule Violation Report
       _____ Incident Report                        _____ Initial Classification
       ✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____  RELEASED to_____  Why:_____
                                              _____

✓  <u>NOT RELEASED</u>.  Reasons:

       _____  Nature of Commitment Offense   _____  Escape Risk

       _____  Inmate's Request               _____  New Rule Infractions Since Last Review

       _____  Pending Felony Charges

       ✓  Nature of Original Reason for Lockdown

       _____  Inmate's Protection (explain):_____
              _____

       _____  Physically Dangerous to Himself or Others as Evidenced by:
              _____  Psychiatric Evaluations   _____  Self-Mutilation
              _____  Serious Rule Infractions  _____  Other_____
              _____  Pattern of Violence              _____

       _____  Continuing Investigation. By Whom:_____
              For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by:_____     _____
            Name                          Title  CCAM

            _____     _____

            _____     _____

COMMENTS:

AW 0162

 

## LOCKDOWN REVIEW SUMMARY

No.: 072148 _____ Name: Albert Woodfox _____ B/MLocation: C.C.R. _____ Date: 10-05-79

Date of Original Placement in Extended Lockdown: _____ 9-18-72 _____

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action _____ _____ Own Request

_____ Rule Violation Report

_____ Incident Report _____ _____ Initial Classification

_____ Investigation

---

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ Why: _____

_____ NOT RELEASED. Reasons:

     _____ Nature of Commitment Offense _____ Escape Risk

     _____ Inmate's Request _____ New Rule Infractions Since Last Review

     _____ Pending Felony Charges

     _____ Nature of Original Reason for Lockdown

     _____ Inmate's Protection (explain): _____

     _____

     _____ Physically Dangerous to Himself or Others as Evidenced by:
         _____ Psychiatric Evaluations _____ Self-Mutilation
         _____ Serious Rule Infractions _____ Other _____
         _____ Pattern of Violence

     _____ Continuing Investigation. By Whom: _____
         For: _____

Reviewed by: _A.J. Dunn_____ _Major_____
                 Name                  Title

_____ _ccr_____

COMMENTS:

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: _072148_    Name: _WOODFOX, ALBERT_    B/M    Location: CCR- C TIER   Date: _1-10-90_

Date of Original Placement in Extended Lockdown: _9-18-72_

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
      _____ Rule Violation Report
      _____ Incident Report                        _____ Initial Classification
      _✓_ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____. Why:_____

_✓_ NOT RELEASED.  Reasons:

_____    Nature of Commitment Offense    _____  Escape Risk

_____    Inmate's Request                _____  New Rule Infractions Since Last Review

_____    Pending Felony Charges

_✓_    Nature of Original Reason for Lockdown

_____    Inmate's Protection (explain):_____
         _____

_____    Physically Dangerous to Himself or Others as Evidenced by:
         _____ Psychiatric Evaluations    _____ Self-Mutilation
         _____ Serious Rule Infractions   _____ Other_____
         _____ Pattern of Violence              _____

_____    Continuing Investigation.  By Whom:_____
         For:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _Claus Tilley_                    _Major_
             Name                              Title

             _West Thing_                      _CCS_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

AW 0160

C3-118                        LOCKDOWN REVIEW SUMMARY

No.: ___72148___  Name: ___ALBERT WOODFOX B/M___  Location: CCR "C" TIER Date: __4/04/90__

Date of Original Placement in Extended Lockdown: __9-18-72__

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action              _____ Own Request
      _____ Rule Violation Report
      _____ Incident Report                  _____ Initial Classification
      _____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____. Why: _____
                                                 _____

_____ NOT RELEASED. Reasons:

      _____ Nature of Commitment Offense     _____ Escape Risk

      _____ Inmate's Request                 _____ New Rule Infractions Since Last Review

      _____ Pending Felony Charges

      _____ Nature of Original Reason for Lockdown

      _____ Inmate's Protection (explain): _____
                                           _____

      _____ Physically Dangerous to Himself or Others as Evidenced by:
            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions   _____ Other_____
            _____ Pattern of Violence                 _____

      _____ Continuing Investigation. By Whom: _____
            For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____
      Name _____   Title _____

      _____  C C R

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

C3-118                     LOCKDOWN REVIEW SUMMARY

No.: 72148      Name: WOODFORX, ALBERT    BM    Location: CCR-C-13    Date: 7-2-90 / 10

Date of Original Placement in Extended Lockdown: _____ 9-18-72

### REASONS FOR ORIGINAL LOCKDOWN

___✓ Disciplinary Board Action          _____ Own Request
_____ Rule Violation Report
_____ Incident Report                   _____ Initial Classification
___✓ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____. Why: _____
_____

___✓ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request                _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

___✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____
_____

_____ Physically Dangerous to Himself or Others as Evidenced by:
      _____ Psychiatric Evaluations    _____ Self-Mutilation
      _____ Serious Rule Infractions   Other _____
      _____ Pattern of Violence        _____

_____ Continuing Investigation. By Whom: _____
       For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _____
       Name _____        Title _____
       _____                    C C I

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

AW 0158

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: 072148    Name: Albert Woodfox    B/M    Location: CCR    Date: 10/15/90

