UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2004 OCT 26 P 2:03

BY DEPUTY CLERK

| | | |
|---|---|---|
| ROBERT KING WILKERSON, ALBERT WOODFOX, and HERMAN WALLACE | * * | CIVIL ACTION NUMBER 00-0304-"C"-M3 |
| VERSUS | * | JUDGE TYSON |
| RICHARD STALDER et al. | * | MAG. JUDGE DALBY |

\* \* \* \* \* \* \*

## STATUS REPORT

Counsel for the plaintiffs has provided a report of their expert, Dr. Stuart Grassian, to counsel for the defendants. Defendants shall inform the Court on or before November 26, 2004 whether they will retain an expert. Accordingly, counsel propose the following deadlines for this litigation:

1. Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be exchanged no later than November 18, 2004.

2. Defendants shall inform the Court on or before November 26, 2004 whether they will retain an expert.

3. Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial no later than December 10, 2004.

4. Written reports of experts who may be witnesses shall be obtained and delivered to opposing counsel as soon as possible, but in no event no later than January 24, 2005.

5. Depositions for trial use shall be taken and all discovery shall be completed by

February 21, 2004.

6. All pretrial motions, including Motions in Limine regarding the admissibility of expert testimony shall be filed and served in sufficient time to permit hearing thereon no later than March 9, 2004.

Respectfully submitted,

_____
Thomas W. Milliner (La. Bar No. 9580)
Cooperating Attorney
ACLU Foundation of Louisiana
One Canal Place, Suite 2800
365 Canal Street
New Orleans, LA 70130
(504) 524-5297

Nicholas J. Trenticosta (La. Bar No. 18475)
Cooperating Attorney
ACLU Foundation of Louisiana
7100 St. Charles Avenue
New Orleans, Louisiana 70118
(504) 864-0700

Charles Delbaum (La. Bar No. 22035)
General Counsel
ACLU Foundation of Louisiana
144 Elks Place
New Orleans, LA 70112

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing pleading by deposit in the U.S. mail, properly addressed and postage prepaid, this 25th day of October 2004.

_____
Thomas W. Milliner