# McGLINCHEY STAFFORD PLLC

**M. BRENT HICKS**
(225) 382-3622
Fax (225) 343-3076
bhicks@mcglinchey.com

FILED
U.S. DIST. COURT.
MIDDLE DIST. OF LA.

04 OCT 28 PM 2: 11

SIGN_____ .
by DEPUTY CLERK

BATON ROUGE
NEW ORLEANS
HOUSTON
JACKSON
CLEVELAND
MONROE
DALLAS
ALBANY

October 25, 2004

The Honorable Docia L. Dalby
United States Magistrate Judge
MIDDLE DISTRICT OF LOUISIANA
Russell B. Long Federal Building & Courthouse
Suite 265, 777 Florida Street
Baton Rouge, LA 70801

> RE:    Wilkerson, et al v. Stalder, et al; Civil Action No. 00-304-C-M3
>         United States District Court, Middle District of Louisiana
>         Our File No. 04129.0025

Dear Magistrate Judge Dalby:

In accordance with this Court's October 4, 2004 order in which the parties were ordered to submit a status report, the State submits the following.

In its order dated March 11, 2004, the Court set the following deadlines:

1.    The deadline for defendants to file a motion for summary judgment on the issue of due process is March 31, 2004.

2.    The deadline for completion of fact discovery is August 1, 2004.

3.    The deadline for plaintiffs to submit expert reports is August 1, 2004.

4.    The deadline for defendants to submit expert reports is September 30, 2004.

5.    The deadline for depositions of all expert witnesses is October 30, 2004.

6.    The deadline for filing dispositive motions is November 15, 2004.

No expert witnesses were retained by the deadlines and discovery is complete.

| INITIALS | DOCKET# |
|----------|---------|
| SH | 93 |

180546.1

The Honorable Docia L. Dalby
October 25, 2004
Page 2


The State objects to extending the deadlines as requested by plaintiffs' counsel. Plaintiffs' counsel has shown no need or reason to extend these dates. Today, for the first time, the State received an expert report from the plaintiffs. This report is untimely and should be disregarded.


Sincerely,

**McGlinchey Stafford, PLLC**



M. Brent Hicks


MBH/std
cc:     Thomas Milliner, Esq.
        Sonia Mallet, Esq.
        Ms. Lynda Colomb


180546.1