# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

## NOTICE OF DOCUMENTS NOT FILED IN RECORD

CIVIL NO. <u>00 CV 304</u>

### ROBERT KING WILKERSON ET AL

VERSUS

### RICHARD STALDER ET AL

ATTACHMENTS TO

SUPPLEMENTAL MEMO IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JGM

FILED ON <u>11/19/04</u> IN THE ABOVE CAPTIONED CASE HAVE BEEN PLACED BEHIND THE RECORD

<u>S. HAWKINS</u>



| INITIALS | DOCKET# |
|---|---|
| SH | 95 |