UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT KING WILKERSON, ALBERT WOODFOX, and HERMAN WALLACE | * * | CIVIL ACTION<br>NUMBER 00-0304"C"M3 |
| VERSUS | * | JUDGE TYSON |
| RICHARD STALDER et al. | * | MAG. JUDGE DALBY |

\* \* \* \* \* \* \*

### PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1)

**(1)(a). Individuals Likely to Have Discoverable Information**

The individuals listed below may have discoverable non-privileged information concerning this matter. The plaintiffs reserve the right to supplement this response as additional information is learned through discovery.

1. Robert King Wilkerson,

2. Albert Woodfox

3. Herman Wallace

4. Other inmates who are currently or have been incarcerated in CCR.

5. Matthew Berland, 1418 Terpsichore St., Apt. #4, New Orleans, LA 70130.

**(1)(b). Documents that may be used to support Plaintiffs' Claims**

The plaintiffs may use any or all of the following categories of documents to support their

1

Nicholas J. Trenticosta (La. Bar No. 18475)
Cooperating Attorney
ACLU Foundation of Louisiana
7100 St. Charles Avenue
New Orleans, Louisiana 70118
(504) 864-0700

Charles Delbaum (La. Bar No. 22035)
General Counsel
ACLU Foundation of Louisiana
144 Elks Place
New Orleans, LA 70112

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Motion on Defendants by deposit in the U.S. mail, properly addressed and postage prepaid, this 18th day of November 2004.

_____
Thomas W. Milliner

claims:

1. Documents contained within Wilkerson's master prison record, medical record and mental health record.

2. . Documents contained within Woodfox's master prison record, medical record and mental health record.

3. Documents contained within Wallace's master prison record, medical record and mental health record.

4. Documents produced by any other party or witness during the course of discovery.

**(1)(c) Computation of Damages**

Plaintiffs do not have a computation of damages at the present time.

**(1)(d) Insurance.**

Insurance is not applicable to the plaintiffs.

Respectfully submitted,

/s/ Thomas W. Milliner

Thomas W. Milliner (La. Bar No. 9580)
Cooperating Attorney
ACLU Foundation of Louisiana
One Canal Place, Suite 2800
365 Canal Street
New Orleans, LA 70130
(504) 524-5297