FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2004 DEC -9 P 2:59

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL

VERSUS                    CIVIL ACTION NO. 00-304-SCR-M3

RICHARD STALDER, ET AL

*********************************************************************

### MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT, THE AFFIDAVIT OF NICK TRENTICOSTA AND ATTACHMENTS

NOW INTO COURT, through undersigned counsel, comes Richard Stalder, Secretary, Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary at Angola ("LSP"); Richard Peabody, Deputy Warden, LSP; Robert Rachal, former Major, LSP; Sam Smith, Assistant Warden, LSP; Paul J. Myers, Major, LSP; and Tom Norris, former Classification Officer, LSP (collectively referred to as "State Defendants"), who respectfully request that Plaintiffs' supplemental memorandum in opposition to motion for partial summary judgment filed on November 19, 2004 be stricken from the record because its contents are immaterial, impertinent, scandalous and prejudicial to the State Defendants.

The State Defendants further respectfully request that the Affidavit of Nick Trenticosta and the attachments to the affidavit filed in support of Plaintiffs' supplemental memorandum in opposition to motion for partial summary judgment on November 19, 2004, be stricken from the record because they do not comport with the standards of Rule 56(e) of the Federal Rules of Civil Procedure and the attachments are immaterial, impertinent, scandalous and prejudicial.

184040.2



INITIALS | DOCKET#
--- | ---
SH | 99

WHEREFORE, the State Defendants pray that the Plaintiffs' supplemental memorandum in opposition to motion for partial summary judgment, the Affidavit of Nick Trenticosta and attachments to the affidavit be stricken from the record.

CHARLES C. FOTI, JR.
Louisiana Attorney General

_____
M. Brent Hicks, TA, La Bar Roll 23778
Richard A. Curry, La Bar Roll 4671
Jamie D. Seymour, La Bar Roll 29418
*McGlinchey Stafford, PLLC*
14th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via United States Mail, proper postage pre-paid, on all counsel of record, namely:

Thomas W. Milliner, Esq.
ACLU FOUNDATION OF LOUISIANA
One Canal Place, Suite 2800
365 Canal Street
New Orleans, LA 70130

Nicholas J. Trenticosta, Esq.
ATTORNEY & COUNSELOR AT LAW
7100 St. Charles Avenue
New Orleans, LA 70118

Baton Rouge, Louisiana, this ___9___ day of December, 2004.

_____
M. Brent Hicks