**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 FEB 11  P 2: 55

_____SIGN_____
BY DEPUTY CLERK

| | |
|---|---|
| ROBERT KING WILKERSON, ET AL | |
| VERSUS | CIVIL ACTION NO. 00-304-C-M3 |
| RICHARD STALDER, ET AL | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATIONS

NOW INTO COURT, through undersigned counsel, comes Richard Stalder, Secretary, Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary at Angola ("LSP"); Richard Peabody, Deputy Warden, LSP; Robert Rachal, former Major, LSP; Sam Smith, Assistant Warden, LSP; Paul J. Myers, Major, LSP; and Tom Norris, former Classification Officer, LSP (collectively referred to as "State Defendants"), who object to Magistrate Judge's Report and Recommendation dated February 1, 2005 for the following reasons as set forth fully in the accompanying memorandum:

1. The Magistrate Judge erred by recommending that this Court deny the State Defendants' Motion for Partial Summary Judgment because there are no questions of fact concerning whether the inmates were placed in lockdown as a result of the crimes of their conviction.

2. The Magistrate Judge erred by recommending that this Court not dismiss the due process claims on the basis of collateral estoppel.

3. The Magistrate Judge erred by recommending that this Court find that the inmates have a due process right – an issue that was not before the Court and must be decided by a jury.

4. The Magistrate Judge erred by recommending that this Court deny the State Defendants' Motion for Partial Summary Judgment because there are no questions of fact concerning whether the inmates received due process in their ninety (90) day reviews.

189878.1

Page 1

WHEREFORE, the State Defendants pray that the Magistrate Judge's Report and Recommendations dated February 1, 2005, not be adopted by this Court and that their Motion for Partial Summary Judgment be granted.

Respectfully submitted:

CHARLES C. FOTI, JR.
Louisiana Attorney General

_____
M. Brent Hicks, TA, La Bar Roll 23778
Richard A. Curry, La Bar Roll 4671
Jamie D. Seymour, La Bar Roll 29418
*McGlinchey Stafford, PLLC*
14th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via United States Mail, proper postage pre-paid, on all counsel of record, namely:

Thomas W. Milliner, Esq.
ACLU FOUNDATION OF LOUISIANA
One Canal Place, Suite 2800
365 Canal Street
New Orleans, LA 70130

Nicholas J. Trenticosta, Esq.
ATTORNEY & COUNSELOR AT LAW
7100 St. Charles Avenue
New Orleans, LA 70118

Baton Rouge, Louisiana, this _11_ day of February, 2005.

_____
M. Brent Hicks

189878.1