UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 FEB 18 P 4:06

BY DEPUTY CLERK

ROBERT KING WILKERSON, ET AL

VERSUS         CIVIL ACTION NO. 00-304-C-M3

RICHARD STALDER, ET AL

*********************************************************************

## MOTION FOR PARTIAL SUMMARY JUDGMENT
## DISMISSING ALL EIGHTH AMENDMENT CLAIMS

**NOW INTO COURT**, through undersigned counsel, come Richard Stalder, Secretary, Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary; Richard Peabody, Deputy Warden, Louisiana State Penitentiary; Robert Rachal, former Major, Louisiana State Penitentiary; Sam Smith, Assistant Warden, Louisiana State Penitentiary; Paul J. Myers, Major, Louisiana State Penitentiary; and Tom Norris, former Classification Officer, Louisiana State Penitentiary (collectively referred to as "State Defendants").

The State Defendants move the Court to grant a partial summary judgment in their favor dismissing the plaintiffs' Eighth Amendment claims. There are no genuine issues of material fact and the State Defendants are entitled to judgment as a matter of law dismissing all Eighth Amendment claims as more fully set forth in the attached Statement of Uncontested Material Facts and Memorandum of law.

190820.1

Page 1

**WHEREFORE**, the State Defendants pray that this Motion for Partial Summary Judgment Dismissing All Eighth Amendment Claims be granted and the Eighth Amendment claims asserted by plaintiffs be dismissed, with prejudice, at plaintiffs' cost.

Respectfully submitted:

CHARLES C. FOTI, JR.
Louisiana Attorney General

_____
Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
9th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for State Defendants*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via United States Mail, proper postage pre-paid, on all counsel of record, namely:

Nicholas J. Trenticosta, Esq.
Cooperating Attorney
ACLU Foundation of Louisiana
7100 St. Charles Avenue
New Orleans, LA 70118

Charles Delbaum, Esq.
General Counsel
ACLU Foundation of Louisiana
144 Elks Place
New Orleans, LA 70112

Baton Rouge, Louisiana, this __18__ day of February, 2005.

_____
M. Brent Hicks