UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON,
ET AL

VERSUS

RICHARD STALDER, ET AL

CIVIL ACTION

NO. 00-304-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 1, 2005. Defendants' have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendants' motion for partial summary judgment is hereby DENIED, and this matter is hereby referred back to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, March 30, 2005.

RALPH E. TYSON
UNITED STATES DISTRICT JUDGE