UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL**

**VERSUS**  CIVIL ACTION NO. 00-304-C-M3

**RICHARD STALDER, ET AL**

*******************************************************************

### MOTION TO COMPEL PLAINTIFFS' EXPERT TO APPEAR FOR DEPOSITION OR ALTERNATIVELY BAR EXPERT TESTIMONY

**NOW INTO COURT**, through undersigned counsel, comes Richard Stalder, Secretary, Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary; Richard Peabody, Deputy Warden, Louisiana State Penitentiary ("LSP"); Robert Rachal, former Major, LSP; Sam Smith, Assistant Warden, LSP; Paul J. Myers, Major, LSP; and Tom Norris, former Classification Officer, LSP (collectively referred to as "State Defendants") who respectfully file this Motion to Compel Plaintiffs' Expert to Appear for Deposition or Alternatively Bar Expert Testimony. For the reasons set forth in the attached memorandum in support, the State respectfully requests that the Court compel the plaintiffs' to make their expert available for a deposition in New Orleans or alternatively bar their expert from testifying and grant the State all other relief to which it may be justly entitled.

Respectfully submitted:

CHARLES C. FOTI, JR.
Louisiana Attorney General

_____
Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for State Defendants*

195213.1  Page 1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via United States Mail, proper postage pre-paid, on all counsel of record, namely:

Nicholas J. Trenticosta, Esq.
Cooperating Attorney
ACLU Foundation of Louisiana
7100 St. Charles Avenue
New Orleans, LA 70118

Charles Delbaum, Esq.
General Counsel
ACLU Foundation of Louisiana
1010 Common Building, Suite 1400A
New Orleans, LA 70112

Baton Rouge, Louisiana, this 5 day of April, 2005.

_____
M. Brent Hicks