UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL

VERSUS            CIVIL ACTION NO. 00-304-C-M3

RICHARD STALDER, ET AL

*********************************************************************

### MEMORANDUM IN SUPPORT OF MOTION TO COMPEL PLAINTIFFS' EXPERT TO APPEAR FOR DEPOSITION OR ALTERNATIVELY BAR EXPERT TESTIMONY

MAY IT PLEASE THE COURT:

This lawsuit was filed by three current and former inmates sentenced to the custody of the Louisiana Department of Public Safety and Corrections at Louisiana State Penitentiary at Angola ("LSP") - Robert King Wilkerson, Albert Woodfox, and Herman Wallace (hereinafter jointly referred to as "the inmates").

At all times relevant herein the inmates were confined at LSP.[1] The inmates claim that their confinement in extended lockdown at LSP violates the United States and Louisiana Constitution. Specifically, the inmates allege violations of their right to be free of cruel and unusual punishment as guaranteed by the Eighth Amendment of the United States Constitution and Article I, Section 20 of the Louisiana Constitution of 1974; and violations of their right to due process of law as guaranteed by the Fourteenth Amendment of the United States Constitution and Article I, Section 2 of the Louisiana Constitution of 1974.

The inmates have identified Dr. Stuart Grassian, a resident of Massachusetts, as their expert in this matter. Dr. Grassian has been submitted as an expert in solitary confinement. It is expected that he will provide testimony concerning damages allegedly suffered by the inmates as

---

[1] In 2001, Wilkerson was released from LSP after his conviction was amended to Conspiracy to commit Second Degree Murder and his sentence was reduced to time served.

195216.1            Page 1

a result of being confined in extended lockdown at LSP. The State has attempted to schedule Dr. Grassian's deposition since January, 2005.

On November 11, 2004, this Court entered a scheduling order setting the discovery cutoff date for February 21, 2005 and the filing of dispositive motions on March 9, 2005. On January 26, 2005 counsel for the State requested available deposition dates for Dr. Grassian. (Exhibit 1.) In response, on February 4, 2005, counsel for the inmates advised that Dr. Grassian was not available until after the cutoff dates would run and consented to extending the cutoff dates. (Exhibit 2.) Consequently, on February 15, 2005, counsel for the State filed a Motion to Extend Cutoff Dates pursuant to which the discovery cutoff was extended to April 21, 2005 and the deadline for filing dispositive motions was extended until May 9, 2005. (Exhibit 3.)

On February 17, 2005 and March 7, 2005, counsel for the State again asked for deposition dates. (Exhibits 4 and 5.) Counsel for the inmates did not respond. Finally, on March 18, 2005, counsel for the State advised the inmates' counsel that he would file a motion to compel if they did not provide deposition dates. (Exhibit 6.) Again, no response. On March 30, 2005, the attorneys spoke by phone; however, counsel for the inmates was not able to provide any deposition dates for Dr. Grassian.

Given the pending cutoff dates the State has no choice but to file this motion. Dr. Grassian is a resident of Massachusetts and is therefore beyond the subpoena power of this Court. The inmates should be ordered to make the expert available by April 21, 2005 in New Orleans, Louisiana for deposition or be barred from using his testimony at trial.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure this Court entered a scheduling order setting the discovery cutoff as April 21, 2005 and the deadline for filing dispositive motions as May 9, 2005. (Exhibit 3.) The Fifth Circuit has explained that district

courts have "broad discretion to preserve the integrity and purpose of the pretrial [scheduling] order." *Barrett v. Atlantic Richfield Company*, 95 F.3d 375 (5th Cir. 1996) (*quoting Geiserman v. MacDonald*, 893 F.2d 787, 790 (5th Cir. 1990).). This broad authority is granted pursuant to Federal Rule of Civil Procedure 16(b), giving federal courts authority to expedite and control discovery, and Rule 37(b)(2)(B), granting federal courts the authority to sanction parties at fault by barring entry of certain matters into evidence. *Barrett,* 95 F.3d at 380.

In *Barrett*, the Fifth Circuit upheld a district court's order, barring the testimony of expert witnesses at trial due to a party's failure to comply with the scheduling order. While the experts were made available for depositions timely, the experts had not formulated any opinions. As a result, the district court barred the experts from testifying at trial. The result here should be no different – the inmates should be ordered to produce their expert for a deposition by April 21, 2005 or be prohibited from offering any expert testimony. See also, *Positive Black Talk Inc. v. Cash Money Records, Inc.*, 394 F.3d 357, 377-378 (5th Cir. 2004) (where expert was barred from testifying when defendants were unable to depose him before trial).

