UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL

VERSUS                                    CIVIL ACTION NO. 00-304-C-M3

RICHARD STALDER, ET AL

*************************************************************

## MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO COMPEL PLAINTIFFS' EXPERT TO APPEAR FOR DEPOSITION OR ALTERNATIVELY BAR EXPERT TESTIMONY

**NOW INTO COURT**, through undersigned counsel, comes Richard Stalder, Secretary, Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary; Richard Peabody, Deputy Warden, Louisiana State Penitentiary ("LSP"); Robert Rachal, former Major, LSP; Sam Smith, Assistant Warden, LSP; Paul J. Myers, Major, LSP; and Tom Norris, former Classification Officer, LSP (collectively referred to as "State Defendants") who, for the reasons set forth in the accompanying memorandum, respectfully request that its Motion to Compel Plaintiffs' Expert to Appear for Deposition or Alternatively Bar Expert Testimony be heard on an expedited basis.

**WHEREFORE**, the State Defendants pray that the Motion to Compel Plaintiffs' Expert to Appear for Deposition or Alternatively Bar Expert Testimony be heard on an expedited basis.

Respectfully submitted:

CHARLES C. FOTI, JR.
Louisiana Attorney General

Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for State Defendants*

195587.1                                                                                    Page 1

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the foregoing pleading has been served via United States Mail, proper postage pre-paid, on all counsel of record, namely:

Nicholas J. Trenticosta, Esq.
Cooperating Attorney
ACLU Foundation of Louisiana
7100 St. Charles Avenue
New Orleans, LA 70118

Charles Delbaum, Esq.
General Counsel
ACLU Foundation of Louisiana
1010 Common Building, Suite 1400A
New Orleans, LA 70112

Baton Rouge, Louisiana, this _5_ day of April, 2005.

_____
M. Brent Hicks