UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL**

**VERSUS**  CIVIL ACTION NO. 00-304-C-M3

**RICHARD STALDER, ET AL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION FOR
EXPEDITED CONSIDERATION OF MOTION TO COMPEL
PLAINTIFFS' EXPERT TO APPEAR FOR DEPOSITION
OR ALTERNATIVELY BAR EXPERT TESTIMONY**

**MAY IT PLEASE THE COURT:**

The State Defendants seek to depose the plaintiffs' expert who resides in Massachusetts. The State Defendants have sent multiple requests to the plaintiffs since January, 2005 which have been ignored. Discovery cutoff is set for April 21, 2005. Unless this matter is heard on an expedited basis, a ruling may not be issued before the cutoff date.

**WHEREFORE**, the State Defendants pray that the Motion to Compel Plaintiffs' Expert to Appear for Deposition or Alternatively Bar Expert Testimony be heard on an expedited basis.

Respectfully submitted:

CHARLES C. FOTI, JR.
Louisiana Attorney General

Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the foregoing pleading has been served via United States Mail, proper postage pre-paid, on all counsel of record, namely:

Nicholas J. Trenticosta, Esq.
Cooperating Attorney
ACLU Foundation of Louisiana
7100 St. Charles Avenue
New Orleans, LA 70118

Charles Delbaum, Esq.
General Counsel
ACLU Foundation of Louisiana
1010 Common Building, Suite 1400A
New Orleans, LA 70112

Baton Rouge, Louisiana, this 5 day of April, 2005.

_____
M. Brent Hicks