FILED
U.S. DIST. COURT
MIDDLE DIST OF LA.

05 APR 13 PM 2:20

SIGN_____
by DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT KING WILKERSON, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 00-304-C-M3 |
| RICHARD STALDER, ET AL | |

## ORDER

This matter is before the court on defendant's Motion to Compel Plaintiffs' Expert to Appear for Deposition or Alternatively Bar Expert Testimony (rec. doc. 117), Motion for Expedited Consideration of Motion to Compel Plaintiffs' Expert to Appear for Deposition or Alternatively Bar Expert Testimony (rec. doc. 119). Plaintiff, in response to the motions, has filed a Motion to Extend Discovery Deadlines (rec. doc.121).

The basis of defendants' motion to compel is that the plaintiffs have not made an expert witness, Dr. Grassian, available for deposition yet. The pretrial deadline is quickly approaching, and defendants are concerned that the deadline will pass without the deposition of this witness. The plaintiffs, however, in their motion to extend the deadlines, have explained that they are attempting to enroll additional counsel on their behalf, as present counsel is overwhelmed with the amount of work the litigation requires. Furthermore, counsel for plaintiffs has informed the court that other litigation pending in the Supreme Court may effect the holding in *Sandin v. Conner*, 515 U.S. 472 (1995), which in turn may effect this litigation. A ruling in this case is expected before the end of the term, and additional counsel is expected to be enrolled within two weeks.

In light of the expected enrollment of new counsel and ruling from the Supreme Court, and the extensive motion practice in this case, an extension of the pretrial deadlines

is well-advised. Therefore,

**IT IS ORDERED** that the defendants Motion for Expedited Consideration of Motion to Compel Plaintiffs' Expert to Appear for Deposition or Alternatively Bar Expert Testimony (rec. doc. 119) is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant's Motion to Compel Plaintiffs' Expert to Appear for Deposition or Alternatively Bar Expert Testimony (rec. doc. 117) is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Extend Discovery Deadlines (rec. doc.121) is **GRANTED**, and the parties shall submit an unopposed or joint motion with new pretrial deadlines by April 29, 2005, or a telephone status conference shall be set for **Wednesday, May 11, 2005, at 2:00 p.m.** Counsel for the defendants shall initiate the call to chambers at **(225) 389-3602.**

Baton Rouge, Louisiana this 13th day of April, 2005.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**