# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL.**          **CIVIL ACTION**

**VERSUS**

**RICHARD STALDER, ET AL.**                **NO. 00-304-C-M3**

### ORDER

This matter came before the Court for a telephone status conference on May 11, 2005.

      **PRESENT:**  Nick Trenicosta
                       Counsel for plaintiffs

                       **Brent Hicks**
                       **Michelle Penn**
                       **David Sanders**
                       Counsel for defendants

The purpose of the conference was to discuss the status of the litigation and to set further deadlines. Mr. Trenicosta reported that he was 99 percent sure that additional counsel will be enrolling in the very near future. He asked that the parties be allowed 120 days to conclude discovery.

Counsel for defendants did not object to the 120 day request, but he pointed out that the plaintiffs have not responded to the defendants' motion for summary judgment, and litigation has ground to a halt while plaintiffs search for other counsel. Defendants in particular want to schedule and take the deposition of plaintiffs' expert.

Rather than set deadlines before new counsel is enrolled, the court will set another telephone status conference for June 13, 2005, at 2:00 p.m. In the meantime, the plaintiffs have 30 days within which to respond to the currently pending motion for summary judgment. While official deadlines will not be set at this time, the court nevertheless

Cv29a: T: 00:20

encourages the parties to move forward with discovery in the interim between now and the next telephone scheduling conference.

Accordingly, **IT IS ORDERED** that

1. The deadline for plaintiffs to file an opposition to defendants' motion for summary judgment is **June 11, 2005**.

2. A telephone status conference is set for **June 13, 2005, at 2:00 p.m.** Defendants' counsel shall initiate the call to chambers at 225-389-3602,

Signed in Baton Rouge, Louisiana, on May 11, 2005.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**