UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL.**                    **CIVIL ACTION**

**VERSUS**

**RICHARD STALDER, ET AL.**                    **NO. 00-304-C-M3**

## ORDER

This matter came before the Court for a telephone status conference on June 13, 2005.

      **PRESENT:**   **Nick Trenticosta**
                           **George Kendall**
                            Counsel for plaintiffs

                            **Brent Hicks**
                            **Richard A. Curry**
                            **Michelle Penn**
                            **David Sanders**
                            Counsel for defendants

The purpose of the conference was to discuss the status of the litigation and to set further deadlines. Mr. Kendall reported that he and his law firm, Holland and Knight, will file a motion to enroll as co-counsel for plaintiffs in the next three to four days. Mr. Kendall and Mr. Trenticosta asked that plaintiffs be allowed 120 days to respond to defendants' motion for summary judgment on plaintiffs' eighth amendment claims.

Defendants reiterated that they want to schedule and take the deposition of plaintiffs' expert, which they have had to hold off on while plaintiffs searched for new counsel. The Court granted plaintiffs' request for 120 days to respond to defendants' motion. Defendants will then have fifteen days to file a reply brief to plaintiffs' brief in opposition to defendants' motion for summary judgment. The parties will continue to move forward with discovery during the interim.

Cv29a: T: 00:20

Once a recommendation is issued on defendants' motion for summary judgment on plaintiffs' eighth amendment claims, the Court will set another telephone status conference to schedule further deadlines.

A discussion was also held regarding defendants' pending motion to consolidate motions for summary judgment. Plaintiffs will file a brief in reply to the motion to consolidate within the next ten days.

Accordingly, **IT IS ORDERED** that

1. The deadline for plaintiffs to file an opposition to defendants' motion for summary judgment is **October 13, 2005**.
2. The deadline for defendants to file a reply to plaintiff's opposition to the motion for summary judgment is **October 28, 2005.**
3. The deadline for plaintiffs to file a reply to defendants' motion to consolidate motions for summary judgment is **June 23, 2005.**
4. A telephone status conference to set further deadlines will be scheduled after the Court issues its recommendation on defendants' motion for summary judgment on the eighth amendment claims.

Signed in Baton Rouge, Louisiana, on June 13, 2005.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**