FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 JUN 24  A 11: 58

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT KING WILKERSON, ALBERT WOODFOX, and HERMAN WALLACE, | * * | CIVIL ACTION<br><br>NUMBER: 00-304-C-M3 |
| VERSUS | * | JUDGE TYSON |
| RICHARD STALDER, et al. | * | MAGISTRATE DALBY |
| * * * * * * * | | JURY DEMAND |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CONSOLIDATE PENDING PARTIAL MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs, by and through undersigned counsel, submit the following response to Defendants' motion to consolidate pending partial motions for summary judgment.

1. On March 31, 2004, Defendants filed a motion for partial summary judgment seeking to dismiss due process claims asserted by Plaintiffs. (DK #73). On February 18, 2005, the Defendants filed a second motion for partial summary judgment that seeks the dismissal of Plaintiffs' Eighth Amendment claims. (DK # 112).

2. Thereafter, on March 18, 2005, Defendants filed a motion to consolidate the then pending motions for partial summary judgment. (DK # 115). The relief sought is to have the two motions for partial summary judgment "treated by this Court as a single motion for summary judgment and ruled upon accordingly." Motion to Consolidate at p. 2.



1

3. This Court has taken action on the Defendants' motion concerning the due process claims, but not on the motion that concerns Eight Amendment claims. On February 1, 2005, the Court filed a detailed report and recommendations. (DK #105). This report recommended denial of the due process summary judgment motion. On March 30, 2005, two weeks after Defendants sought consolidation of the two motions, the District Court entered an Order approving the February 1, 2005 Report and Recommendations, and adopting it as the Court's opinion. (DK # 116).

4. As matters presently stand, the Defendants' two motions stand upon significantly different footing. The summary judgment motion that concerns Plaintiffs' due process claims has been finally determined and denied by the District Court. The motion that concerns Plaintiffs' Eighth Amendment claims remain pending before the Court, and will not be resolved before the Fall.

5. For these reasons, Plaintiffs oppose Defendants' motion to consolidate.

WHEREFORE, for the foregoing reasons, and for others apparent to the Court, Plaintiffs respectfully urge the Court to deny the Defendants' motion to consolidate.

Respectfully submitted,

Nicholas J. Trenticosta
Attorney at Law
LSBA Roll No. 18475
7100 St. Charles Avenue
New Orleans, LA 70118
(504) 864-0700

Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served via U.S. Mail to opposing counsel, M. Brent Hicks, McGlinchey, Stafford, 14th Floor, One American Place, Baton Rouge, LA 70825, on this 23d day of June, 2005.

_____
Nicholas J. Trenticosta