RECEIVED
JUN 2 8 2005
U. S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 JUL 25 P 2: 21

| | | |
|---|---|---|
| ROBERT KING WILKERSON, ALBERT WOODFOX, and HERMAN WALLACE, | * * | CIVIL ACTION<br>NUMBER: 00-304-C-M3 |
| VERSUS | * | JUDGE TYSON |
| RICHARD STALDER, et al. | * | MAGISTRATE DALBY |
| * * * * * * * | | JURY DEMAND |

## PLAINTIFFS' MOTION TO ENROLL VISITING COUNSEL PRO HAC VICE

Plaintiffs herein, through undersigned counsel, respectfully moves this Court to allow George Kendall, to enroll in this matter. In support, Plaintiff's state:

1.   George H. Kendall, of the Holland & Knight law firm, is licensed to practice law in the District of Columbia. He is an active member in good standing. Due to the complexity of this case, Plaintiffs desire additional counsel to assist in their representation.

2.   Mr. Kendall's Certificate of Good Standing and affidavit are attached.

WHEREFORE for the above stated reasons, Plaintiffs respectfully request that this Court allow George H. Kendall to enroll as counsel as visiting counsel.

Respectfully submitted,

_____
Nicholas J. Trenticosta
Attorney at Law
LSBA Roll No. 18475
7100 St. Charles Avenue
New Orleans, LA 70118
(504) 864-0700

Counsel for Plaintiffs


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served via U.S. Mail to opposing counsel, M. Brent Hicks, McGlinchey, Stafford, 14th Floor, One American Place, Baton Rouge, LA 70825, on this 24th day of June, 2005.

_____
Nicholas J. Trenticosta

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL    )
                                )
                   Plaintiffs,  )
                                )
                                )
                                )
         -VS-                   )    Civil Action No. 00-304-C-M3
                                )
                                )
RICHARD STALDER, ET AL.,        )
                                )
                   Defendants.  )

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

County of New York

State of New York

    Before me, the undersigned Notary Public, personally came and appeared

**George H. Kendall**

Who after first being duly sworn by me, did depose and state the following:

    1. George H. Kendall is an attorney, is licensed to practice law in the District of Columbia, and is an attorney in good standing in that Bar.

...

2. Throughout his career as an attorney, from December, 1979 to the present, no criminal charges or any disciplinary charges have been brought against him, and none are currently pending.

3. Pursuant to Local Rule 83.2.6M, applicant submits the following oath: I DO SOLEMNLY AFFIRM that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further affirm that I have read the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence; 28 USC; and the Uniform Local Rules of the United States District Court for the Middle District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

FURTHER AFFIANT SAYETH NOT.

Sworn and subscribed before me

this 23rd day of June, 2005

My commission expires:

CECILIA MORALES
Notary Public, State of New York
No. 01MO6040667
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires April 26, 2006

# 3014165_v1



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

GEORGE H. KENDALL, III

was on the  17TH  day of  DECEMBER, 1979  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 20, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT KING WILKERSON, ALBERT WOODFOX, and HERMAN WALLACE, | * * | CIVIL ACTION NUMBER: 00-304-C-M3 |
| VERSUS | * | JUDGE TYSON |
| RICHARD STALDER, et al. | * | MAGISTRATE DALBY |
| * * * * * * * | | JURY DEMAND |

ORDER

Upon consideration of the Plaintiffs' Motion to Enroll Visiting Counsel Pro Hac Vice,

IT IS HEREBY ORDERED that the motion is _____.

Baton Rouge, La. on this \_\_\_\_ day of _____, 2005.

_____
MAGISTRATE JUDGE DOCIA DALBY