

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT KING WILKERSON, ET AL. | CIVIL ACTION |
| VERSUS | |
| RICHARD STALDER, ET AL. | NO. 00-304-C-M3 |

### ORDER

Upon considering defendants' motion to strike (*rec. doc. no.* 99) plaintiffs' supplemental memorandum in opposition to motion for partial summary judgment, the affidavit of Nick Trenticosta and attachments (*rec. docs. nos.* 96 and 97), the Court has reviewed the record and determined that defendants' motion is moot. In its Report and Recommendations (*rec. doc. no.* 105, p. 5, fn. 8) on defendants' motion for partial summary judgment (*rec. doc. no.* 73), the Court stated that it did not consider the documents sought to be stricken by defendants in arriving at its recommendations; therefore,

**IT IS ORDERED** that defendants' motion to strike plaintiffs' supplemental memorandum in opposition to motion for partial summary judgment, the affidavit of Nick Trenticosta and attachments (*rec. doc. no.* 99) is **DENIED** as moot.

Baton Rouge, Louisiana, this 18th day of August, 2005.

MAGISTRATE JUDGE DOCIA L. DALBY