UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 OCT 18  P 12: 17

SIGN_____
BY DEPUTY CLERK

| | |
|---|---|
| ROBERT KING WILKERSON, ET AL. | CIVIL ACTION |
| | NUMBER 00-304-C-M3 |
| Plaintiffs, | |
| | JUDGE TYSON |
| v. | |
| | MAGISTRATE JUDGE DALBY |
| RICHARD STALDER, ET AL., | |
| Defendants. | |

## MOTION FOR ENLARGEMENT OF TIME
## TO SUBMIT RESPONSE TO
## MOTION FOR SUMMARY JUDGMENT

Plaintiffs Robert King Wilkerson, Herman Wallace, and Albert Woodfox, by and through undersigned counsel, respectfully move this Honorable Court for an enlargement of time of 120 days for plaintiffs to file an opposition to defendants' motion for summary judgment on Eighth Amendment claims. In support of this motion, plaintiffs state the following:

1. In June, 2005, new counsel entered this case, and on June 13, 2005, the Court entered an Order setting a deadline of October 13, 2005 for plaintiffs to file an opposition to defendants' motion for summary judgment on the Eighth Amendment claims. The Court also indicated that parties will move forward with discovery in the interim and that a telephone status conference to set further


DLD

deadlines would be scheduled after the court issues its recommendation on defendant's motion for summary judgment on the Eighth Amendment claims.

2. Pursuant to this Court's order, plaintiffs served by U.S. mail a second request for documents upon defendants' counsel on August 24, 2005.

3. Shortly thereafter, on August 29, 2005, Hurricane Katrina struck southeast Louisiana, causing massive damage and significantly interrupting transportation and communication systems.

4. In its wake, counsel lost all contact with one client, Robert King Wilkerson, who resided in New Orleans. Counsel eventually was able to locate Mr. Wilkerson, who has lost his home in New Orleans and is staying with friends out of state.

5. Local counsel Nicholas J. Trenticosta, whose office was in New Orleans, has also been displaced by the storm. Mr. Trenticosta was forced to relocate to Baton Rouge, and has set up a temporary office there. Undersigned counsel have had difficulties and continue to experience difficulties in communicating with Mr. Trenticosta.[1]

---

[1] Undersigned counsel Kendall often has to make multiple attempts to call Mr. Trenticosta to speak to him because the calls usually do not go through, and a message is heard that "all circuits are busy." Repeated efforts to speak to counsel for the defendants, Mr. Hicks, have also been necessary.

6. Plans to travel to Louisiana to speak to witnesses and to perform other investigation have been delayed due to the effects of Katrina. We have been unable to locate several witnesses who were displaced by Katrina.

7. Undersigned counsel Kendall was able to speak to defendants' counsel Hicks last week and inquire about the status of the request for documents. Mr. Hicks reported that progress was being made, and that he would likely have a preliminary status report by the end of this week. Mr. Hicks was advised that plaintiffs would be seeking additional time to respond to the motion for summary judgment.

8. Access to said documents is critical to our response to the defendants' pending summary judgment motion.

9. We anticipate that we will be able to review the requested documents, conduct other necessary discovery, and submit a detailed response to the summary judgment motion within 120 days, or on or before February 13, 2006.

WHEREFORE, for the foregoing reasons, plaintiffs request that this Court grant an enlargement of one hundred twenty (120) days for plaintiffs to file an opposition to defendants' motion for summary judgment on Eighth Amendment claims, to February 13, 2006.

Respectfully submitted,

*George Kendall*

Counsel for Plaintiffs

GEORGE H. KENDALL
Holland & Knight, LLP
195 Broadway
24th Floor
New York, NY 10007
212-513-3358

STEPHEN HANLON
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
202-828-1871

NICHOLAS J. TRENTICOSTA
Attorney at Law
LSBA roll No. 18475
7100 St. Charles Avenue
New Orleans, LA 70118
504-864-0700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION was served this 12th day of October 2005 by tendering same by U.S. mail, and through electronic e-mail, on all counsel of record, namely:

M. Brent Hicks, Esq.
McGlinchey Stafford, PLLC
One American Place, 14th Floor
Baton Rouge, LA 70825

_____