UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST OF LA
2006 FEB 21  P 1: 49

SIGN _____
DEPUTY CLERK

ROBERT KING WILKERSON, ET AL.

    Plaintiffs,

v.

RICHARD STALDER, ET AL.,

    Defendants.

CIVIL ACTION
NUMBER 00-304-C-M3

JUDGE TYSON

MAGISTRATE JUDGE DALBY

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Plaintiffs Robert King Wilkerson, Herman Wallace, and Albert Woodfox, by and through undersigned counsel, respectfully move this Honorable Court for an enlargement of time of 120 days for Plaintiffs to file an opposition to Defendants' motion for summary judgment on Eighth Amendment claims. In support of this motion, Plaintiffs state the following:

1. In June, 2005, new counsel entered this case, and on June 13, 2005, the Court entered an order setting a deadline of October 13, 2005 for Plaintiffs to file an opposition to Defendants' motion for summary judgment on the Eighth Amendment claims.

2. Thereafter, Plaintiffs served by U.S. mail a second request for documents upon defendants' counsel on August 24, 2005.

3. On August 29, 2005, Hurricane Katrina struck southeast Louisiana, causing massive damage and significantly interrupting transportation and communication systems.

4. Due to the dislocations caused by the hurricanes and the aftermath in the New Orleans area, on October 18, 2005, the Court entered an Order granting Plaintiff's unopposed Motion for an Extension of Time to Submit Response to Motion for Summary Judgment, setting a deadline of February 18, 2006.

5. On November 16, 2005, Defendants filed objections to Plaintiffs' Second Request for Documents.

6. Thereafter, undersigned counsel Kendall contacted Defendants' counsel Hicks to learn when documents would be forthcoming. Hicks informed Kendall that he was working on the response and would agree to a later date for the filing of the response.

7. Counsel for both sides has engaged in a continuing conversation in an effort to come to agreement on the documents that will be produced and to ensure that any protection provisions necessary to protect confidentiality are put in place so that document production and review can take place at one time. Counsel has made significant progress towards this goal and intends to set a date for review of available documents within the next 30 days.

8. Access to said documents is critical to our response to the defendants' pending summary judgment motion.

9. We anticipate that we will be able to review the requested documents, conduct other necessary discovery, and submit a detailed response to the summary judgment motion with 120 days, or on or before June 13, 2006.

10. Respondents have indicated, through Defendants' counsel Hicks, that they do not oppose our motion for an extension of time to file a response to Defendants' pending summary judgment motion.

WHEREFORE, for the foregoing reasons, Plaintiffs request that this Court grant an enlargement of one hundred twenty days (120) days for Plaintiffs to file an opposition to Defendants' motion for summary judgment on Eighth Amendment claims to June 13, 2006.

Respectfully submitted,

_____
Counsel for Plaintiffs

GEORGE H. KENDALL
Holland & Knight, LLP
195 Broadway
24th Floor
New York, NY 10007
212-513-3358

STEPHEN HANLON
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
202-828-1871

NICHOLAS J. TRENTICOSTA
Attorney at Law
LSBA roll No. 18475
7100 St. Charles Avenue
New Orleans, LA 70118
504-864-0700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION was served this 14th day of February 2006 by tendering same by U.S. mail, and through electronic e-mail, on all counsel of record, namely:

M. Brent Hicks, Esq.
McGlinchey Stafford, PLLC
One American Place, 14th Floor
Baton Rouge, LA 70825

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT KING WILKERSON, ET AL. ) ) ) | CIVIL ACTION NUMBER 00-304-C-M3 |
| Plaintiffs, ) ) | JUDGE TYSON |
| v. ) ) | MAGISTRATE JUDGE DALBY |
| RICHARD STALDER, ET AL., ) ) | |
| Defendants. ) | |

Upon consideration of the Plaintiffs' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT RESPONSE TO MOTION FOR SUMMARY JUDGMENT,

IT IS HEREBY ORDERED that the Motion is _____.

Baton Rouge, La., on this ___ day of _____, 2006.

_____
MAGISTRATE JUDGE DOCIA DALBY