United States District Court
Middle District of Louisiana

FILED
March 16, 2006

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL.**          **CIVIL ACTION**

**VERSUS**

**RICHARD STALDER, ET AL.**                **NO. 00-304-C-M3**

## ORDER

A telephone conference was held on March 15, 2006, to discuss plaintiffs' motion for extension of time to respond to motion for summary judgment (rec. doc. no. 134) and defendants' motion for protective order (rec. doc. no. 135). Plaintiffs seek additional time because, they contend, defendants have not produced relevant, requested discovery. Defendants, however, contend that plaintiffs' requested discovery is irrelevant, and even if relevant, could not be produced absent a confidentiality order.

After discussion, the court finds that the requested discovery is relevant; however, defendants are correct in their insistence upon an appropriate confidentiality order. Additionally, both parties would like the opportunity to explore various means of complying with the discovery requests that will be both efficient and economical to the extent possible. Part of the problem apparently lies with the types and means of record keeping employed by the defendants. The parties will first draft a joint confidentiality order for submission to the court, and upon approval of that order, they will then proceed to a preliminary review of available documentation. Another telephone status conference will follow upon this first

Cv38c: T:00:40

review in order to discuss in more detail how then best to proceed.

Accordingly,

**IT IS ORDERED** that plaintiffs' motion for extension of time to respond to motion for summary judgment (rec. doc. no. 134) is **GRANTED**, and the deadline for filing an opposition will be set at a later date.

**IT IS FURTHER ORDERED** that defendants' motion for protective order (rec. doc. no. 135) is **GRANTED in part and DENIED in part**. The parties shall submit a joint motion and proposed confidentiality order on or before March 21, 2006, and shall conduct preliminary discovery immediately thereafter.

**IT IS FURTHER ORDERED** that a telephone status conference is set for **April 24, 2006, at 3 PM, CST**, to discuss the status of discovery and to set further deadlines. Counsel for plaintiffs shall initiate the call to chambers at 225-389-3602.

Signed in Baton Rouge, Louisiana, on March 15, 2006.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

Cv38c: T:00:40