UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL.**　　　**CIVIL ACTION**

**VERSUS**

**RICHARD STALDER, ET AL.**　　　**NO. 00-304-C-M3**

## ORDER

This matter came before the Court for a status conference on April 24, 2006.

**PRESENT:**　Nick Trenticosta
George Kendall
Counsel for plaintiffs

Brent Hicks
Richard A. Curry
Counsel for defendants

The purpose of the conference was to discuss the status of the litigation and to set further deadlines. Plaintiffs reported that defendants have made available for review the inmate and prison documents requested through discovery, the review process is well under way, and the prison staff has been very cooperative during the review process. Based on the records reviewed thus far, plaintiffs estimate that approximately five hundred inmates were confined to extended lockdown during the past ten years. While plaintiffs want to review the files for a number of those inmates, they estimate that they will only need to copy a small subset of those files, such as ten percent.

The parties requested an additional three weeks to complete a meaningful review of the requested documents and report back to the Court with a coherent plan for further

Cv29a: T: 00:20

discovery and prosecution of this matter, including plaintiffs' response to defendants' pending motion for summary judgment on plaintiffs' eighth amendment claims. The Court encouraged the parties to move forward expeditiously between now and the next telephone scheduling conference.

Accordingly, **IT IS ORDERED** that a telephone status conference is set for **May 15, 2006, at 2:00 p.m., CST**, to discuss the status of discovery and litigation progress, and to set further deadlines. Counsel for plaintiffs shall initiate the call to chambers at 225-389-3602.

Signed in Baton Rouge, Louisiana, on April 25, 2006.

                              **MAGISTRATE JUDGE DOCIA L. DALBY**