United States District Court
Middle District of Louisiana

FILED
May 16, 2006

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL.**          **CIVIL ACTION**

**VERSUS**

**RICHARD STALDER, ET AL.**                **NO. 00-304-C-M3**

## ORDER

This matter came before the Court for a status conference on May 16, 2006.

      **PRESENT:** **George Kendall**
                    Counsel for plaintiffs

                    **Brent Hicks**
                    **Richard A. Curry**
                    Counsel for defendants

The purpose of the conference was to discuss the status of the litigation and to set further deadlines. Counsel reported that discovery is proceeding smoothly and that they also have discussed setting further deadlines. They suggested and the court agreed to the following deadlines. Accordingly, **IT IS ORDERED** that

    1.    Plaintiffs shall complete their current document review and file a response to the pending motion for summary judgment on or before **July 17, 2006.**

    2.    Defendants shall have until **July 27, 2006**, to file a reply.

    3.    Plaintiffs' expert reports shall be submitted to defendants on or before **August 15, 2006.**

Cv38a: T: 00:15

    4.    Defendants' expert reports shall be submitted to plaintiffs on or before **September 15, 2006.**

    5.    All discovery shall be completed on or before **October 31, 2006.**

The court will notify the presiding judge that this matter is ready to be set for a pretrial conference and trial when the parties have completed pretrial litigation as set out above, unless the parties have already contacted the district judge to request a pretrial and trial setting.

Signed in Baton Rouge, Louisiana, on May 16, 2006.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**