UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL

VERSUS                                              CIVIL ACTION NO. 00-304-C-M3

RICHARD STALDER, ET AL
*********************************************************************

### JOINT MOTION IN ACCORDANCE WITH
### THE COURT'S JULY 10, 2006 ORDER

NOW INTO COURT, through undersigned counsels comes plaintiffs, Robert King Wilkerson, Albert Woodfox and Herman Wallace; and defendants, Richard Stalder, Secretary, Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary at Angola ("LSP"); Richard Peabody, Deputy Warden, LSP; Robert Rachal, former Major, LSP; Sam Smith, Assistant Warden, LSP; Paul J. Myers, Major, LSP; and Tom Norris, former Classification Officer, LSP (collectively, the "State"); who, in accordance with the Court's July 10, 2006 order propose the following cutoff dates:

- September 18, 2006 – Plaintiffs' opposition to Defendants' pending motion for summary judgment.

- September 18, 2006 – Plaintiffs must designate any expert witnesses they may call at trial and produce reports for any such witnesses.

- December 18, 2006 – Defendants' reply memorandum in support of its motion for summary judgment.

- December 18, 2006 – Defendants must designate any expert witnesses they may call at trial and produce reports for any such witnesses.

- January 31, 2007 – Discovery cutoff.

238607.1

By filing this motion, the State does not acquiesce to the Court's July 10, 2006 order granting Plaintiffs' motion for leave to seek designation of additional expert witnesses. Instead, the State maintains its objection to the motion.

Respectfully submitted:

_____
Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for Defendants*

_____
George H. Kendall, Esq.
Holland & Knight, L.L.P.
195 Broadway, 24th Floor
New York, New York 10007
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL**

**VERSUS**                                        CIVIL ACTION NO. 00-304-C-M3

**RICHARD STALDER, ET AL**
*******************************************************************

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING** Joint Motion in Accordance with the Court's July 10, 2006 Order,

**IT IS HEREBY ORDERED** that the following cutoff dates are established:

- September 18, 2006 – Plaintiffs' opposition to Defendants' pending motion for summary judgment.

- September 18, 2006 – Plaintiffs must designate any expert witnesses they may call at trial and produce reports for any such witnesses.

- December 18, 2006 – Defendants' reply memorandum in support of its motion for summary judgment.

- December 18, 2006 – Defendants must designate any expert witnesses they may call at trial and produce reports for any such witnesses.

- January 31, 2007 – Discovery cutoff.

Baton Rouge, Louisiana, this _____ day of _____, 2006.

_____
Docia L. Dalby
Magistrate Judge

238607.1