United States District Court
Middle District of Louisiana

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**FILED**

July 24, 2006

**ROBERT KING WILKERSON, ET AL**      **CIVIL ACTION**

**VERSUS**     **NUMBER 00-304-C-M3**

**RICHARD STALDER, ET AL**

## ORDER

The parties have proposed and the court has granted additional time to designate experts and submit expert reports, and an Order has been issued extending those deadlines and those for additional briefing of a long-pending motion for summary judgment. The defendants have pending a Motion for Partial Summary Judgment Dismissing all Eighth Amendment Claims (rec. doc. 112). The substantial amount of fact discovery taken since the motion was first filed and the upcoming expert discovery[1] likely have affected and will affect the arguments and analysis previously submitted; and in the interest of avoiding multiple supplemental memoranda explaining those changes,

**IT IS ORDERED** that the defendants' Motion for Partial Summary Judgment Dismissing All Eighth Amendment Claims (rec. doc. 112) is **DISMISSED WITHOUT PREJUDICE** to re-file.

**IT IS FURTHER ORDERED** that the briefing deadlines for the motion for partial summary judgment set out in the previous Order (rec. doc. 153) of this Court are **VACATED** and the following deadlines imposed in their stead:

1. Defendants' motion for summary Judgment Dismissing all Eighth Amendment Claims shall be filed on or before **October 18, 2006.**

---

[1] Defendants filed their motion at the appropriate time period. The extensive subsequent discovery and revision of deadlines was the result of the difficulties inherent in complicated litigation where legal services are provided pro bono, and the situation was further exacerbated by the unwelcome visits of Katrina and Rita.

2. Plaintiffs' opposition to the motion for summary judgment shall be filed on or before **November 18, 2006.**

3. Defendants' reply to the opposition may be filed on or before **December 18, 2006.**

4. All other deadlines remain the same.

The court has attempted to keep the deadlines as close as possible to those previously suggested by the parties, even though typically a motion of this sort would not be filed until after all expert discovery has concluded. After reviewing the plaintiffs' expert reports, should defendants wish to delay the filing of their motion until after they have the benefit of their own additional expert reports, they may request that the filing deadlines be revised to commence on December 18, 2006 (rather than on October 18, 2006), with the subsequent opposition/reply deadlines following thereafter.

Signed in Baton Rouge, Louisiana, on July 21, 2006.

**MAGISTRATE JUDGE DOCIA L. DALBY**