UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MID. DIST. OF LA

2006 SEP -7 P 2: 26

BY DEPUTY CLERK

ROBERT KING WILKERSON, ET AL., )
)
        *Plaintiffs*, )
)
-VS- )   Civil Action No. 00-304-C-M3
)
RICHARD STALDER, ET AL., )
)
        *Defendants*. )

## ORDER

Upon consideration of the Plaintiffs Motion for Leave to Rescind Designation of Sheldon Hersh, M.D., and Designate Brie Williams, M.D., and upon review of the entire record, it is hereby

ORDERED, that the Motion is Granted.

Done this 7th day of Sept, 2006

_____
United States Magistrate Judge

# 3987940_v1