UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL**

**VERSUS**  **CIVIL ACTION NO. 00-304-C-M3**

**RICHARD STALDER, ET AL**
**************************************************************************

**SUGGESTION OF DEATH OF SAM SMITH UPON THE RECORD**

**NOW INTO COURT**, through undersigned counsel, come Richard Stalder, Secretary, Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary; Richard Peabody, Deputy Warden, Louisiana State Penitentiary ("LSP"); Robert Rachal, former Major, LSP; Paul J. Myers, Major, LSP; and Tom Norris, former Classification Officer, LSP (collectively referred to as "State Defendants") and suggest upon the record, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, the death of Sam Smith, originally named as a defendant in this action, during the pendency of this action.

Respectfully submitted:

CHARLES C. FOTI, JR.
Louisiana Attorney General

*/s/ M. Brent Hicks*
Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000

*Attorneys for State Defendants*

248858.1

**CERTIFICATE OF SERVICE**

**I CERTIFY** that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to George Kendall, Esq. and William Quigley, Esq. by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 13th day of November, 2006.

*/s/ M. Brent Hicks*
M. Brent Hicks

248858.1