UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL**

**VERSUS**                              **CIVIL ACTION NO. 00-304-C-M3**

**RICHARD STALDER, ET AL**

*************************************************************************

### THE STATE DEFENDANTS'[1] MOTION IN *LIMINE* TO EXCLUDE EVIDENCE OF IRRELEVANT CONDITIONS, EVENTS AND DAMAGES

**NOW INTO COURT**, through undersigned counsel, come the State Defendants who submit this Motion in Limine to Exclude Evidence of Irrelevant Conditions, Events and Damages and respectfully request, for the reasons set forth in the accompanying memorandum, that this Court exclude any and all evidence of events and conditions prior to March 30, 1999 that is tendered in support the Eighth Amendment Claim as well as any and all evidence of events and occurrences to challenge events and facts in the inmates' records, including but not limited to evidence related to:

(1) the murder of Brent Miller;

(2) Robert Wilkerson's escape from Orleans Parish Prison;

(3) criminal convictions of Herman Wallace, Albert Woodfox and Robert Wilkerson; and

(4) other disciplinary infractions, events, or occurrences described in the Inmates' records.

---

[1] The State Defendants are Richard Stalder, Secretary, Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary; Richard Peabody, Deputy Warden, Louisiana State Penitentiary ("LSP"); Robert Rachal, former Major, LSP; Paul J. Myers, Major, LSP; and Tom Norris, former Classification Officer, LSP (collectively referred to as "State Defendants").

**WHEREFORE**, the State Defendants pray that this Motion in *Limine* To Exclude Evidence of Irrelevant Conditions, Events and Damages be granted.

Respectfully submitted:

CHARLES C. FOTI, JR.
Louisiana Attorney General

*/s/ M. Brent Hicks*
Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to George Kendall, Esq. and William Quigley, Esq. by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 13th day of April, 2007.

*/s/ M. Brent Hicks*
M. Brent Hicks