UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE

**ROBERT KING WILKERSON ET AL**        **CIVIL ACTION NO. 3:00 CV 304**

**VERSUS**                              **JUDGE TYSON**

**RICHARD STALDER, ET AL**              **MAGISTRATE JUDGE DALBY**

NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Opposition To Motion to "Motion in Limine to Exclude Evidence of Irrelevant Conditions , Events, and Damages on Behalf of the State Defendants" filed on 4/23/2007 by Plaintiff's is DEFICIENT for the following reason(s):

✓   Login and Signature must match. The person who files the document must have signed the document. Filing on someone else's behalf is not acceptable

**Use your CM/ECF login and password to electronically submit your "Corrective Document". Please submit the corrective document within 7 days from the date of this notice or the document may be stricken by the court.  PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** Please note that all filing deadlines previously set remain in effect.  Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk toll free 1-866-558-6631 or in the Baton Rouge area 225-389-3552.

Baton Rouge, Louisiana, April 24, 2007.


                                    Nick J. Lorio
                                    CLERK OF COURT