UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT KING WILKINSON, ET AL. | ) ) ) ) | CIVIL ACTION NUMBER 00-0304-RET-DLD |
| Plaintiffs, | ) ) | JUDGE TYSON |
| VS. | ) ) | MAG. JUDGE DALBY |
| RICHARD STALDER, ET AL. | ) ) | |
| Defendants. | ) | |

_____

<u>ORDER</u>

This matter comes before the Court on Plaintiffs' Motion for Leave to File Notice of Supplemental Authority.  Upon consideration, it is hereby

ORDERED that Plaintiffs' Motion is granted.

The Clerk is directed to forward a copy of this Order to Counsel.

Signed in Baton Rouge, Louisiana, on June 4, 2007.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**