**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**ROBERT KING WILKERSON, ET AL**

**VERSUS**                                                **CIVIL ACTION NO. 00-304-C-M3**

**RICHARD STALDER, ET AL**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the above and foregoing Motion for Leave to File Supplemental Memorandum in Support of Re-Urged Motion for Summary Judgment Dismissing all Eighth Amendment Claims filed by the State Defendants;

**IT IS ORDERED** that the motion for leave is hereby **GRANTED** and that the attached Supplemental Memorandum in Support of Re-Urged Motion for Summary Judgment Dismissing all Eighth Amendment Claims be filed into the record of this proceeding.

Signed in Baton Rouge, Louisiana, on June 8, 2007.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

265193.1