UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL

VERSUS

RICHARD STALDER, ET AL

CIVIL ACTION

NO. 00-304-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 11, 2007. Defendants have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's Re-Urged Motion for Partial Summary Judgment Dismissing All Eight Amendment Claims will be denied in part and granted in part dismissing the claims against defendant, Richard Stalder, and denying the remaining requests for relief.

Baton Rouge, Louisiana, September  11  , 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA