UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 SEP 25 P 2: 26

_____
BY DEPUTY CLERK

| | |
|---|---|
| ROBERT KING WILKERSON, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 00-304-RET-DLD |
| RICHARD L. STALDER, ET AL | |

## ORDER

Considering the attached correspondence from counsel for the plaintiffs;

IT IS ORDERED that plaintiffs' Motion for Joint Legal Visits with Plaintiffs Albert Woodfox and Herman Wallace (rec. doc. 229, corrective rec. doc. 231) is hereby DISMISSED as MOOT.

Signed in Baton Rouge, Louisiana, on September 21, 2007.

_____
MAGISTRATE JUDGE DOCIA L. DALBY

# Holland · Knight

Tel 212 513 3200
Fax 212 385 7010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007
www.hklaw.com

George Kendall, Esq.
Direct: 212 513 3358
george.kendall@hklaw.com

September 21, 2007

The Honorable Docia L. Dalby
United States District Court for the Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801

ATTN:   Nick J. Lorio, Clerk
        Fax: (225) 389-3501

Re:   *Wilkerson v. Cain*, No. 00-304

Dear Judge Dalby:

Pursuant to the Court's September 5, 2007 Order, Doc. No. 240, I am respectfully submitting this letter to inform the Court of the following:

- On September 19, 2007, I, along with co-counsel Harmony Loube and Samuel Spital, and paralegal Camilla Hsu, had a joint visit with our clients Herman Wallace and Albert Woodfox at the Louisiana State Penitentiary (LSP). We were satisfied with the access afforded to our clients, and, from our understanding, no problems arose from LSP's perspective during the visit.

- We understand from counsel for Defendants that additional joint visits will be permitted in the future when we represent that such visits are important for us to discuss strategic matters related to this litigation with our clients.

Atlanta · Bethesda · Boston · Chicago · Fort Lauderdale · Jacksonville · Los Angeles
Miami · New York · Northern Virginia · Orlando · Portland
San Francisco · Tallahassee · Tampa · Washington, D.C · West Palm Beach
Beijing · Caracas* · Helsinki* · Mexico City · Tel Aviv* · Tokyo · *Representative Office

- As a result, we respectfully request that the Court abate, or permit us to withdraw, in the Court's discretion, the Motion for Joint Legal Visits with Plaintiffs Albert Woodfox and Herman Wallace, Doc. No. 229.

I am emailing a copy of this letter to M. Brent Hicks, Esq., counsel for defendants.

Respectfully,

George Kendall, Esq.