UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT KING WILKINSON, ET AL., | ) CIVIL ACTION |
| | ) NUMBER 00-0304-C-M3 |
| Plaintiffs, | ) |
| VS. | ) CHIEF JUDGE TYSON |
| | ) MAGISTRATE JUDGE DALBY |
| RICHARD STALDER, ET AL. | ) |
| Defendants. | ) |

## PROPOSED ORDER

THIS MATTER comes before the Court on Plaintiffs' Motion for Brief Stay of the Filing of the Pretrial Report Due to Changed Circumstances.

Upon consideration, it is hereby

ORDERED that Plaintiffs' motion is granted. Plaintiffs will file, by December 1, 2008, a report describing any additional discovery they propose and any proposed amendments to Plaintiffs' complaint.

The Clerk is directed to forward a copy of this Order to Counsel.

Signed in Baton Rouge, Louisiana, on **Nov. 3**, 2008.

_____
Chief Judge Ralph E. Tyson