UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL

VERSUS

RICHARD L. STALDER, ET AL

CIVIL ACTION

NO. 00-304-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 15, 2008. Defendants have filed an objection and plaintiffs have filed a response which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion for partial summary judgment dismissing all claims for injunctive relief (rec. doc. 252) is denied

Baton Rouge, Louisiana, December  10 , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA