UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL

VERSUS  CIVIL ACTION NO. 00-304-C-M3

RICHARD STALDER, ET AL
*********************************************************************

## STATE DEFENDANTS'[1] MOTION TO COMPEL PLAINTIFFS TO PRODUCE WITNESS FOR DEPOSITION AND TO ANSWER OUTSTANDING WRITTEN DISCOVERY

NOW INTO COURT, through undersigned counsel, come State Defendants, who pursuant to Rule 37, and for the reasons set forth in the accompanying memorandum, move this Court to order the plaintiffs Albert Woodfox, Herman Wallace, and Robert King Wilkerson to (1) produce Malik Rahim for deposition within a time set by this court; and (2) meaningfully respond to Interrogatories and Requests for Admissions, and Request for Production of Documents propounded by State Defendants on June 30, 2009. In support of this motion, State Defendants attach the (A) Notice of Deposition issued for the deposition of Malik Rahim on November 5, 2009; (B) the June 30, 2009 Interrogatories and Request for Admissions; (C) the June 30, 2009 Request for Production of Documents; (D) Plaintiffs' August 3, 2009 Response to Defendants' Interrogatories and Request for Admission; and (E) State Defendants October 1, 2009 letter seeking more complete discovery responses.

---

[1] The State Defendants are James LeBlanc, Secretary, Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary; Richard Peabody, Deputy Warden, Louisiana State Penitentiary; Robert Rachal, former Major, LSP; Paul J. Myers, Major, LSP; and Tom Norris, former Classification Officer, LSP

343449.1

**WHEREFORE**, the State Defendants pray that this motion be granted.

> Respectfully submitted:
> JAMES D. "BUDDY" CALDWELL
> Attorney General
>
>
> */s/ Richard A. Curry*
> Richard A. Curry, La Bar Roll 4671
> M. Brent Hicks, La Bar Roll 23778
> McGlinchey Stafford, PLLC
> 14th Floor, One American Place
> Baton Rouge, Louisiana 70825
> Telephone: (225) 383-9000
> *Attorneys for State Defendants*

343449.1

Case 3:00-cv-00304-RET-DLD   Document 336   11/18/09   Page 2 of 3

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing was served via email and U.S. Mail, proper postage prepaid, to the following counsel:

George H. Kendall, Esq.
Squire Sanders & Dempsey
30 Rockefeller Plaza
New York, NY 10112

Baton Rouge, Louisiana, this 17th day of November, 2009.

*/s/ Richard A. Curry*
Richard A. Curry