UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL

VERSUS                                    CIVIL ACTION NO. 00-304-C-M3

RICHARD STALDER, ET AL
*********************************************************************************

## STATE DEFENDANTS'[1] MEMORANDUM IN SUPPORT OF MOTION TO COMPEL PLAINTIFFS TO PRODUCE WITNESS FOR DEPOSITION AND TO ANSWER OUTSTANDING WRITTEN DISCOVERY

By agreement of parties, State Defendants noticed the deposition of Malik Rahim to be held in the offices of McGlinchey Stafford at 1:00 p.m. on November 16, 2009. On the Friday preceding the deposition, Plaintiffs announced that they might not call Malik Rahim as a witness in this action. Rahim had been identified as a potential witness in this litigation for some time, and Plaintiffs had expressly agreed to produce him for deposition at 1:00 p.m. on November 16. On the morning of the scheduled deposition, November 16, 2009, Plaintiffs informed State Defendants that Rahim had become "unavailable." State Defendants have requested that Rahim's deposition be rescheduled, and State Defendants believe that Plaintiffs will cooperate.

On June 30, 2009, State Defendants propounded Requests for Admissions and Interrogatories, as well as Request for Production of Documents. On August 3, 2009, Plaintiffs submitted their "Responses to Defendants Request for Admissions, Interrogatories and for the Production of Documents" dated June 30, 2009. Those responses failed to meaningfully address the substance of the discovery propounded by the State Defendants. State Defendants articulated their objections in a letter dated October 1, 2009, a copy of which is attached and incorporated as

---

[1] The State Defendants are James LeBlanc, Secretary, Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary; Richard Peabody, Deputy Warden, Louisiana State Penitentiary; Robert Rachal, former Major, LSP; Paul J. Myers, Major, LSP; and Tom Norris, former Classification Officer, LSP

343450.1

Exhibit E, to the Motion to Compel. No further discovery responses or documents have been produced in response to State Defendants' discovery.

The parties have discussed discovery issues at some length, including this morning. The parties hope to resolve discovery issues represented by this motion to compel, as well as a motion to compel that State Defendants anticipate will be filed today by Plaintiffs. These filings are made in light of the November 18, 2009 discovery deadline, and the parties will continue to work cooperatively in an effort to resolve these disputes.

Respectfully submitted:

JAMES D. "BUDDY" CALDWELL
Attorney General


/s/ Richard A. Curry
Richard A. Curry, La Bar Roll 4671
M. Brent Hicks, La Bar Roll 23778
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to George Kendall, Esq., William Quigley, Esq. and Nicholas Trenticosta, Esq. by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 17th day of November, 2009.

/s/ *Richard A. Curry*
Richard A. Curry

343450.1