UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT KING WILKERSON, ET AL. | CIVIL ACTION |
| | NUMBER 00-0304-C-M3 |
| Plaintiffs, | CHIEF JUDGE TYSON |
| VS. | |
| | MAGISTRATE JUDGE DALBY |
| RICHARD STALDER, ET AL. | |
| Defendants. | |

**NOW INTO COURT** come Plaintiffs Herman Wallace, Robert King Wilkerson and Albert Woodfox, by and through undersigned counsel, who respectfully move this Court, pursuant to Federal Rule of Civil Procedure 37, to compel the production of documents against the Defendants in the above-captioned action. Defendants' responses to Plaintiffs' December 1, 2008 and October 26, 2009 document requests are inadequate and incomplete, and they do not comply with Federal Rules of Civil Procedure 26 and 34. Having failed to resolve the parties' dispute by conferring with the Defendants' counsel, Plaintiffs respectfully request that this Honorable Court require the Defendants to comply with the Federal Rules of Civil Procedure by ordering that the Defendants:

    a) Produce documents responsive to Federal Rule of Civil Procedure 26's requirement for supplementation of previous productions that are currently incomplete or incorrect, with material that is in the possession, custody or control of Defendants;

    b) Produce in full documents responsive to Plaintiffs' December 1, 2008 document requests numbered 12 and 13;

    c) Produce in full documents responsive to Plaintiffs' December 1, 2008 document requests numbered 12 and 14;

d) Produce in full documents responsive to Plaintiffs' December 1, 2008 document requests numbered 16 and 17;

e) Produce in full documents responsive to Plaintiffs' October 26, 2009 document requests numbered 12 and 13;

f) Produce in full documents responsive to Plaintiffs' October 26, 2009 document requests numbered 17 and 18.

Respectfully submitted,

By: /s/ Carine Williams

George H. Kendall
Samuel Spital
Corrine Irish
Carine Williams
Squire, Sanders & Dempsey, LLP
30 Rockefeller Plaza
New York, NY 10112
212-872-9800

Nicholas J. Trenticosta
LSBA #18475
7100 St. Charles Avenue
New Orleans, LA 70118
504-864-0700 tel
504-864-0780 fax
Email: nicktr@bellsouth.net

Counsel for Plaintiffs

Dated this 18th day of November, 2009.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing memorandum was filed electronically with the Clerk of the Court using the CM/ECF system this 18th day of November, 2009. Notice of this filing will be sent to Richard A. Curry, Esq. and M. Brent Hicks, Esq. by operation of the court's electronic filing system.

/s/ *George H. Kendall*

George H. Kendall
Squire, Sanders & Dempsey, LLP
30 Rockefeller Plaza
New York, NY 10112
212.872.9800