

SQUIRE, SANDERS & DEMPSEY L.L.P.

30 Rockefeller Plaza
New York, NY  10112

Office:  +1.212.872.9800
Fax:     +1.212.872.9815

Direct Dial:  +1.212.872.9847
cmwilliams@ssd.com

January 15, 2010

Hon. Docia L. Dalby
Magistrate Judge
United State District Court
Middle District of Louisiana
265 Long Federal Building & Courthouse
777 Florida Street
Baton Rouge, LA  70801

**RE:**  **Wilkerson et. al. v. Stalder et. al.**
**Civil Action No. 00-304-C-M3**

Dear Judge Dalby:

The Court recently directed the parties to notify it by the end of today of whether the parties had agreed how to handle the issue of supplementation of expert reports. We have agreed as to how to proceed and have further agreed to a schedule for completing this additional work.

Plaintiffs counsel have now been able to consult with its expert witnesses and counsel have further determined that in light of the defendants' expert supplemental reports, plaintiffs will need to submit supplemental reports from three of its expert witnesses. Counsel for plaintiffs have also determined, however, that given the current commitments of these witnesses, we will be unable to submit such reports until April 2, 2010.

The parties thus propose that we proceed as follows:

   *  Plaintiffs will submit any expert supplemental reports to defendants on or before April 2, 2010.

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA
TYSONS CORNER • WASHINGTON DC • WEST PALM BEACH | BOGOTÁ[+] • BUENOS AIRES[+] • CARACAS • LA PAZ[+] • LIMA[+] • PANAMÁ[+] • RIO DE JANEIRO • SANTIAGO[+]
SANTO DOMINGO • SÃO PAULO | BRATISLAVA • BRUSSELS • BUCHAREST[+] • BUDAPEST • DUBLIN[+] • FRANKFURT • KYIV • LONDON • MOSCOW • PRAGUE • WARSAW
BEIJING • HONG KONG • SHANGHAI • TOKYO                             [+] INDEPENDENT NETWORK FIRM
www.ssd.com

* The defendants will supplement any expert reports to plaintiffs on or before May 3, 2010.

* The parties will depose any expert who has submitted a supplemental report by May 28, 2010.

* The date for the filing of the Pretrial Order, now set for February 4, 2010, will be reset to a date in June, 2010.

* The date for the pretrial conference, now set for February 23, 2010, will be reset for a date in late June, 2010.

Respectfully submitted,

/s/ M. Brent Hicks	/s/ George H. Kendall
Counsel for Defendants	Counsel for Plaintiffs