UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ALBERT
WOODFOX, HERMAN WALLACE

VERSUS

RICHARD L. STALDER, ET AL

CIVIL ACTION

NO. 00-304-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 22, 2010. Defendants have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiffs' motion to strike is GRANTED in part and DENIED in part as follows: 1. Affirmative defenses 3, 4, and 6 are stricken as moot. 2. All references to pornographic material in the 13th affirmative defense in sections a., b., and c., are stricken. 3. In all other respects, the motion is DENIED. Further, rec. docs. 359, 359-2 (Exhibit B), and 359-3 (Exhibit C) are UNSEALED and placed back into the public record and rec. docs. 359-1 (Exhibit A), 359-4 (Exhibit D) and 359-5 (Exhibit E) will

remain UNDER SEAL and available only to the court for purposes of any appeal.

Baton Rouge, Louisiana, March  29  , 2010.

                                               RALPH E. TYSON, CHIEF JUDGE
                                               MIDDLE DISTRICT OF LOUISIANA