UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT KING WILKERSON, ET AL., | CIVIL ACTION NO. 3:00-cv-00304 |
| Plaintiffs, | |
| | JUDGE BRADY |
| VERSUS | |
| | MAGISTRATE JUDGE DALBY |
| RICHARD STALDER, ET AL., | |
| Defendants. | |

## MOTION TO DISQUALIFY COUNSEL

The Intervenor, James D. Caldwell, in his official capacity as the Attorney General of the Louisiana Department of Justice (the "LDOJ"), through undersigned counsel, respectfully moves to disqualify counsel for the plaintiffs from the dual representation of Albert Woodfox ("Woodfox") and Herman Wallace ("Wallace") in this case based on a clear conflict of interest.[1]

The facts of this matter are straightforward. Woodfox and Wallace are serving life sentences for the 1972 murder of a correctional officer at the Louisiana State Penitentiary at Angola.

---

[1] As best as the LDOJ can tell (the line-up of plaintiffs' counsel has changed over time), the lawyers enrolled for Wallace and Woodfox who should be disqualified at this time are: Nicholas Trenticosta, George Kendall, Carine Williams, Samuel Spital, Corrine Irish, and William Quigley. Other lawyers who are not formally enrolled, but who are known to represent Wallace and Woodfox and have the same conflict, include: Scott Fleming, Camille Hsu, Christopher Aberle, and Susan Herrero. To be clear, if there are other lawyers purporting to be enrolled for, or otherwise represent, Wallace and Woodfox who have escaped the LDOJ's attention, then this motion to disqualify is directed toward those other lawyers as well.

Additionally, currently pending before this Court is a petition for *habeas corpus* filed by Woodfox.[2] If the petition is successful, it would be necessary to re-indict and re-try Woodfox for the murder. In part because he is the sole remaining live eyewitness, the LDOJ has offered to negotiate with Wallace to try to confect an agreement pursuant to which Wallace would receive leniency in exchange for truthful testimony implicating Woodfox in the crime.[3] However, those negotiations have been stymied by the fact that Wallace and Woodfox are represented by the same group of lawyers.

As discussed more fully in the accompanying memorandum in support, which is incorporated herein by reference, this dual representation creates an ***actual, non-consentable conflict of interest***, as confirmed by authority decided under the Sixth Amendment and Rule 1.7 of the Louisiana Rules of Professional Conduct. This is so because the same counsel cannot effectively safeguard Woodfox's interest in defending against criminal allegations and protect him from potentially-incriminating testimony, on the one hand, while simultaneously advising Wallace on whether he should reach an agreement with the LDOJ to testify against Woodfox, on the other hand. Moreover, the "defenses" that plaintiffs' counsel have offered in an attempt to sidestep this self-apparent conflict of interest are unavailing. Disqualification is the only appropriate remedy.

**WHEREFORE,** for the foregoing reasons, James D. Caldwell, in his official capacity as the

---

[2] For the reasons discussed herein, the LDOJ has filed a motion to disqualify counsel in Woodfox's *habeas corpus* action.

[3] While this motion focuses on the potential for an agreement with Wallace, it should be noted that Wallace also has a pending *habeas corpus* action in this Court. If Wallace prevails, it is equally possible that the LDOJ would offer leniency to Woodfox in exchange for truthful testimony against Wallace. For these reasons and others, a motion to disqualify counsel has been filed in Wallace's *habeas corpus* action.

Attorney General of the Louisiana Department of Justice, respectfully requests that the Court grant this motion and disqualify counsel for Albert Woodfox and Herman Wallace.

Respectfully submitted,

/s/ William M. Ross
Richard C. Stanley, 8487
William M. Ross, 27064
Michelle M. West, 33428
Of
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069

*Attorneys for James D. Caldwell, in his official capacity as the Attorney General of the Louisiana Department of Justice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ William M. Ross