UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT KING WILKERSON, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD STALDER, ET AL.,<br><br>Defendants. | CIVIL ACTION<br>NUMBER 00-304-C-M3<br><br>JUDGE BRADY<br><br>MAGISTRATE JUDGE BOURGEOIS |

## ORDER

Upon consideration, Petitioner's Motion for Joint Legal Visits is hereby GRANTED. The first such joint visit shall take place at a place to be determined by the parties at 9:00 a.m. on July 31, 2013; and Plaintiffs shall be granted additional joint legal visits as requested by Counsel.

Signed in Baton Rouge, Louisiana on July 16, 2013.

_____
Honorable Judge Brady