UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT KING WILKERSON, ET AL.,<br><br>      Plaintiffs,<br><br>v.<br><br>RICHARD STALDER, ET AL.,<br><br>      Defendants. | CIVIL ACTION<br>NUMBER 00-304-C-M3<br><br>JUDGE BRADY<br><br>MAGISTRATE JUDGE BOURGEOIS |

### PLAINTIFF WOODFOX'S MOTION FOR PRELIMINARY INJUNCTION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Albert Woodfox, who submits this Motion for a preliminary injunction to prohibit Defendants from strip searching him every day for every movement he makes within the David Wade Correctional Center. As set forth in the accompanying memorandum, Plaintiff Woodfox meets all four standards for granting this motion.

**WHEREFORE**, the Plaintiff prays that this Motion be granted.

October 1, 2013

Respectfully submitted,

By: *s/ Katherine Kimpel*
Katherine M. Kimpel
Sheridan L. England
SANFORD HEISLER, LLP
1666 Connecticut Ave. NW
Suite 300
Washington, DC 20009
202.499.5202

1

George H. Kendall
Carine Williams
Victor Genecin
SQUIRE SANDERS (US), LLP
30 Rockefeller Plaza
New York, NY 10112
212.892.9800

Nicholas J. Trenticosta
LSBA Roll No. 18475
7100 St. Charles Avenue
New Orleans, LA 70118
504.864.0700

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served on October 1, 2013 by tendering same through ECF, electronic e-mail, on all counsel of record, namely:

>M. Brent Hicks, Esq.
>Richard A. Curry, Esq.
>MCGLINCHEY STAFFORD, PLLC
>One American Place, 14th Floor
>Baton Rouge, LA 70825

>**By:** *s/ Katherine Kimpel*
>Katherine M. Kimpel
>Sheridan L. England
>SANFORD HEISLER, LLP
>1666 Connecticut Ave. NW
>Suite 300
>Washington, DC 20009