# Exhibit 1

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: DWCC-2013-0845

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: Woodfox, Albert   72148                                DWCC
    Offender Name and Number                               Living Unit

Response to Request Dated 08/07/2013, Received in this Office on 08/14/2013:

Your request for an Administrative review of ARP # DWCC-2013-0845 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

Your allegations have been considered. As stated in the first step response and in Department Regulation No. C-02-003, a routine strip search may be conducted of an offender at any time, without the requirement of reasonable suspicion or probable cause. There is nothing else that can be added to make this issue any clearer. We accept staff's position on the matter. It has been determined, after a thorough review of all pertinent documentation, that your request was adequately addressed at the first step. There is no reason for Administrative Intervention.

Your request for relief is denied.

_08/09/13_____                         _____
       Date                                    Secretary's Signature or His Designee

RECEIVED 9-6-13 A.W.