UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY
NOVEMBER 13, 2013
BRADY, J.

ROBERT KING WILKERSON, ET AL.

VERSUS

RICHARD STALDER, ET AL.

CIVIL ACTION

NO. 00-304-JJB-DLD

This matter came on this for a hearing on a preliminary injunction.

PRESENT:   Sheridan England, Esq.
           George H. Kendall, Esq.
           Nicholas J. Trenticosta, Esq.
           Counsel for Petitioners

           Michael Brent Hicks, Esq.
           Richard A. Curry, Esq.
           Counsel for Defendants

Lt. Matthew Elmore is sworn and testifies.

The plaintiff, Albert Woodfox, is sworn and testifies.

The plaintiff rests.

Exhibits filed.

Warden Jerry Goodwin is sworn and testifies.

Patrick Keohane is sworn and testifies.

Warden Goodwin resumes his testimony.

The defendants rest.

Parties present argument.

The court takes this matter under advisement.

Plaintiff may file a supplemental brief within 30 days of the filing of the transcript. The defendant may respond 30 days thereafter.

\* \* \* \* \*

S. Thompson/Reporter
c: CV 25a; T- 6 hrs.