CV 00-304
Wilkerson, et al. v. Stalder, et al.
November 13, 2013

Exhibit List

| | |
|---|---|
| State 1 | ARP with Documents from previous State Court lawsuit |
| State 2 | Disciplinary Report - Albert Woodfox 9/14/1977 |
| State 3 | Diagram of Maximum Custody Cellblocks |
| State 4 | Department Regulation No. C-02-003; Security Policy for the Department |
| State 5 | Disciplinary Report on Incident 7/11/2012 |
| State 6 | Review of Use of Force from 4/27/2013 |
| State 7 | Unusual Occurrence Report re: Zoran Johnson-5/5/2013 |
| State 8 | Unusual Occurrence Report re: Michael Hill and Anthony Tellis-6/4/2013 |
| State 9 | Unusual Occurrence Report re: Kevin Crawford-7/25/2013 |
| State 10 | Resume of Patrick W. Keohane |