UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT KING WILKERSON, ET AL   :
:
v.                              :  CIVIL ACTION NO.: 00-304-JJB-RLB
:
RICHARD STALDER, ET AL          :
:

*************************************************************************

**FINAL JUDGMENT DISMISSING, WITH PREJUDICE,
ALL CLAIMS OF HERMAN WALLACE**

Considering the Joint Motion for Final Judgment Dismissing, with Prejudice, All Herman Wallace Claims, which has been filed jointly in this action by Victory Wallace, Barbara Marshall, Lorraine Anderson, and Justina Williams (collectively, the "Wallace Heirs") and by James LeBlanc, Burl Cain, Richard Peabody, Randy Ritchie, Robert Rachal, Paul J. Myers, Tom Norris, Jerry Goodwin, James Arnold, Lonnie Nail, Chris Evans, Mark Hunter, Howard Prince, Greg McKey, Betty Johnson, Kevin Durbin, and Jeffrey Gladney (collectively, the "State Defendants"), and the Court expressly determining that there is no just reason for delay in entering final judgment dismissing the claims of Wallace;

**IT IS ORDERED** that the Joint Motion for Final Judgment Dismissing, with Prejudice, all Herman Wallace Claims, filed by the Wallace Heirs and the State Defendants is granted, and all claims asserted in this action by or on behalf of Herman Wallace are finally dismissed, with prejudice, subject only to the right of the Wallace Heirs or the State Defendants to move to set aside this judgment and reinstate these claims for a period of 25 days.

**THUS DONE AND SIGNED** at Baton Rouge, Louisiana this 27th day of May, 2014.

_____
JUDGE
U.S. DISTRICT COURT FOR THE MIDDLE
DISTRICT OF LOUISIANA