UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON,**      **CIVIL ACTION NO. 00-304-C-M3**
**ET AL**

                                                       **CHIEF JUDGE BRADY**
**VERSUS**

                                                       **MAGISTRATE JUDGE BOURGEOIS**

**RICHARD STALDER, ET AL**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEFENDANTS' PRELIMINARY EXHIBIT

Pursuant to the Court's February 12, 2015 Order, Jerry Goodwin, James Arnold, Lonnie Nail, Chris Evans and Mark Hunter hereby tender a current list of exhibits. These Defendants specifically reserve their rights to supplement this exhibit list any time before finalized exhibit list is due on October 2, 2015.

Jerry Goodwin, James Arnold, Lonnie Nail, Chris Evans and Mark Hunter may offer the following exhibits at trial:

1. Albert Woodfox's entire institutional, medical, and mental health records, updated through the date of trial.

2. All lockdown review summaries concerning Albert Woodfox, updated through the date of trial.

3. All administrative remedy procedures (ARPs) and appeals concerning Albert Woodfox, updated through the date of trial.

4. All incident and unusual occurrence reports concerning Albert Woodfox, updated through the date of trial.

5. All investigative reports and requests concerning activities of Albert Woodfox, issued through the date of trial.

6. All documents or records of any type related to Albert Woodfox maintained by correctional facilities operated by the Louisiana Department of Public Safety & Corrections ("DPSC").

7. All disciplinary reports, disciplinary board proceedings, and appeals concerning Albert Woodfox, issued through the date of trial.

Case 3:00-cv-00304-JJB-RLB    Document 621    03/06/15    Page 2 of 6

8. All cell block review board records concerning Albert Woodfox, issued through the date of trial.

9. Albert Woodfox's inmate account records, account logs, deposits, withdrawals and copies of deposits, updated through the date of trial.

10. All inmate locations sheets for Albert Woodfox, updated through the date of trial.

11. Current, former, and future institutional policies, directives, and department policies, updated through the date of trial.

12. Current and historical Wade C-501 monthly reports, with attachments, submitted to DPSC headquarters.

13. All documentation reflecting current and historical ACA accreditation for Wade, including certificates, ACA standards, visiting committee reports, national (ACA) compliance audits, and internal compliance audits.

14. Photographs and videos of Wade, including the CCR units and other cellblock units.

15. Institutional, medical, and mental health records of other current and former inmates, including, but not limited to records of inmate witnesses and other inmates now or formerly housed in CCR at Wade

16. Disciplinary reports, disciplinary board proceedings, appeals, investigative reports, investigation requests, administrative remedy procedures, appeals, lockdown review summaries, incident reports, unusual occurrence reports, correspondence, location sheets, records/documents of any type of current or former inmates, including, but not limited to records of inmate witnesses and other inmates now or formerly housed in CCR.

17. Curriculum Vitae of Patrick W. Keohane.

18. Patrick W. Keohane's expert report(s), attachments, and supplements.

19. All documents, discs, and recordings, referenced or relied upon by Patrick W. Keohane in formulating his opinions in this matter.

20. Curriculum Vitae of Dr. Bursztajn

21. Dr. Bursztajn's expert report(s), attachments, and supplements.

22. All documents, discs, and recordings, referenced or relied upon by Dr. Bursztajn in formulating his opinions in this matter.

23. Curriculum Vitae of as yet retained medical doctor.

24. Expert report(s), attachments and supplements of the yet retained medical doctor.

25. All documents, discs, and recordings, referenced or relied upon by the yet retained medical doctor.

26. Chart prepared by Patrick W. Keohane showing other inmates held in lockdown for extended periods.

27. Affidavit of Patrick W. Keohane.

28. Curriculum Vitae of Ronald J. Angelone.

29. Ronald J. Angelone's expert report(s), attachments, and supplements.

30. All documents, discs, and recordings referenced or relied upon by Ronald J. Angelone in formulating his opinions in this matter.

31. Chart prepared by Ronald J. Angelone showing other inmates held in lockdown for extended periods.

32. Affidavit of Ronald J. Angelone.

33. Curriculum Vitae of Joel A. Dvoskin, Ph.D.

34. Joel A. Dvoskin, Ph.D.'s expert report(s), attachments, and supplements.

35. All documents, discs, and recordings referenced or relied upon by Joel A. Dvoskin, Ph.D. in formulating his opinions in this matter.

36. Videotaped interview of plaintiffs by Joel A. Dvoskin, Ph.D.

37. Curriculum Vitae of Raman Singh, M.D.

38. Raman Singh, M.D.'s expert report, attachments and supplements.

39. All documents, discs, and recordings referenced or relied upon by Raman Singh, M.D. in formulating his opinions in this matter.

40. Resumes for all defense witnesses.

41. Master Plan for the DPSC.

42. Summary of Albert Woodfox's housing assignments.

43. Summary of Albert Woodfox's disciplinary and incident reports.

44. Summary of Albert Woodfox's lockdown review summaries.

45. Albert Woodfox's mail documents obtained through mail watches.

46. Summary of Albert Woodfox 's mail watch documents.

47. Albert Woodfox's inmate phone number request forms and replacements.

48. Internal emails, correspondence, and documents concerning Albert Woodfox, Robert Wilkerson or Herman Wallace and exchanged with third parties.

49. Files maintained by Wade Correctional on the Black Panther Party and other gangs.

50. Audio recordings of Albert Woodfox's phone calls.

51. Audio recordings of Albert Woodfox's disciplinary board proceedings.

52. Chart showing housing regulations.

53. Correspondence dated September 9, 1973 from Albert Woodfox to Sister Dianne.

54. "In His Own Words: Albert Woodfox of the Angola 3," Interview by Kari Lydersen, March 30, 2007.

55. Timelines attached to depositions.

56. Violation Report dated March 27, 1972.

57. Arrest records Albert Woodfox evidencing arrests for 6 aggravated rapes and 4 armed robberies.

58. Visitation records at Wade concerning Albert Woodfox.

59. Entire trial court and appellate record in *Woodfox v. LeBlanc*, *et al*, C.A. No. 14-662, USDC, Middle District of La.

60. All documents posted on the Angola 3 website.

61. All documents posted on any website related to Albert Woodfox.

62. Any and all photographs taken by or on behalf of any expert, counsel, or party to this suit.

63. Any exhibits listed by any other party to this suit.

64. Any and all documentation produced in response to any subpoenas duces tecum issued in connection with this matter.

65. Any and all depositions taken in this matter including exhibit and/or attachments thereto.

66. Any and all pleadings filed in this matter.

67. Any and all discovery requests, responses and attachments thereto.

68. Any and all records of any medical provider who rendered treatment or consultation to Plaintiff.

69. Any and all documents, reference materials or other information utilized by any expert in this matter.

70. Any document or exhibit necessary for impeachment purposes.

        **JAMES D. "BUDDY" CALDWELL**
        Louisiana Attorney General

        /s/ Michael S. Futrell_____
        **WILLIAM P. CONNICK (#14158)**
        **MICHAEL S. FUTRELL, T.A (#20819)**
        **MICHAEL F. NOLAN (#27023)**
        3421 N. Causeway Boulevard, Suite 408
        Metairie, Louisiana 70002
        Telephone: (504) 681-6663
        Facsimile: (504) 838-9903
        **Attorneys for Jerry Goodwin, James Arnold, Lonnie Nail, Chris Evans and Mark Hunter**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Preliminary Exhibit List has been electronically filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all counsel of record this  6th  day of March, 2015.

                                              /s/ Michael S. Futrell
                                              **MICHAEL S. FUTRELL**