UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT KING WILKERSON, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-304-JJB-RLB** |
| **RICHARD L. STADLER, et al.** | |

## ORDER

A telephone conference was held before Magistrate Judge Richard L. Bourgeois, Jr. on April 17, 2015 with the following participants:

| **Carine M. Williams** | **Richard A. Curry** | **Michael S. Futrell** |
|---|---|---|
| Counsel for Plaintiffs | **Michael Brent Hicks** | Counsel for Defendants |
| | Counsel for Defendants | |

The parties discussed Defendants' pending Motion to Take Deposition from Tory Pegram by Remote Means (R. Doc. 629), which raises procedural issues associated with Defendants' desired deposition of non-party Tory Pegram. The Court noted that Plaintiffs filed a Motion for Protective Order (R. Doc. 634) yesterday evening, raising substantive issues associated with the desired deposition of Tory Pegram, as well as the deposition of an additional non-party.

Given the procedural posture of the current litigation and the related issues raised by the parties (R. Docs. 629, 634), the Court advised Defendants that any **response** to Plaintiff's Motion for Protective Order (R. Doc. 634) shall be filed by **5:00 p.m. on Tuesday, April 21, 2015.**

C: cv32a; T:00:15

The Court will not resolve Defendants' Motion to Take Deposition from Tory Pegram by Remote Means (R. Doc. 629) until it has reviewed Defendants' response, if any, to Plaintiffs' Motion for Protective Order (R. Doc. 634).

Signed in Baton Rouge, Louisiana, on April 17, 2015.

    _____
    **RICHARD L. BOURGEOIS, JR.**
    **UNITED STATES MAGISTRATE JUDGE**

C: cv32a; T:00:15