

SQUIRE◐
PATTON BOGGS

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
New York, New York 10112

O    +1 212 872 9800
F    +1 212 872 9815
squirepattonboggs.com

George H. Kendall
T    +1 212 872 9834
george.kendall@squirepb.com

July 10, 2015

Hon. James J. Brady
United States District Court
Middle District of Louisiana
Russell B. Long Federal Building
& United States Courthouse
777 Florida Street
Baton Rouge, Louisiana  70801

RE:    *Wilkerson, et al v. Stalder, et al.*
       No. 00-304-JJB-RLB
       Status Report on Pending Motion

Dear Judge Brady:

At the June 9, 2015 status hearing conducted in Chambers, one matter discussed concerned the Wade Defendants' contested motion to conduct a mental health evaluation of Plaintiff Woodfox.  In short, the Wade Defendants propose that their own mental health expert have access to perform a mental health evaluation of Mr. Woodfox.  Plaintiff Woodfox objects, noting he has already twice sat for such evaluations from the LSP Defendants' mental health expert, and because the State of Louisiana again seeks to prosecute him for the 1972 correctional officer homicide. As the Court had, in the collateral habeas proceeding, ruled that it would issue an unconditional writ one day prior and the State had indicated it was going to both seek a stay and appeal, the Court and parties agreed to table further resolution.  The Court directed the parties to file a status update on this matter.

Since the State's appeal of the unconditional writ, the United States Court of Appeals for the Fifth Circuit issued a stay, and ordered expedited proceedings.   All briefing will be submitted by the first week in August, and argument will take place during the week of August 31, 2015.

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.
010-8106-6015/1/AMERICAS

Squire Patton Boggs (US) LLP                                                    July 10, 2015

State criminal proceedings against Woodfox continue. On Monday, July 6, the 20th Judicial District Court conducted at bail hearing and at its conclusion denied bail. Mr. Woodfox remains confined 23 hours a day in a cell at the West Feliciana Parish Detention Center three days a week and 24 hours a day on the other four days.

Finally, the State's Petition for Writ of Certiorari seeking review of the United States Court of Appeals' affirmance of habeas corpus relief was not acted upon by the Supreme Court prior to its summer recess. That petition likely will be conferenced in September. The first orders list will be handed down at the end of September announcing grants of review. The first orders list announcing denials of certiorari will be filed October 5, 2015.

Thus, with regard to the circumstances that led the Court to table resolution of the Wade Defendants' motion, those circumstances continue unchanged. And there will be no resolution of the State's appeal of the unconditional writ order until the fall. As we have previously asserted, because the Wade Defendants have not disavowed the opinions of the already existing defense mental health expert (Dr. Dvoskin), and in light of the ongoing state criminal proceedings, Plaintiffs urge the Court to deny the pending motion for yet another psychological examination.

Counsel for Plaintiffs are available to discuss this matter further, either by phone, or in person.

Respectfully submitted,

George H. Kendall
Counsel for Plaintiffs

2