**CONNICK AND CONNICK, L.L.C.**
**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| WILLIAM PETER CONNICK | 3421 NORTH CAUSEWAY BOULEVARD<br>SUITE 408 | OF COUNSEL |
| ------------------- | METAIRIE, LOUISIANA 70002 | PAUL D. CONNICK, JR. |
| MICHAEL S. FUTRELL | TELEPHONE (504) 838-8777 | ELIZABETH O. CLINTON |
| MICHAEL F. NOLAN | FACSIMILE (504) 838-9903 | |
| GREGORY C. FAHRENHOLT | Website: www.connicklaw.com | |
| BEAU C. GARON | | Direct Dial: (504) 681-6663 |
| | | Email: mfutrell@connicklaw.com |

July 15, 2015

Honorable James J. Brady
United States District Court
Middle District of Louisiana
Russell B. Long Federal Building
& United States Courthouse
777 Florida Street
Baton Rouge, Louisiana 70801

      Re:    Robert King Wilkerson, et al
             v. Richard Stalder, et al
             USDC No.: 00-304-JJB-RLB
             Status Report on Pending Motion

Dear Judge Brady:

      In response to the Status Update forwarded by counsel for Albert Woodfox on July 10, 2015, my clients, Jerry Goodwin, James Arnold, Lonnie Nail, Chris Evans and Mark Hunter, wish to re-urge their Motion for Forensic Psychiatric Examination of Albert Woodfox for the reasons stated in the motion previously filed. Counsel for Albert Woodfox have provided no valid basis to deny my clients the ability to have an expert of their choosing to conduct the requested examination.

      Albert Woodfox has placed his mental status at issue in this litigation and has retained an expert of his choice to conduct the same type of examination as that expert deemed appropriate .My clients are simply asking this Court to afford them the same opportunity so that they may adequately defend against this aspect of the claims against them.

      Therefore, on behalf of my clients, I respectfully request that the pending Motion to Conduct Forensic Psychiatric Examination be granted as prayed for.

                                                   Sincerely yours,

                                                   **CONNICK AND CONNICK, L.L.C.**

                                                   /s/ Michael S. Futrell
                                                   **MICHAEL S. FUTRELL**

MSF/rmm