# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**ROBERT KING WILKERSON, ET AL**

**VERSUS**

**RICHARD STALDER, ET AL**

**CIVIL ACTION NO. 00-304-JJB**

**CHIEF JUDGE BRADY**

**MAGISTRATE JUDGE BOURGEOIS**

*****************************************************************************

## ORDER

Considering the above and foregoing Motion to Substitute LSP Defendants' Exhibit A to Their Opposition to Plaintiffs' Motion for Summary Judgment;

**IT IS HEREBY ORDERED** that LSP Defendants' Motion to Substitute Exhibit A to their Opposition to Plaintiffs' Motion for Summary Judgment is **GRANTED**;

**IT IS FURTHER ORDERED** that the Exhibit A to LSP Defendants' Opposition, specifically the Response to Plaintiffs' Statement of Uncontested Facts, filed on August 31, 2015 (Doc. No. 679-1), be substituted with the attached Exhibit A - Response to Plaintiffs' Statement of Uncontested Facts.

Signed in Baton Rouge, Louisiana, on September 2, 2015.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**