Date of Original Placement in Extended Lockdown: 9-18-72

REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
      _____ Rule Violation Report
      _____ Incident Report                        _____ Initial Classification
      _✓__ Investigation

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____. Why: _____

_____

_✓__ NOT RELEASED. Reasons:

      _____ Nature of Commitment Offense    _____ Escape Risk

      _____ Inmate's Request               _____ New Rule Infractions Since Last Review

      _____ Pending Felony Charges

      _✓__ Nature of Original Reason for Lockdown

      _____ Inmate's Protection (explain): _____

      _____ Physically Dangerous to Himself or Others as Evidenced by:
            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions   _____ Other _____
            _____ Pattern of Violence        _____

      _____ Continuing Investigation. By Whom: _____
      For:

Reviewed by: _Claus Fillery_____    _Major_____
             Name                           Title

             _Earnest William_____    _RCS_____

COMMENTS:

AW 0153

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: 72148    Name: Albert Woodfox            Location: "C" Tier  Date: 1/08/91

Date of Original Placement in Extended Lockdown: 9-18-22

REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action              _____ Own Request
      _____ Rule Violation Report
      _____ Incident Report                  _____ Initial Classification
      _____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ACTION OF LOCKDOWN REVIEW BOARD

_____  RELEASED to _____ . Why: _____
_____

_____  NOT RELEASED.  Reasons:

        _____  Nature of Commitment Offense  _____  Escape Risk

        _____  Inmate's Request              _____  New Rule Infractions Since Last Review

        _____  Pending Felony Charges

        _____  Nature of Original Reason for Lockdown

        _____  Inmate's Protection (explain): _____
        _____

        _____  Physically Dangerous to Himself or Others as Evidenced by:
               _____  Psychiatric Evaluations  _____  Self-Mutilation
               _____  Serious Rule Infractions _____  Other _____
               _____  Pattern of Violence

        _____  Continuing Investigation.  By Whom: _____
               For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Reviewed by: _A.J. Prin_____      _major_____
             Name                        Title

             _B.S. Pitcher_____    _CCS_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMENTS:

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: __72148__  Name: __Albert Woodfox__  Location: __CCR C/T__  Date: __4/04/91__

Date of Original Placement in Extended Lockdown: __9-17-72__

REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action            _____ Own Request
_____ Rule Violation Report
_____ Incident Report                      _____ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to_____.  Why:_____
_____

_____ NOT RELEASED.  Reasons:
_____

        _____ Nature of Commitment Offense    _____ Escape Risk

        _____ Inmate's Request                _____ New Rule Infractions Since Last Review

        _____ Pending Felony Charges

        _____ Nature of Original Reason for Lockdown

        _____ Inmate's Protection (explain):_____
        _____

        _____ Physically Dangerous to Himself or Others as Evidenced by:
              _____ Psychiatric Evaluations    _____ Self-Mutilation
              _____ Serious Rule Infractions    _____ Other_____
              _____ Pattern of Violence         _____

        _____ Continuing Investigation.  By Whom:_____
              For:_____

Reviewed by:_____          _____
            Name                                Title

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMENTS:

AW 0152

C3-118                        LOCKDOWN REVIEW SUMMARY

No.: _72148_   Name: _ALBERT WOODFOX_____   Location: 'C' TIER   Date: _7/16/91_

Date of Original Placement in Extended Lockdown: _9-18-72_____

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action              _____ Own Request
       _____ Rule Violation Report
       _____ Incident Report                 _____ Initial Classification
       __✓__ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ .  Why: _____

_____

__✓__ NOT RELEASED.  Reasons:

        _____ Nature of Commitment Offense    _____ Escape Risk

        _____ Inmate's Request                _____ New Rule Infractions Since Last Review

        _____ Pending Felony Charges

        __✓__ Nature of Original Reason for Lockdown

        _____ Inmate's Protection (explain): _____

        _____

        _____ Physically Dangerous to Himself or Others as Evidenced by:
               _____ Psychiatric Evaluations   _____ Self-Mutilation
               _____ Serious Rule Infractions   _____ Other_____
               _____ Pattern of Violence                 _____

        _____ Continuing Investigation.  By Whom: _____
                For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Reviewed by: _Claus Tillery_____       _Major_____
             Name                        Title

             _John L. Calvert_____      _CCRM_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMENTS:

C3-118                    <u>LOCKDOWN REVIEW SUMMARY</u>

No.: <u>072148</u>    Name: <u>Woodfox, Albert</u>    B/M  Location: <u>C.C.R.</u>    Date: <u>10/10/91</u>

Date of Original Placement in Extended Lockdown: <u>9-18-72</u>

<u>REASONS FOR ORIGINAL LOCKDOWN</u>

_____ Disciplinary Board Action            _____ Own Request
        _____ Rule Violation Report
        _____ Incident Report                    _____ Initial Classification
        _____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ <u>RELEASED</u> to _____ · Why: _____
_____
_____ <u>NOT RELEASED</u>.  Reasons:

        _____ Nature of Commitment Offense    _____ Escape Risk

        _____ Inmate's Request            _____ New Rule Infractions Since Last Review

        _____ Pending Felony Charges

        _____ Nature of Original Reason for Lockdown

        _____ Inmate's Protection (explain): _____
        _____

        _____ Physically Dangerous to Himself or Others as Evidenced by:
                _____ Psychiatric Evaluations    _____ Self-Mutilation
                _____ Serious Rule Infractions    _____ Other_____
                _____ Pattern of Violence        _____