The inmates' have already caused this Court to extend the scheduled deadline for discovery once. These actions have prejudiced the State's ability to conduct this deposition in a timely manner, its ability to timely review the information elicited from the expert and prepare for trial.

As a result of the delays, the State now seeks an Order from this Honorable Court compelling the plaintiffs to make Dr. Grassian available for deposition in New Orleans, Louisiana by the discovery cutoff date or, alternatively, bar the plaintiffs from submitting expert testimony at trial.

Respectfully submitted:

CHARLES C. FOTI, JR.
Louisiana Attorney General

_____
Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for State Defendants*

## CERTIFICATE OF COMPLIANCE WITH RULE 37(a)(2)(B)

**I HEREBY CERTIFY** that I have conferred in good faith with opposing counsel in an effort to resolve the discovery issues presented in this matter.

_____
M. Brent Hicks

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via United States Mail, proper postage pre-paid, on all counsel of record, namely:

Nicholas J. Trenticosta, Esq.
Cooperating Attorney
ACLU Foundation of Louisiana
7100 St. Charles Avenue
New Orleans, LA 70118

Charles Delbaum, Esq.
General Counsel
ACLU Foundation of Louisiana
1010 Common Building, Suite 1400A
New Orleans, LA 70112

Baton Rouge, Louisiana, this __5__ day of April, 2005.

_____
M. Brent Hicks

ATTORNEYS AT LAW

# M<sup>c</sup>GLINCHEY STAFFORD PLLC

**M. BRENT HICKS**
(225) 382-3622
Fax (225) 343-3076
bhicks@mcglinchey.com

BATON ROUGE
NEW ORLEANS
HOUSTON
JACKSON
CLEVELAND
MONROE
DALLAS
ALBANY

January 26, 2005

Thomas W. Milliner, Esq.
ACLU Foundation of Louisiana           Via Fax and U.S. Mail
One Canal Place, Suite 2800
365 Canal Street
New Orleans, LA 70130

      RE:    Wilkerson, et al v. Stalder, et al; Civil Action No. 00-304-C-M3
             United States District Court, Middle District of Louisiana
             Our File No. 004129.0025

Dear Tom:

    Pursuant to our telephone conversation, we would like to depose Dr. Stuart Grassian. I anticipate that you may wish to depose our experts and some LSP staff. As you know, the Court has set February 21, 2005 as discovery cutoff and March 9, 2005 as the deadline for hearing dispositive motions. Please let me know as soon as possible what depositions you would like to take in this matter so that we can coordinate all the depositions efficiently. I am generally available most of the week of February 7th, although I have not spoken with our experts or LSP staff concerning their availability.

    I look forward to hearing from you.

                                        Sincerely,

                                        **McGlinchey Stafford, PLLC**

                                        M. Brent Hicks

MBH/std
cc:    Sonia Mallet, Esq.
        Micheal Penn, Esq.
        Secretary Richard Stalder
        Ms. Lynda Colomb
        Richard A. Curry, Esq.

**EXHIBIT 1**

## Thomas W. Milliner
**Attorney at Law**

365 Canal Street
Suite 2800
New Orleans, LA 70118
(504) 524-5297
(504) 586-8451 (Fax)

February 4, 2005

**By Fax: 225-343-3076**
Mr. M. Brent Hicks
McGlinchey Stafford PLLC
Fourteenth Floor, One American Place
Baton Rouge LA 70825

RE: *Wilkerson v. Stadler.*

Dear Mr. Hicks:

I have contacted Dr. Grassian for available dates and it appears to be somewhat problematic within the time frame posed by the discovery cutoff dates. Dr. Grassian is going on vacation during the week of the February 21 and is booked up with patients in the next two weeks and the first week following his return (the first week of March). I have no objection to extending the deadline dates for you to take his deposition and the corresponding motion deadline.

Sincerely yours,

Thomas W. Milliner

TWM/wp
Encl.

EXHIBIT 2

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

05 FEB 16 PM 2: 16

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL

VERSUS                                      CIVIL ACTION NO. 00-304-C-M3

RICHARD STALDER, ET AL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing;

IT IS HEREBY ORDERED that the discovery cutoff and the pretrial motion date be extended and re-set as follows:

1. Depositions for trial use shall be taken all discovery shall be completed by April 21, 2005;

2. All pretrial motions, including Motions in Limine regarding admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than May 9, 2005.