        _____ Continuing Investigation.  By Whom: _____
                For: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reviewed by: _A.J. Drum_____    _mjor_____
                Name                    Title

                _S.M. Ritoli_____    _CCS___

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

 

C3-118                    LOCKDOWN REVIEW SUMMARY

No.: 072148    Name: Albert Woodfox    B/M Location: CCR/C-Tier  Date: 1/15/92

Date of Original Placement in Extended Lockdown: 9-18-72

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action              _____ Own Request
_____ Rule Violation Report
_____ Incident Report                        _____ Initial Classification
_____ Investigation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____ . Why: _____

_____ NOT RELEASED.  Reasons:

        _____ Nature of Commitment Offense    _____ Escape Risk

        _____ Inmate's Request                _____ New Rule Infractions Since Last Review

        _____ Pending Felony Charges

        _____ Nature of Original Reason for Lockdown

        _____ Inmate's Protection (explain): _____


        _____ Physically Dangerous to Himself or Others as Evidenced by:
              _____ Psychiatric Evaluations   _____ Self-Mutilation
              _____ Serious Rule Infractions  _____ Other _____
              _____ Pattern of Violence

        _____ Continuing Investigation.  By Whom: _____
              For: _____

Reviewed by: _A.J. Dunn_____        _Major_____
             Name                        Title

             _R.D. Ritchie_____     _CCS_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENTS:

AW 0145

C3-118                    <u>LOCKDOWN REVIEW SUMMARY</u>

No.: __72148__    Name: Albert Woodfox _____    Location: CCR "C" __   Date: 4/10/92 __

Date of Original Placement in Extended Lockdown: __*9-18-72*__

### REASONS FOR ORIGINAL LOCKDOWN

_____ Disciplinary Board Action                    _____ Own Request
    _____ Rule Violation Report
    _____ Incident Report                          _____ Initial Classification
    _✓_ Investigation

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED to _____. Why: _____

_✓_ NOT RELEASED. Reasons:

_____ Nature of Commitment Offense      _____ Escape Risk

_____ Inmate's Request                  _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain): _____

_____ Physically Dangerous to Himself or Others as Evidenced by:
    _____ Psychiatric Evaluations      _____ Self-Mutilation
    _____ Serious Rule Infractions     _____ Other _____
    _____ Pattern of Violence

_____ Continuing Investigation. By Whom: _____
    For: _____

Reviewed by: _Clen Tilley_____      _major_____
             Name                        Title

             _John L. Colent_____    CCAM_____

COMMENTS: _____

AW 0142

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 7/15/82

DOC#: 72148      NAME: ALBERT  WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 9/18/72

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
========================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____ WHY: _____


_____ NOT RELEASED    REASONS:


_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revi

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection: (explain) _____
        _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other _____
        _____ Pattern of Violence                   _____

_____ Continuing Investigation.  By Whom: _____
        For: _____
========================================================================
REVIEWED BY: _A.J. Dun_____    _mjor_____
             NAME                           TITLE

             _R.S. Critcher_____    _CCS_____

========================================================================
COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DATE: 10/11/92

DOC#:72148      NAME: ALBERT  WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 9/18/72

### REASON FOR ORIGINAL LOCKDOWN

_X_ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                   _____ INVESTIGATION
_____ INCIDENT REPORT                  _____ INITIAL CLASSIFICATION

=====================================================================

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____

_____

_X_ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request             _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_X_ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations     _____ Self-Mutilation
        _____ Serious Rule Infractions    _____ Other_____
        _____ Pattern of Violence         _____

_____ Continuing Investigation.  By Whom:_____
      For: _____

=====================================================================

REVIEWED BY: _____
        NAME _____  _____ TITLE Maj
        _____  CCS

=====================================================================

COMMENTS:

DATE: 10-13-92

## LOCKDOWN REVIEW SUMMARY

FORM 331 2   NAME: (ALBERT WOODFOX)
LOCATION: ...
DATE OF ORIGINAL LOCKDOWN (ATTEMPT OF FYTE JTE LOCKDOWN) 9-18-72

### REASON FOR ORIGINAL LOCKDOWN

____ DISCIPLINARY BOARD ACTION          ____ OWN REQUEST
____ RULE VIOLATION                     ____ INVESTIGATION
____ INCIDENT REPORT                    ____ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

____ RELEASED TO:                WHY:

____ NOT RELEASED        REASONS:

____ Nature of Commitment Offense        ____ Escape Risk
____ Inmate's Request                    ____ New Rule Infractions Since Last Review
____ Pending Felony Charges
____ Nature of Original Reason for Lockdown
____ Inmate's Protection (explain)

____ Physically Dangerous to Inmates or Others as Evidence By:
        ____ Psychiatric Evaluation      ____ Bite-Mutilation
        ____ Serious Self Infractions    ____ Other
        ____ Pattern of Action

____ Continuing Investigation of Where... Soon

REVIEWED BY:
NAME (signature)          TITLE Myers
(signature)              CCS

AW 0138

DATE: 1-19-93

## LOCKDOWN REVIEW SUMMARY

DOC#: 72148    NAME: ALBERT WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN: 9-18-72