Baton Rouge, Louisiana this 16th day of February, 2005.

_____
Judge, United States District Court
Middle District of Louisiana

190835.1

EXHIBIT 3

# McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

M. BRENT HICKS
(225) 382-3622
Fax (225) 343-3076
bhicks@mcglinchey.com

BATON ROUGE
NEW ORLEANS
HOUSTON
JACKSON
CLEVELAND
MONROE
DALLAS
ALBANY

February 17, 2005

Nicholas J. Trenticosta, Esq.
Cooperating Attorney
ACLU Foundation of Louisiana
7100 St. Charles Avenue
New Orleans, LA 70118

RE: Wilkerson, et al v. Stalder, et al; Civil Action No. 00-304-C-M3
United States District Court, Middle District of Louisiana
Our File No. 004129.0025

Dear Nick:

As you know, the court has extended the discovery cutoff dates due to Dr. Grassian's unavailability. Please provide me with some dates on which he will be available to come to Louisiana for his deposition.

Sincerely,

McGlinchey Stafford, PLLC

M. Brent Hicks

MBH/std



EXHIBIT 4

191128.1

FOURTEENTH FLOOR, ONE AMERICAN PLACE | BATON ROUGE, LA 70825 | (225) 383-9000 | FAX: (225) 343-3076 | www.mcglinchey.com

# McGLINCHEY STAFFORD PLLC

**ATTORNEYS AT LAW**

M. BRENT HICKS
(225) 382-3622
Fax (225) 343-3076
bhicks@mcglinchey.com

BATON ROUGE
NEW ORLEANS
HOUSTON
JACKSON
CLEVELAND
MONROE
DALLAS
ALBANY

March 7, 2005

Nicholas J. Trenticosta, Esq.                     *Via Fax and U.S. Mail*
Cooperating Attorney
ACLU Foundation of Louisiana
7100 St. Charles Avenue
New Orleans, LA 70118

      RE:    Wilkerson, et al v. Stalder, et al; Civil Action No. 00-304-C-M3
             United States District Court, Middle District of Louisiana
             Our File No. 004129.0025

Dear Nick:

On February 17, 2005, I asked that you provide me with some dates for Dr. Grassian's deposition. I have not received a response. Please provide me with Dr. Grassian's available dates so that we may schedule his deposition.

                               Sincerely,

                                 **McGlinchey Stafford, PLLC**

                                 M. Brent Hicks

MBH/std

**EXHIBIT 5**

192750.1

# M<sup>c</sup>GLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

**M. BRENT HICKS**
(225) 382-3622
Fax (225) 343-3076
bhicks@mcglinchey.com

BATON ROUGE
NEW ORLEANS
HOUSTON
JACKSON
CLEVELAND
MONROE
DALLAS
ALBANY

March 18, 2005

Nicholas J. Trenticosta, Esq.   *Via Fax and U.S. Mail*
Cooperating Attorney
ACLU Foundation of Louisiana
7100 St. Charles Avenue
New Orleans, LA 70118

RE:  Wilkerson, et al v. Stalder, et al; Civil Action No. 00-304-C-M3
     United States District Court, Middle District of Louisiana
     Our File No. 004129.0025

Dear Nick:

I have attempted to work amicably with you and Tom Milliner to schedule the deposition of your expert, Dr. Stuart Grassian, since January of this year. Since that time, I have received no proposed dates. In fact, we had to extend the discovery cut off date from February 21, 2005 until April 21, 2005 in order to accommodate you and your expert. The new cut off date is now a month away and I still have received no proposed dates. Unless you provide me with some proposed dates by Wednesday, March 23, 2005, I will have no alternative but to file a motion to compel Dr. Grassian's deposition. In order to accommodate you and Dr. Grassian, I am happy to conduct the deposition in your office in New Orleans or alternatively at my New Orleans office.

I look forward to hearing from you.

Sincerely,

McGlinchey Stafford, PLLC

M. Brent Hicks

MBH/std
cc: Charles Delbaum, Esq.
    Sonia Mallet, Esq.
    Micheal Penn, Esq.
    Ms. Lynda Colomb

**EXHIBIT 6**

194105.1
FOURTEENTH FLOOR, ONE AMERICAN PLACE | BATON ROUGE, LA 70825 | (225) 383-9000 | FAX: (225) 343-3076 | www.mcglinchey.com