### REASON FOR ORIGINAL LOCKDOWN

DISCIPLINARY BOARD ACTION ✓
RULE VIOLATION
INCIDENT REPORT

_____ OWN REQUEST
_____ INVESTIGATION
✓ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY: _____

✓ NOT RELEASED

REASONS:

_____ Nature of Commitment Offense    _____ Escape Risk

_____ Inmate's Request    _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection (explain)

_____ Physically Dangerous to Himself or Others as Evidence by:

_____ Psychiatric Evaluations    _____ Self-Mutilation
_____ Serious Rule Infractions    _____ Other
_____ Pattern of Violence

_____ Continuing Investigation. By Whom: _____
For: _____

REVIEWED BY: _____
NAME: _____

COMMENTS:

DATE: 4-13-93

LOCKDOWN REVIEW SUMMARY

DOC#:72148    NAME: ALBERT WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENDED LOCKDOWN: 9-18-7\

REASON FOR ORIGINAL LOCKDOWN

✓ DISCIPLINARY BOARD ACTION ——— OWN REQUEST
——— RULE VIOLATION ——— INVESTIGATION
——— INCIDENT REPORT ——— INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

——— RELEASED TO ——————— WHY: ——————

——— NOT RELEASED    REASONS:

——— Nature of Commitment Offense ——— Escape Risk

——— Inmate's Request ——— New Rule Infractions Since Last Review

——— Pending Felony Charges

✓ Nature of Original Reason for Lockdown

——— Inmate's Protection:(explain)

——— Physically Dangerous to Himself or Others as Evidence by:

——— Psychiatric Evaluations ——— Self-Mutilation
——— Serious Rule Infractions ——— Other
——— Pattern of Violence

——— Continuing Investigation. By Whom.
For: ——————————

REVIEWED BY: _Q. Maddin_____
NAME _Ms. Lit____    TITLE _CCRA_

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>

DATE: 7-19-93

DOC#:72148        NAME: ALBERT  WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 9-18-72

<u>REASON FOR ORIGINAL LOCKDOWN</u>

✓ DISCIPLINARY BOARD ACTION                    _____ OWN REQUEST
_____ RULE VIOLATION                           _____ INVESTIGATION
_____ INCIDENT REPORT                          _____ INITIAL CLASSIFICATION
================================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____ WHY: _____
_____

✓ NOT RELEASED      REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request             _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations        _____ Self-Mutilation
            _____ Serious Rule Infractions        _____ Other _____
            _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
      For: _____
================================================================================
REVIEWED BY: _A.J. Dunn_____ _____
             NAME                          TITLE
================================================================================
COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DATE: 1-10-94

DOC#: 72148     NAME: ALBERT  WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 9-18-72

### REASON FOR ORIGINAL LOCKDOWN

__✓__ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                    _____ INVESTIGATION
_____ INCIDENT REPORT                   _____ INITIAL CLASSIFICATION
=============================================================================
### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____
_____

__✓__ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
                          _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   _____ Other _____
          _____ Pattern of Violence                  _____

_____ Continuing Investigation.  By Whom: _____
       For: _____
=============================================================================
REVIEWED BY: _____
          NAME _____ , TITLE _____
          Raphael Augustine, CCS V
=============================================================================
COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>        DATE: 4-1-94

DOC#:72148    NAME: ALBERT  WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 9-18-72

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
_____ RULE VIOLATION                    ___✓__ INVESTIGATION
_____ INCIDENT REPORT                   _____ INITIAL CLASSIFICATION
==============================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____ WHY:_____
_____
✗ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request        _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✗__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    ___ Self-Mutilation
        _____ Serious Rule Infractions   _✗_ Other _Convicted of killing_
        _____ Pattern of Violence            _a security officer_

_____ Continuing Investigation.  By Whom:_____
        For :_____
==============================================================================
REVIEWED BY: _A. G. Brown_____        _____mjm_____
            NAME                         TITLE

_Earnest Ulun_                           _CCOM_
==============================================================================
COMMENTS:

AW 0129

 

<u>LOCKDOWN REVIEW SUMMARY</u>                 DATE: 7/11/94

DOC#:72148      NAME: ALBERT  WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 9/18/72

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                      ✓ INVESTIGATION
_____ INCIDENT REPORT                     _____ INITIAL CLASSIFICATION
============================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____  WHY:_____
_____

✓ NOT RELEASED      REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions      X Other _Convicted of Stabbing_
          _____ Pattern of Violence                 _a Security officer_

_____ Continuing Investigation.  By Whom: _____
        For :_____
============================================================================
REVIEWED BY: _A.U. Dunn_____  _Major_____
             NAME                        TITLE

             _M L M^cCoy_     _CCO II_

============================================================================
COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DATE: 10-10-9

DOC#: 72148       NAME: ALBERT WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 9-18-72

### REASON FOR ORIGINAL LOCKDOWN

\_\_\_\_\_ DISCIPLINARY BOARD ACTION          \_\_\_\_\_ OWN REQUEST
\_\_\_\_\_ RULE VIOLATION                      \_✓\_ INVESTIGATION
\_\_\_\_\_ INCIDENT REPORT                     \_\_\_\_\_ INITIAL CLASSIFICATION
=========================================================================

### ACTION OF LOCKDOWN REVIEW BOARD

\_\_\_\_\_ RELEASED TO _____      WHY: _____

\_✓\_ NOT RELEASED       REASONS:

    \_\_\_\_\_ Nature of Commitment Offense \_\_\_\_\_ Escape Risk

    \_\_\_\_\_ Inmate's Request          \_\_\_\_\_ New Rule Infractions Since Last Review

    \_\_\_\_\_ Pending Felony Charges

    \_✓\_ Nature of Original Reason for Lockdown

    \_\_\_\_\_ Inmate's Protection:(explain)_____

    \_\_\_\_\_ Physically Dangerous to Himself or Others as Evidence by:

         \_\_\_\_\_ Psychiatric Evaluations      \_\_\_\_\_ Self-Mutilation
         \_\_\_\_\_ Serious Rule Infractions     \_✓\_ Other Conduct of State
         \_\_\_\_\_ Pattern of Violence               Security officer

    \_\_\_\_\_ Continuing Investigation.  By Whom:_____
    For:_____
=========================================================================
REVIEWED BY: _A. J. Dunn_
         NAME                              TITLE

     _Gary Young (CCO, II_

=========================================================================
COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DATE: 1-19-95

DOC#:72148    NAME: WOODFOX    ALBERT
LOCATION: CCR C/T    RACE:B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 9-18-72

### REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION        _____ OWN REQUEST
_____ RULE VIOLATION                    ___ INVESTIGATION
_____ INCIDENT REPORT                   _____ INITIAL CLASSIFICATION

=================================================================

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____

✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request        _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

_____ Psychiatric Evaluations    _____ Self-Mutilation
_____ Serious Rule Infractions   ✓ Other Convicted of Stabbing
_____ Pattern of Violence        Security Officer

_____ Continuing Investigation.  By Whom: _____
        For: _____

=================================================================

REVIEWED BY: A.J. Dunn                          mojn
             NAME                                TITLE

             Gary Young                          CIOII

=================================================================

COMMENTS:



<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 4-10-95

DOC#:72148      NAME: ALBERT  WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 9-18-72

<u>REASON FOR ORIGINAL LOCKDOWN</u>

\_\_\_\_\_ DISCIPLINARY BOARD ACTION          \_\_\_\_\_ OWN REQUEST
\_\_\_\_\_ RULE VIOLATION                      \_✓\_ INVESTIGATION
\_\_\_\_\_ INCIDENT REPORT                     \_\_\_\_\_ INITIAL CLASSIFICATION
=================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

\_\_\_\_\_ RELEASED TO _____  WHY: _____

\_✓\_ NOT RELEASED      REASONS:

     \_\_\_\_\_ Nature of Commitment Offense \_\_\_\_\_ Escape Risk

     \_\_\_\_\_ Inmate's Request

     \_\_\_\_\_ Pending Felony Charges          \_\_\_\_\_ New Rule Infractions Since Last Review

     \_✓\_ Nature of Original Reason for Lockdown

     \_\_\_\_\_ Inmate's Protection:(explain)_____
                                         _____

     \_\_\_\_\_ Physically Dangerous to Himself or Others as Evidence by:

               \_\_\_\_\_ Psychiatric Evaluations    \_\_\_\_\_ Self-Mutilation
               \_\_\_\_\_ Serious Rule Infractions   \_✓\_ Other Convicted of Killing
               \_\_\_\_\_ Pattern of Violence              Security Officer

     \_\_\_\_\_ Continuing Investigation.  By Whom: _____
            For: _____
=================================================================
REVIEWED BY: _A. J. Dixon_____        _anym_____
             NAME                          TITLE

             _Gary Young_____          CCO,P
=================================================================
COMMENTS:



LOCKDOWN REVIEW SUMMARY          DATE: 07-10-95

DCN: 72148     NAME: ALBERT WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 09·18·72

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     __/__ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
==============================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____

__/__ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__/__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____
                                    _____

__/__ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   __/__ Other _Detanc for killing_
          _____ Pattern of Violence             _Security officer_

_____ Continuing Investigation.  By Whom: _____
      For: _____
==============================================================
REVIEWED BY: _A.J.Dun~_              _myn_
             NAME                    TITLE
                                     CCO7

_____

==============================================================
COMMENTS:

LOCKDOWN REVIEW SUMMARY

DATE: _10-2-95_

DOC#:72148     NAME: ALBERT   WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: _9-18-72_

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION            _____ OWN REQUEST
_____ RULE VIOLATION                       __x__ INVESTIGATION
_____ INCIDENT REPORT                      _____ INITIAL CLASSIFICATION
=============================================================================
ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____
_____

__x__ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request            _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__x__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
      _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations    _____ Self-Mutilation
          _____ Serious Rule Infractions   __x__ Other _Detainer for killing_
          _____ Pattern of Violence                   _security officer_

_____ Continuing Investigation.  By Whom: _____
      For: _____
=============================================================================
REVIEWED BY: _A.J. Drew_____       _mgr_____
             NAME                           TITLE
             _____
             _J. Bartly_____

=============================================================================
COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>          DATE: 1/4/96

DOC#:72148      NAME: ALBERT WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 9/18/72

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     __✓__ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION

=====================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____ WHY: _____

__✓__ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

__✓__ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations     _____ Self-Mutilation
          _____ Serious Rule Infractions    __✓__ Other Detainer Pending
          _____ Pattern of Violence                Security Office

_____ Continuing Investigation.  By Whom: _____
          For: _____

=====================================================================
REVIEWED BY: _____        _____
          NAME: _____        TITLE: CCM

          _____

=====================================================================
COMMENTS:

4/1/86

## LOCKDOWN REVIEW SUMMARY          DATE:

DOC#:72148       NAME: ALBERT  WOODFOX
LOCATION: CCR C/T
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:   9/18/72

### REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     ___✓_ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____   WHY:_____

__✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations     _____ Self-Mutilation
        _____ Serious Rule Infractions    __✓__ Other _DETAINER OF_
        _____ Pattern of Violence               _KILLING SECURITY_
                                                _OFFICER_

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:  _A.J. Dunn_                    _mgn_
         NAME:                         TITLE

              _B. J. Carr_                   C C OCT

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DATE: 4/21/99

DOC#: 72148       NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER F ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:  3/22/99

### REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION         _____ OWN REQUEST
_____ RULE VIOLATION                    _____ INVESTIGATION
_____ INCIDENT REPORT                   _____ INITIAL CLASSIFICATION
==================================================================================

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____
_____

_____ NOT RELEASED     REASONS:

      _____ Nature of Commitment Offense _____ Escape Risk

      _____ Inmate's Request            _____ New Rule Infractions Since Last Review

      _____ Pending Felony Charges

      _____ Nature of Original Reason for Lockdown

      _____ Inmate's Protection:(explain)_____
              _____

      _____ Physically Dangerous to Himself or Others as Evidence by:

              _____ Psychiatric Evaluations    _____ Self-Mutilation
              _____ Serious Rule Infractions   _____ Other _____
              _____ Pattern of Violence        _____

      _____ Continuing Investigation.  By Whom: _____
              For: _____
==================================================================================
REVIEWED BY: _Rachel May_____
             NAME                                TITLE
             _R R Richie_____

==================================================================================
COMMENTS:

EVALUATION SUMMARY

DATE: 07/14/99

DOC #:72148    NAME:ALBERT    WOODFOX    LOCATION\LEVEL: J SK 4/L

Date of original placement in extended lockdown: 5.25.99

Date of placement at current level: 6.10.99

Reasons for Original Lockdown:

        Rule Violation                    √ Incident Report

        Other (explain):

_____

RESULTS OF EVALUATION

_____ Reasigned to _____

Why? ____/_____

____/____ Not Reasigned - Reasons:
        _____ Nature of original reason for lockdown
        _____ Escape risk
        _____ Rule infractions since last evaluation
        _____ Physically dangerous to self or others as evidenced by:
                _____ Serious rule infractions
                _____ Pattern of Violence
                _____ Not Enough Time on Current Level
                _____ Other; (explain) _____

COMMITTEE MEMBERS: _____
                           NAME                          TITLE

COMMENTS:

EVALUATION SUMMARY

DATE: 10/13/99

DOC #:72148    NAME:ALBERT    WOODFOX    LOCATION\LEVEL: J ST

Date of original placement in extended lockdown: ~~~~~~ 5/25/99

Date of placement at current level: 6/10/99

<u>Reasons for Original Lockdown:</u>

Rule Violation

Other (explain):                                      → Incident Report

---

RESULTS OF EVALUATION

_____  Reasigned to    L3

Why?

_____  Not Reasigned - Reasons:
_____      Nature of original reason for lockdown
_____      Escape risk
_____      Rule infractions since last evaluation
_____      Physically dangerous to self or others as evidenced by:
_____          Serious rule infractions
_____          Pattern of Violence
_____      Not Enough Time on Current Level
_____      Other: (explain)

COMMITTEE MEMBERS:    _Rachel Ma_
                      NAME
                      _Christy Daniel_              TITLE    CCSafg
                      _BDRich_

COMMENTS:

RECEIVED

OCT 14 1999

LA STATE PENITENTIARY
RECORDS OFFICE

EVALUATION SUMMARY

DATE: 01/13/20

DOC #:72143    NAME:ALBERT        WOODFOX        LOCATION\LEVEL: J SK 3/F

Date of original placement in extended lockdown: 5/25/99

Date of placement at current level: 10/13/99

Reasons for Original Lockdown:

    Rule Violation                                    Incident Report ✓

    Other (explain):

RESULTS OF EVALUATION

✓  Reassigned to   CCR EXT. L/D

why?

_____  Not Reassigned - Reasons:
          _____  Nature of Original reason for lockdown
          _____  Escape risk
          _____  Rule infractions since last evaluation
          _____  Physically dangerous to self or others as evidenced by:
                    _____  Serious rule infractions
                    _____  Pattern of Violence
                    _____  Not Enough Time on Current Level
                    _____  Other (explain)

COMMITTEE MEMBERS:   _Robert E. Achett_____      _Major_____
                           NAME                          TITLE
                     _G.D. Ratchi_____
                     _D. Anderman____

COMMENTS:

LOCKDOWN REVIEW SUMMARY

DATE: _____

DOC#:72148    NAME: ALBERT WOODFOX
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: _____

REASON FOR ORIGINAL LOCKDOWN

X_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
X_____ RULE VIOLATION                     _____ INVESTIGATION
X_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____

_____

X_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revi

_____ Pending Felony Charges

X_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations     _____ Self-Mutilation
        _____ Serious Rule Infractions    _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
        For: _____

REVIEWED BY: _____
              NAME                              TITLE

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>



DOC#:72148      NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____        WHY:_____

__X__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revi

_____ Pending Felony Charges

__X__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations      _____ Self-Mutilation
        _____ Serious Rule Infractions     _____ Other_____
        _____ Pattern of Violence                _____

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:_____              _____
             NAME                          TITLE

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>

DOC#:72148      NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

<u>REASON FOR ORIGINAL LOCKDOWN</u>

X DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                 _____ INVESTIGATION
X INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
===========================================================================
<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____ WHY: _____

X NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request             _____ New Rule Infractions Since Last Rev

_____ Pending Felony Charges

X Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations    _____ Self-Mutilation
            _____ Serious Rule Infractions   _____ Other_____
            _____ Pattern of Violence        _____

_____ Continuing Investigation.  By Whom: _____
      For:_____
=======================================================================
REVIEWED BY:_____
            NAME:_____ TITLE _____

_____

=======================================================================
COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DATE: 1-24-2001

DOC#: 72148      NAME: ALBERT WOODFOX
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 5-25-99

### REASON FOR ORIGINAL LOCKDOWN

**X** DISCIPLINARY BOARD ACTION            _____ OWN REQUEST
_____ RULE VIOLATION                         _____ INVESTIGATION
**X** INCIDENT REPORT                        _____ INITIAL CLASSIFICATION

=====================================================================
### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____

**X** NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revi

_____ Pending Felony Charges

**X** Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
      _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation. By Whom: _____
      For: _____
=====================================================================
REVIEWED BY: _____
             NAME                              TITLE
             _____

=====================================================================
COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE:

DOC #72148        NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 3-25-99

<u>REASON FOR ORIGINAL LOCKDOWN</u>

X   DISCIPLINARY BOARD ACTION                _____ OWN REQUEST
_____ RULE VIOLATION                          _____ INVESTIGATION
X   INCIDENT REPORT                           _____ INITIAL CLASSIFICATION

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____    WHY: _____

X   NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request            _____ New Rule Infractions Since Last Revi

_____ Pending Felony Charges

X   Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

          _____ Psychiatric Evaluations      _____ Self-Mutilation
          _____ Serious Rule Infractions     _____ Other_____
          _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:
          NAME:                              TITLE

COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DATE: ~~Feb 2001~~

DOC#: 72148     NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: ~~5399~~

### REASON FOR ORIGINAL LOCKDOWN

__✗__ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
__✗__ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
==========================================================================
### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____     WHY: _____
_____

__✗__ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__✗__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
       _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations     _____ Self-Mutilation
        _____ Serious Rule Infractions    _____ Other_____
        _____ Pattern of Violence                _____

_____ Continuing Investigation.  By Whom:_____
       For:_____
==========================================================================
REVIEWED BY:_____
           NAME                              TITLE

       _____

       _____
==========================================================================
COMMENTS:

DATE: 10-24-2001

## LOCKDOWN REVIEW SUMMARY

DOC#:72148     NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 5-3-99

### REASON FOR ORIGINAL LOCKDOWN

| | |
|---|---|
| X  DISCIPLINARY BOARD ACTION | _____ OWN REQUEST |
| X  RULE VIOLATION | _____ INVESTIGATION |
| _____ INCIDENT REPORT | _____ INITIAL CLASSIFICATION |

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY:_____

_____

X  NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request          _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

X  Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations      _____ Self-Mutilation
        _____ Serious Rule Infractions     _____ Other_____
        _____ Pattern of Violence          _____

_____ Continuing Investigation.  By Whom:_____
      For:_____

REVIEWED BY:
NAME                                    TITLE

COMMENTS.

<u>LOCKDOWN REVIEW SUMMARY</u>



DATE

DOC#:72148      NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B   ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 5-5-99

<u>REASON FOR ORIGINAL LOCKDOWN</u>

__X__ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
__X__ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION
========================================================================

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____  RELEASED TO  _____ WHY :_____
_____

__X__  NOT RELEASED     REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request           _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

__X__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____
_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation.
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence                 _____

_____ Continuing Investigation.  By Whom:_____
        For:_____
========================================================================
REVIEWED BY:_____
        NAME                                    TITLE
_____

_____
========================================================================
COMMENTS:

## LOCKDOWN REVIEW SUMMARY

DATE

DOC#:72148    NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN:

### REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                      _____ INVESTIGATION
_____ INCIDENT REPORT                     ___X___ INITIAL CLASSIFICATION

### ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____

___X___ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

___X___ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations   _____ Self-Mutilation
        _____ Serious Rule Infractions  _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
        For:

REVIEWED BY:
           NAME                                      TITLE

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE _08_2000_

DOC#:72148      NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 3-22-99

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                      _____ INVESTIGATION
_____ INCIDENT REPORT                      _X_ INITIAL CLASSIFICATION

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____          WHY: _____

_X_ NOT RELEASED     REASONS:

_____ Nature of Commitment Offense  _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

_X_ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
        For: _____

REVIEWED BY:_____              TITLE _____
        NAME

COMMENTS:_____

LOCKDOWN REVIEW SUMMARY

DATE: 1/09/03

DOC#:72148      NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B  ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 3/2/59

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    _____ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____   WHY: _____

_____ NOT RELEASED    REASONS:

    _____ Nature of Commitment Offense _____ Escape Risk

    _____ Inmate's Request            _____ New Rule Infractions Since Last Revi

    _____ Pending Felony Charges

    _____ Nature of Original Reason for Lockdown

    _____ Inmate's Protection:(explain)_____

    _____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations     _____ Self-Mutilation
            _____ Serious Rule Infractions    _____ Other_____
            _____ Pattern of Violence

    _____ Continuing Investigation.  By Whom:_____
            For:_____

REVIEWED BY:_____
          *NAME                              TITLE

                                            CCRI

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 4/3/03

DOC#:72148        NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 3/2/99

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                      _____ INVESTIGATION
_____ INCIDENT REPORT                     __X__ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____    WHY: _____

_____ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense  _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revi-

_____ Pending Felony Charges

_____ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain) _____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations      _____ Self-Mutilation
        _____ Serious Rule Infractions      _____ Other
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom: _____
        For: _____

REVIEWED BY:
        NAME                              TITLE

                                          CCⁱⁱⁱ

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 7/8/03

NAME: ROBERT WOODFOX

RESIDENT IN EXTENDED LOCKDOWN: 3/2/99

REASON FOR ORIGINAL LOCKDOWN

____ TRM BOARD ACTION                    ____ OWN REQUEST
____ SELF                                ____ INVESTIGATION
____ REPORT                              ____ INITIAL CLASSIFICATION

REASON FOR LOCKDOWN REVIEW BOARD

____ RECENT PRESENT ____

____ Nature of Commitment Offense ____ Charge File

____ Pending Felony Charges

____ Nature of Original Reason for Lockdown

____ Inmate's Protection (Explain) _____

____ Physically Dangerous to Himself or Others as Evidence by:

        ____ Psychiatric Instability         ____ Self-Mutilation
        ____ Serious PBI Proceedings          ____ Other:
        ____ Participation

____ Continuing Investigation

REVIEWED BY: _____

[signature]                              C C M I



LOCKDOWN REVIEW SUMMARY          DATE: 10-6-03

DOC#:72148     NAME: ALBERT WOODFOX
LOCATION: CCR UPPER B ,
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 3-2-99

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    ✓ INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____  WHY: _____

✓ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revie

_____ Pending Felony Charges

✓ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation. By Whom: _____
        For: _____

REVIEWED BY: _[signature]_____
        NAME:                              TITLE

_R. August, CCO V_

COMMENTS:

LOCKDOWN REVIEW SUMMARY                    DATE: 1-8-04

DOC#:72148      NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 3-2-99

REASON FOR ORIGINAL LOCKDOWN

_____ DISCIPLINARY BOARD ACTION         _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT               ✓   INITIAL CLASSIFICATION

ACTION OF LOCKDOWN REVIEW BOARD

_____ RELEASED TO _____ WHY: _____

✓  NOT RELEASED   REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Review

_____ Pending Felony Charges

✓  Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

        _____ Psychiatric Evaluations    _____ Self-Mutilation
        _____ Serious Rule Infractions   _____ Other_____
        _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
        For:_____

REVIEWED BY: _____    _____
             NAME                              TITLE

             R. Auguste, CCO II

COMMENTS:

<u>LOCKDOWN REVIEW SUMMARY</u>                    DATE: 4/6/04

DOC#:72148       NAME: ALBERT  WOODFOX
LOCATION: CCR UPPER B
DATE OF ORIGINAL PLACEMENT IN EXTENTED LOCKDOWN: 3-22-99

<u>REASON FOR ORIGINAL LOCKDOWN</u>

_____ DISCIPLINARY BOARD ACTION          _____ OWN REQUEST
_____ RULE VIOLATION                     _____ INVESTIGATION
_____ INCIDENT REPORT                    __✓__ INITIAL  CLASSIFICATION

<u>ACTION OF LOCKDOWN REVIEW BOARD</u>

_____ RELEASED TO _____ WHY:_____

__✓__ NOT RELEASED    REASONS:

_____ Nature of Commitment Offense _____ Escape Risk

_____ Inmate's Request              _____ New Rule Infractions Since Last Revie

_____ Pending Felony Charges

__✓__ Nature of Original Reason for Lockdown

_____ Inmate's Protection:(explain)_____

_____ Physically Dangerous to Himself or Others as Evidence by:

            _____ Psychiatric Evaluations      _____ Self-Mutilation
            _____ Serious Rule Infractions      _____ Other_____
            _____ Pattern of Violence

_____ Continuing Investigation.  By Whom:_____
        For:_____

REVIEWED BY:_____
        NAME_____ AWI

        _Pamela S. Sims_ , CCMI

COMMENTS: